Print

# CASE INFORMATION

## CV-18-899868 LORA C. ELIAS DDS INC vs. OHIO SECURITY INSURANCE COMPANY, ET AL

### Docket Information

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 07/11/2018 | N/A | SR | USPS RECEIPT NO. 35724977 DELIVERED BY USPS 06/25/2018 LIBERTY MUTUAL INSURANCE COMPANY PROCESSED BY COC 07/11/2018. | |
| 07/11/2018 | N/A | SR | USPS RECEIPT NO. 35724976 DELIVERED BY USPS 06/25/2018 OHIO SECURITY INSURANCE COMPANY PROCESSED BY COC 07/11/2018. | |
| 06/22/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/22/2018 | D2 | CS | WRIT FEE | |
| 06/22/2018 | D2 | SR | SUMS COMPLAINT(35724977) SENT BY CERTIFIED MAIL. TO: LIBERTY MUTUAL INSURANCE COMPANY 50 WEST BROAD STREET, SUITE 1330 COLUMBUS, OH 43215 | 📄 |
| 06/22/2018 | D1 | CS | WRIT FEE | |
| 06/22/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/22/2018 | D1 | SR | SUMS COMPLAINT(35724976) SENT BY CERTIFIED MAIL. TO: OHIO SECURITY INSURANCE COMPANY 50 WEST BROAD STREET, SUITE 1330 COLUMBUS, OH 43215 | 📄 |
| 06/22/2018 | N/A | SF | JUDGE PAMELA A BARKER ASSIGNED (RANDOM) | |
| 06/22/2018 | P1 | SF | LEGAL RESEARCH | |
| 06/22/2018 | P1 | SF | LEGAL NEWS | |
| 06/22/2018 | P1 | SF | LEGAL AID | |
| 06/22/2018 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 06/22/2018 | P1 | SF | COMPUTER FEE | |
| 06/22/2018 | P1 | SF | CLERK'S FEE | |
| 06/22/2018 | P1 | SF | DEPOSIT AMOUNT PAID DIMITRIOS POUSOULIDES | |
| 06/22/2018 | N/A | SF | CASE FILED: COMPLAINT, COMPLAINT | 📄 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
For questions/comments please click here.
Copyright © 2018 PROWARE. All Rights Reserved. 1.1.180

EXHIBIT 1



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

**Court of Common Pleas**

**New Case Electronically Filed:**
**June 22, 2018 13:02**

By: DIMITRIOS POUSOULIDES 0047093

Confirmation Nbr. 1419955

LORA C. ELIAS DDS INC                           CV 18 899868

      vs.

OHIO SECURITY INSURANCE COMPANY, ET AL          **Judge:**  PAMELA A. BARKER

**Pages Filed:**  4

**IN THE COURT OF COMMON PLEAS**
**CUYAHOGA COUNTY, OHIO**

| | | |
|---|---|---|
| LORA C. ELIAS DDS INC. | ) | CASE NO: |
| 5325 FLEET AVENUE | ) | |
| CLEVELAND, OHIO 44105 | ) | JUDGE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| OHIO SECURITY INSURANCE COMPANY | ) | COMPLAINT |
| STATUTORY AGENT: | ) | |
| CSC LAWYERS INCORPORATING SERVICE | ) | |
| 50 WEST BROAD STREET, SUITE 1330 | ) | |
| COLUMBUS, OHIO 43215 | ) | JURY DEMAND |
| | ) | ENDORSED HEREON |
| And | ) | |
| | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY | ) | |
| STATUTORY AGENT: | ) | |
| CSC LAWYERS INCORPORATING SERVICE | ) | |
| 50 WEST BROAD STREET, SUITE 1330 | ) | |
| COLUMBUS, OHIO 43215 | ) | |
| | ) | |
| Defendants. | ) | |

1.    At the time of the subject loss, Plaintiff, Lora C. Elias DDS Inc., (hereinafter referred to as "Plaintiff"), owned property located at 5325 Fleet Avenue, Cleveland, Cuyahoga County, State of Ohio.

2.    Plaintiff now is and at all times herein mentioned was a corporation and/or business organized and existing under the laws of the state of Ohio and engaged in doing business in Cuyahoga County as a dental office pursuant to the general insurance laws of the state of Ohio.

3.    Defendant, Ohio Security Insurance Company, now is and at all times herein mentioned was a corporation and/or business organized and existing under the laws of the state

of Ohio and engaged in doing business in Cuyahoga County as an insurer pursuant to the general insurance laws of the state of Ohio.

4.      Defendant, Liberty Mutual Insurance Company, now is and at all times herein mentioned was a corporation and/or business organized and existing under the laws of the state of Ohio and engaged in doing business in Cuyahoga County as an insurer pursuant to the general insurance laws of the state of Ohio.

5.      Defendant, Ohio Security Insurance Company, and Defendant, Liberty Mutual Insurance Company, (hereinafter collectively referred to as "Defendants"), for and in consideration of a valuable premium paid, issued to Plaintiff its insurance Policy No. BZS (16) 56 46 46 48, covering loss due to damage by a covered cause of loss to property, including Building, Business Personal Property, Business Income Loss, Extra Expenses, Additional Coverages and/or Supplemental Coverages, located 5325 Fleet Avenue, Cleveland, Cuyahoga County, State of Ohio (hereinafter referred to as "described premises").  Plaintiff is the Named Insured under the subject Policy.  A true and accurate copy of said Declaration Pages, along with endorsements and policy forms showing the coverages in effect at the time of the covered loss, is attached hereto.

6.      On or about November 1, 2016, a covered cause of loss occurred at the described premises in which the described premises were damaged by the covered cause of loss.

7.      At the time of the covered cause of loss, the described premise was insured under a policy of insurance issued by Defendants to Plaintiff.  After the subject loss, Plaintiff notified Defendants of the loss and damage and made a proper and timely claim for their loss pursuant to the terms of their policy with Defendants.  Plaintiff thereafter has fully complied with each and every term, condition, and provision of the policy of insurance on their part to be performed,

within their control, and/or have been waived by Defendants, and/or Defendants is estopped from asserting those defenses in regards to the covered loss.

8.     The policy of insurance was in full force and effect at the time of the loss and damage.  Defendants failed to pay Plaintiff the amount due and owing to Plaintiff under the terms of the policy.

9.     Defendants had a duty to pay for any covered loss sustained for which its insured is legally entitled to collect as a result of such loss.  This contractual obligation is subject only to any applicable limits which are expressly and unambiguously stated in the insurance policy.

10.     Defendants breached its duty pursuant to the insurance policy contract by failing to tender Plaintiff the full amount of benefits available for damages caused by the covered cause of loss.

11.     Plaintiff further does not waive its rights under its policy by filing this action.

12.     As a result of the subject loss, Plaintiff sustained damage to the described property. The provisions of the insurance policy require Defendants to pay Plaintiff's damages to the described property as a result of the subject covered loss which in this case is in excess of Twenty-Five Thousand Dollars ($25,000).

13.     As a direct and proximate result of the actions and omissions of Defendants, through its agents, attorneys, adjusters and investigators, Plaintiff has sustained damages as outlined in this complaint and the prayer for damages.

**WHEREFORE,** Plaintiff, Lora C. Elias DDS Inc., demands judgment against Defendant, Ohio Security Insurance Company, and Defendant, Liberty Mutual Insurance Company, for compensatory damages in excess of Twenty-Five Thousand Dollars ($25,000), including, but not limited to, contractual damages, costs, prejudgment interest, and for other costs, expenses incurred and other relief as this court deems just.

Respectfully submitted,
**POUSOULIDES LAW OFFICES INC.**

*/s/ Dimitrios S. Pousoulides*
Dimitrios S. Pousoulides (0047093)
931 N. Main Street-Suite 201
N. Canton, Ohio 44720
(330) 499-4121
dimitrio@bright.net

and

*/s/ Warner Mendenhall*
Warner Mendenhall, Esq. (0070165)
190 North Union Street, Suite 201
Akron, Ohio 44304
(330) 535-9160
warnermendenhall@gmail.com

Attorneys for Plaintiff

**JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues contained herein.

*/s/ Dimitrios S. Pousoulides*
Dimitrios S. Pousoulides (0047093)

**REQUEST FOR SERVICE TO THE CLERK:**

Pursuant to Civ. R. 4.1(A), please issue alias summons and complaint directed to this court for service by United States Mail by **CERTIFIED MAIL** on the Defendants making same returnable according to law at the address listed in the caption of the complaint.

*/s/ Dimitrios S. Pousoulides*
Dimitrios S. Pousoulides (0047093)



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
**1200 Ontario Street**
**Cleveland, Ohio 44113**

**Court of Common Pleas**

**New Case Electronically Filed:**
**June 22, 2018 13:02**

By: DIMITRIOS POUSOULIDES 0047093

Confirmation Nbr. 1419955

| | |
|---|---|
| LORA C. ELIAS DDS INC | CV 18 899868 |
| vs. | |
| OHIO SECURITY INSURANCE COMPANY, ET AL | **Judge:** PAMELA A. BARKER |

**Pages Filed:** 163

# EXHIBIT "A"

**AFFIDAVIT**

State of Indiana

County of Hamilton

NAME OF INSURED:      LORA C ELIAS DDS INC

POLICY NUMBER:        BZS 56464648

POLICY DATES:         12-31-2015 TO 12-31-2016

David Hager, archivist of

Ohio Security Insurance Company   has compared the

attached copies of the insurance policy number listed above and its

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is a

true and exact recital of all the provisions in the said original policy and

endorsements attached thereto.

David C Don Hager

David Hager
Policy Copy Archivist

April 12, 2018



**Policyholder   Information**



| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| LORA C ELIAS DDS INC<br>5325 FLEET AVE<br>CLEVELAND, OH 44105 | (800) 961-6007<br>PROFESSIONAL SOLUTIONS INSURANCE<br>INC<br>14001 UNIVERSITY AVE<br>CLIVE, IA 50325-8258 |



THIS IS
NOT A
BILL

### *Dear Policyholder:*

We know you work hard to build your business. We work together with your agent,
**PROFESSIONAL SOLUTIONS INSURANCE     (800) 961-6007**
to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

> Your
> Commercial
> Documents

- Commercial Protector

To find your specific coverages, limits of liability, and premium, please refer to your
Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please
contact your Agent at (800) 961-6007



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your
  Agent at (800) 961-6007
- In case of a claim, call your Agent or  1-800-362-0000

## You Need To Know

- **CONTINUED ON NEXT PAGE**

*To report a claim,  call  your Agent or  1-800-362-0000*

DS 70 20 01 08
Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**

  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
| --- | --- |
| NP 72 42 01 15 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 88 20 09 14 | Important Notice to Policyholders - Commercial Protector Coverage |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| NP 93 54 07 13 | Important Notice to Policyholders - Commercial Protector Coverage |
| NP 98 20 01 15 | Jurisdictional Boiler And Pressure Vessel Inspections |
| NP 98 22 04 15 | Access Or Disclosure of Confidential Or Personal Information Exclusion Advisory Notice To Policyholders |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

11/02/15

LORA C ELIAS DDS INC

BZS  (16)   56 46 46 48
From 12/31/2015 To 12/31/2016

5325 FLEET AVE
CLEVELAND, OH 44105



(800) 961-6007
PROFESSIONAL SOLUTIONS INSURANCE
INC
14001 UNIVERSITY AVE
CLIVE, IA 50325-8258

## TERRORISM INSURANCE PREMIUM DISCLOSURE
## AND OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from certified acts of terrorism exceed a specified deductible amount, the government will reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

The Federal Share and Program Trigger by calendar year are:

| Calendar Year | Federal Share | Program Trigger |
|---|---|---|
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury ] , in consultation with the Secretary of Homeland Security, and the Attorney General of the United States.

**(i)** to be an act of terrorism;

**NP 72 42 01 15**                    © 2015 Liberty Mutual Insurance                    **Page 1 of 2**

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(ii)** to be a violent  act or an act that is dangerous  to -
    **(I)**   human  life;
    **(II)**  property;  or
    **(III)** infrastructure;

**(iii)** to have resulted  in damage  within  the United  States, or outside  of the United  States in the case of -
    **(I)**   an air carrier (as defined  in section  40102 of title 49, United  States  Code) or United  States  flag
          vessel (or a vessel based principally  in the United  States, on which  United  States income  tax is
          paid and whose insurance  coverage  is subject to regulation  in the United  States); or
    **(II)**  the premises  of a United  States  mission;  and

**(iv)** to have been committed   by an individual  or individuals  as part of an effort  to coerce the civilian
population  of the United  States or to influence  the policy  or affect  the conduct  of the United  States
Government  by coercion.

**REJECTING TERRORISM  INSURANCE  COVERAGE - WHAT YOU MUST DO**

We have included  in your policy  coverage  for losses resulting  from "certified   acts of terrorism"  as defined
above.

THE PREMIUM  CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS  PAGE OF THE POLICY
AND  DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOV-
ERNMENT  UNDER THE ACT. If we are providing  you with a quote, the premium  charge will also appear on
your quote as a separate line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWL-
EDGMENT,  AND RETURN THIS FORM TO THE ADDRESS BELOW:  **Please ensure any rejection  is received**
**within thirty (30) days of the effective  date of your policy**.

Before making  a decision  to reject terrorism  insurance,  refer to the Disclaimer  for Standard  Fire Policy
States located  at the end of this Notice.

☐   I hereby  reject this offer of coverage.  I understand  that by rejecting  this offer, I will have no coverage  for
    losses arising  from "certified  acts of terrorism"  and my policy  will be endorsed  accordingly.

Policyholder/Applicant's    Signature                  Print Name                      Date Signed

_____     _____     _____

Named  Insured                                Policy  Number

LORA C ELIAS DDS INC              BZS  (16)  56 46 46 48

Policy Effective/Expiration   Date

From 12/31/2015 To 12/31/2016

**IF YOU REJECTED  THIS COVERAGE, PLEASE RETURN  THIS FORM TO:**

        Attn: Commercial  Lines Division  - Terrorism
        PO Box 66400
        London, KY 40742-6400

**Note:** Certain states (currently  CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate
coverage  for loss caused by fire following  a "certified  act of terrorism"  in certain types of insurance  policies.
If you reject TRIA coverage  in these states on those policies,  you will not be charged any additional
premium  for that state mandated  coverage.

**The summary  of the Act and the coverage  under your policy  contained  in this notice is necessarily  general**
**in nature.  Your policy  contains  specific  terms, definitions,   exclusions  and conditions.  In case of any**
**conflict,  your policy  language  will control  the resolution  of all coverage  questions.  Please read your policy**
**carefully.**

If you have any questions  regarding  this notice, please contact  your agent.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

Please refer any questions you may have to your insurance agent.

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site - http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 74 44 09 06        Page 1 of 1

NP 88 20 09 14

# IMPORTANT  NOTICE  TO  POLICYHOLDERS -
## COMMERCIAL  PROTECTOR  COVERAGE

Dear Valued Policyholder,

Thank you for selecting  us as your carrier for your commercial  insurance. This notice  contains  a brief summary  of the coverage  changes made to your policy.

The changes  outlined  below are organized  by individual  endorsements.  Please note that not all of the endorsements  noted may apply to your specific policy. In addition,  this notice  does not reference  every editorial  change  made to the endorsement  or coverage  form, only material  (or significant)  coverage changes. Note: Some states have unique form numbers for the New Form Number,  that are not shown here.

Please read your policy and review  your declarations  page for complete  coverage  information.  No coverage is provided  by this notice, nor can it be construed  to replace any provisions  of your policy. If there are discrepancies  between your policy and this notice, the provisions  of the policy shall prevail.

Should  you have questions  after reviewing  the changes outlined  below, please contact  your independent agent. Thank you for your business.

| Expiring  Form | Expiring  Form Number | New  Form | New  Form Number |
|---|---|---|---|
| Businessowners   Coverage  Form | BP 00 03 01 06 | Businessowners   Coverage  Form | BP 00 03 07 13<br>BP 00 03 01 06 in some states |

## I.  BROADENINGS  OF COVERAGE

- SECTION II - LIABILITY,  D. LIABILITY AND MEDICAL EXPENSES LIMITS  OF INSURANCE
  - The Limit  of Insurance  for Medical  Expenses  is increased  from  a $10,000 limit  per person  to a $15,000 limit  per person.

## II.  REDUCTION  OF COVERAGE

- SECTION I - PROPERTY, D. DEDUCTIBLES
  - The default  Section  I Property  Deductible  is being  increased  to $500 per occurrence.

See separate  **Important  Notice  to Policyholders**  for more details  on the changes  occurring  as a result  of going  from  BP 00 03 01 06 to BP 00 03 07 13, if applicable.

| Expiring  Form | Expiring  Form Number | New  Form | New  Form Number |
|---|---|---|---|
| Broadened  Coverage  For Damage  To Premises Rented  To You | BP 04 55 01 06<br>BP 04 62 07 07 in New York | Businessowners Liability  Extension Endorsement | BP 79 96 07 13<br>BP 79 96 07 10 in some states |

## II.  REDUCTION  OF COVERAGE

- The Limit  of Insurance  may be reduced.  See the Declarations  page of your policy  for the applicable Limit  of Insurance.

| Expiring  Form | Expiring  Form Number | New  Form | New  Form Number |
|---|---|---|---|
| Barber/Styling   Salon Professional  Liability Endorsement | BP 81 93 01 08 | Barber/Styling   Salon Professional  Liability Endorsement | BP 79 02 06 09 |

©  2014 Liberty Mutual Insurance

I.  **BROADENING OF COVERAGE**

- SECTION II - LIABILITY, A. COVERAGE
  - Coverage is added for loss of customer's  property  up to $250.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Ultra-Plus | BP 70 76 06 06 | Businessowners Property Extension Endorsement | BP 79 19 07 13 |

The Businessowners  Property  Extension Endorsement  will be automatically  attached to all policies  unless the option for Businessowners  Property Plus Extension  Endorsement  is selected.

I.  **BROADENING OF COVERAGE**

- ADDITIONAL  COVERAGES or HIGHER LIMITS  provided  by the PROPERTY EXTENSION ENDORSE-MENT:
  - BUSINESS INCOME FROM DEPENDENT PROPERTIES
    Coverage is increased  to a $50,000 limit  or 30 days of Actual  Loss Sustained.
  - FIRE EXTINGUISHER  SYSTEMS  RECHARGE EXPENSE
    Coverage is increased  to a $15,000 limit.
  - BRANDS AND LABELS
    Coverage is increased  from  a $25,000 limit  to the Business  Personal  Property  limit.
  - EMPLOYEE DISHONESTY
    Coverage is increased  to a $25,000 limit  or the Limit  of Insurance  shown  in the Declaratio ns.
  - EMPLOYEE TOOLS
    Coverage is increased  to a $25,000 limit  or the Limit  of Insurance  shown  in the Declaratio ns.
  - OFF PREMISES POWER FAILURE
    Coverage is now included  for $25,000 with  a 24 hour waiting  period.
- COVERAGE EXTENSIONS  or HIGHER LIMITS  provided  by the PROPERTY EXTENSION ENDORSE-MENT:
  - PERSONAL PROPERTY OFF PREMISES
    The $2,500 limitation  for Employee  Tools Off Premises  is removed.
  - PERSONAL EFFECTS
    Coverage is increased  to $15,000 at each described  premises.
  - CELLULAR PHONES
    Coverage is included  for $1,000, subject  to a $50 deductible.
- LIMITATIONS
  A limitation  for loss or damage caused by breakage to Fragile  Articles  is added for $5,000 unless caused by Covered  Cause of Loss or building  glass breakage.

II.  **REDUCTION OF COVERAGE**

- ADDITIONAL  COVERAGES
  - FIRE DEPARTMENT SERVICE CHARGE
    Coverage is limited  to $15,000 for each occurrence.
  - CONTRACT PENALTY COVERAGE
    This coverage  is no longer  provided.
  - BUSINESS INCOME AND EXTRA EXPENSE FOR NEWLY ACQUIRED OR CONSTRUCTED PROP-ERTIES
    Coverage is limited  to $250,000 for each occurrence.
  - REWARD
    Coverage  does not include  loss due to Vandalism.

© 2014 Liberty Mutual Insurance

NP 88 20 09 14              Includes copyrighted material of Insurance Services Office, Inc. with its permission.              **Page 2 of 7**

- OUTDOOR PROPERTY
  Coverage has been reduced to an aggregate limit of $10,000 for outdoor fences and retaining walls, radio or television antennas, trees, shrubs and plants.
- WORLDWIDE COVERAGE FOR PERSONAL PROPERTY
  Coverage is no longer available.
- THEFT DAMAGE TO BUILDINGS
  Coverage is no longer available.

## III. NEUTRAL

- LIMITS OF INSURANCE
  - BUILDING LIMIT - AUTOMATIC INCREASE
    Building increases at renewal are now based on a percentage selected by you. An independent appraisal service no longer provides inflation factors.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Printer's Plus Endorsement | BP 70 86 06 06 | Businessowners Printer's Property Extension Endorsement | BP 79 47 01 07 |

## I. BROADENING OF COVERAGE

- SECTION I - PROPERTY COVERAGE
  - Loss of Business Income and Extra Expense is covered as a result of damage to utilities off the insured's premises for up to $10,000. This limit is higher if BP 82 42 is attached to the policy.
  - Coverage to marring or scratching of plates now has a $250 deductible regardless of the Property deductible on the policy (which may be higher).

## II. REDUCTION OF COVERAGE

- SECTION I - PROPERTY COVERAGE
  - Loss of Business Income and Extra Expense now has a Waiting Period of 24 hours before coverage applies.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Animal Services Professional Liability | BP 70 35 06 06 | Veterinarians Professional Liability | BP 08 05 01 10 |

## II. REDUCTION OF COVERAGE

This form now applies solely to Veterinarians; it is not available for other animal service operations.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Animal Services-Plus | BP 70 82 06 06 | Veterinarians Endorsement Coverage for Pets Animal/Pet Endorsement | BP 80 70 01 07 BP 80 33 07 13 BP 82 45 01 07 |

## I. BROADENING OF COVERAGE

- Reward Coverage includes animals stolen or taken fraudulently.
- Includes $500 of Recovery Expense coverage with no deductible.

© 2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

- Includes $1,000 of Emergency  Removal  coverage  with  no deductible.
- Coverage for the  damage  to or death of an animal  in your  care and custody  is provided  for up to $500 per animal  and $5,000 for each occurrence.
- For Veterinarians:
  - Coverage for damage to non-owned  buildings  caused by the animals  is provided.
  - Peer Review  Expense  Reimbursement  for  up to $2,500, for  expenses  incurred  to defend charges  in a Peer Review  Board  is provided.
  - Coverage  for  damage  to or the  death  of an animal  in your  care and custody  is increased  to $2,500 per animal  and $25,000 for each occurrence.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Funeral  Director's  or Cemetery  Professional | BP 70 33 06 06 | Funeral  Director's Endorsement | BP 79 25 06 09 |

## I.  BROADENING  OF COVERAGE

- SECTION I - PROPERTY COVERAGE, A. COVERAGE
  - Limitation  of coverage to furs, jewelry  and watches  is increased to $10,000.
  - The Additional  Coverage of Pollutant  Clean Up and Removal  is increased  to $25,000.
- SECTION II - LIABILITY  COVERAGE, A. COVERAGE
  - Customer's  Autos are covered for loss while  they are in the insured's  care and custody  for up to $25,000 for each auto and $100,000 for each occurrence.
  - Funeral  Director's  Insurance  Agent/Preneed  Funeral  Contracts  are covered  up to $5,000 per occurrence  and $25,000 for all loss in an annual  policy period.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Ultra  Dry Cleaners and Laundries  Bailees Coverage  Form | BP 70 21 01 05 | Dry Cleaners Endorsement Goodwill  Valuation Storage  of "Customer's Property"  Coverage | BP 80 24 01 07 BP 80 41 07 13 BP 80 67 01 07 |

## I.  BROADENING  OF COVERAGE

- Property  in transit  is now covered  up to the Business  Personal  Property  limit.

## II.  REDUCTION  OF COVERAGE

- Property  of others coverage now limited  to BPP limit  (the expiring  form did not specify  a limit).
- The Limitation  of Coverage, previously  providing  $5,000 of coverage  for Furs and Fur Trimmed garments  has been reduced  to a $2,500 limit  instead.
- The Limit of Insurance  for covered property  has been reduced  from actual loss sustained  to equal to but separate from the Business  Personal  Property  limit  shown  on the declarations  page.

## III.  NEUTRAL

- $25,000 for personal  property  of others is replaced  by BP 80 67 01 07, Storage  of Customer's Property  form. This limit  may be increased.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Spoilage  Coverage | BP 70 08 06 06 | Spoilage  Coverage Endorsement | BP 80 65 01 07 |

© 2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

I. **BROADENING OF COVERAGE**

- Various exclusions relating to disconnection of refrigeration; cooling or humidity control systems from a power source; shutting off of power to equipment; electrical power's inability to handle power demand or breakage of glass that is part of any refrigeration, cooling or humidity control unit have been removed.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Food Contamination | BP 04 31 01 06 | Businessowners Food Contamination Coverage Endorsement | BP 79 90 01 07 |

I. **BROADENING OF COVERAGE**

- Coverage is included for Loss of Food Stock lost or damaged due to food contaminati on occurring.
- Food Contamination Shutdown Coverage includes reimbursement for payments made to infected patrons for doctor's care, hospitalization and necessary blood work.
- Loss of Business income begins immediately after your operations are suspended. In the expiring policy coverage began after 24 hours.

II. **REDUCTION OF COVERAGE**

- The additional coverage for Shutdown Costs is limited to $5,000 and is separate from the Loss of Business Income and Advertising Expenses of $50,000. In the expiring policy it was included with the $50,000 coverage for Loss of Business Income; Advertising Expenses were covered separately for $10,000.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Employment Practices Liability Coverage | BP 81 28 05 02 | Employment-Related Practices Liability Coverage | BP 82 46 06 09 |

I. **REDUCTION OF COVERAGE**

- This optional coverage is no longer available for following classes of business: Law Office, Temporary Help Firms, Employee Leasing Firms, and Franchise Store Chains with more than three locations.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| NA | | Exclusion - Wood Preservative Chemicals | BP 88 01 06 09 |

I. **CLARIFICATION OF COVERAGE**

The Exclusion - Wood Preservative Chemicals Endorsement excludes bodily injury or property damage arising out of chemicals or wood preservatives in any wood or wood by-product manufactured, processed, sold or distributed by you, or supplied, installed or used by you or subcontractors in connection with your work or your product. Editorial changes have been made to parallel ISO formatting.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| NA | | Exclusion - Professional Services | BP 88 04 06 09 |

Exclusion - Professional Services is a new endorsement that attaches and adds some additional exclusions to the Professional Services Exclusion. It excludes services while acting in a fiduciary or representative capacity, financial services, and services in connection with the selling, licensing, franchising or furnishing of your computer software.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| NA | | Exclusion - Tobacco | BP 88 05 06 09 |

Exclusion - Tobacco is a new endorsement that may be attached to exclude bodily injury, property damage, or personal and advertising injury arising out of tobacco or tobacco products.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| NA | | Exclusion - Telecommunication Equipment Or Service Providers Errors And Omissions | BP 88 06 06 09 |

Exclusion - Telecommunication Equipment or Service Providers Errors and Omissions is a new endorsement that may be attached to exclude bodily injury, property damage, or personal and advertising injury arising out of an error, omission, defect or deficiency in any evaluation, consultation or advice given by or on behalf of any insured concerning telecommunication equipment services.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Business Income Changes - Time Period | BP 04 41 01 06 | Business Income Changes - 24 Hour Time Period | BP 88 16 06 09 |

The Business Income waiting period, and Additional Coverages Civil Authority and Business Income From Dependent Properties are increased from 0 hours to 24 hours. In the states of Arizona, Colorado, Nevada, New Mexico, Utah and Wyoming, BP 88 16 06 09 will not be attached; in those states the Business Income waiting period will now be 72 hours.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Flexible Limit Endorsement | BP 81 99 06 06 | Property Supplemental Limits Bundle | BP 88 71 01 13 |

## II.  REDUCTION OF COVERAGE

- COVERAGE EXTENSIONS
  - WATER BACK-UP AND SUMP OVERFLOW
    Coverage is limited to $25,000.
  - ACCOUNTS RECEIVABLE
    Coverage for Accounts Receivables off premises is limited to $5,000.
  - VALUABLE PAPERS
    Coverage for Valuable Papers off premises is limited to $5,000.
  - FINE ARTS
    Coverage is limited to $10,000, unless a higher limit is purchased.

NP 88 20 09 14    Includes copyrighted material of Insurance Services Office, Inc. with its permission.    **Page 6 of 7**

The following forms are no longer available in the BOP Program:

BP 05 93 01 06 - Loss of Rental Value

BP 05 95 01 06 - Electronic Data liability - Limited Form

BP 70 70 07 02 - Businessowners Theft Exclusion Endorsement

BP 80 57 07 02 - Ultra Florists Money and Securities Increased Limits of insurance for Specified Periods

BP 80 28 07 02 - Money and Securities Special Coverage Days

BP 80 07 06 06 - Commercial Articles Coverage

BP 70 41 06 06 - Functional Business Personal Property

BP 81 92 06 06 - Bailees Coverage Form

©  2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

NP 89 69 11 10

# IMPORTANT  POLICYHOLDER INFORMATION
# CONCERNING  BILLING PRACTICES



**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.
- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

 © 2010 Liberty Mutual Insurance Company. All rights reserved. **Page 1 of 1**

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

NP 93 54 07 13

# IMPORTANT  NOTICE  TO  POLICYHOLDERS  - COMMERCIAL  PROTECTOR  COVERAGE (BOP 2006  to  BOP  2013)

Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial insurance. This notice contains a brief summary of the coverage changes made to your policy.

The changes outlined below are organized by individual endorsements. Please note that not all of the endorsements noted may apply to your specific policy. In addition, this notice does not reference every editorial change made to the endorsement or coverage form, only significant coverage changes.

Please read your policy and review your Declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

Should you have questions after reviewing the changes outlined below, please contact your independent agent. Thank you for your business.

### Coverage Form

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Businessowners Coverage Form | BP 00 03 01 06 | Businessowners Coverage Form | BP 00 03 07 13 |

**Section I - Property**

I.  **Broadenings Of Coverage**

- **Business Personal Property - Coverage Radius**

  The Business Personal Property coverage grant is revised to extend coverage 100 feet from the buildings or structures, or 100 feet from the described premises, whichever distance is greater.

- **Vegetated Roofs**

  Property Not Covered is revised to make an exception for lawns, trees, shrubs and plants that are part of a vegetated roof. The Limited Coverage For Fungi, Wet Rot Or Dry Rot Additional Coverage is revised to expressly state that the coverage does not apply to lawns, trees, shrubs or plants that are part of a vegetated roof.

- **Electronic Data In Building Equipment**

  Property Not Covered is revised to make an exception for electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system. The Electronic Data and Interruption Of Computer Operations Additional Coverages are revised to reinforce that coverage does not apply to such electronic data, data that is integrated in and operates or controls the building's elevator, lightning, heating, ventilation, air conditionin g or security system .

- **Debris Removal**

  The Limit of Insurance under the Debris Removal Additional Coverage, is increased from $10,000 to $25,000.

  Further, coverage for debris removal is expanded to include the expense of removing certain debris that is not Covered Property, however, when no Covered Property sustains direct physical loss or damage, coverage for the removal of debris, is limited to $5,000.

- **Business Income Additional Coverage - Extended Business Income**

  The period of coverage under the Extended Business Income Additional Coverage is increased from 30 to 60 days.

©  2013 Liberty Mutual Insurance. All rights reserved.

- **Additional Coverages - Civil Authority**

  The period of coverage for the Civil Authority Additional Coverage is increased from three weeks to four weeks.

- **Business Income From Dependent Properties Additional Coverage - Secondary Dependent Properties**

  Coverage is extended to include secondary dependent properties which are direct suppliers and recipients of the dependent property's materials or services, that are not owned or operated by a dependent property, but do not include any road, bridge, tunnel, waterway, airfield, pipeline, or any other similar area or structure.

- **Coverage Extensions - Outdoor Property**

  The Outdoor Property Coverage Extension has been revised to provide an option to increase the applicable limit, but not more than $1000 for any one tree, shrub or plant.

  The Outdoor Property Coverage Extension is also revised to include debris removal expense for trees, shrubs and plants that are the property of others, except trees, shrubs and plants owned by the landlord of an insured tenant.

- **Business Personal Property Temporarily In Portable Storage Units Coverage Extension**

  A Coverage Extension for Business Personal Property Temporarily In Portable Storage Units is introduced. Under this Coverage Extension, a 90-day coverage period is provided for Business Personal Property temporarily stored in a portable storage unit located within 100 feet of the described premises, subject to a sub-limit of $10,000 regardless of the number of storage units.

- **Dishonesty Exclusion**

  The Dishonesty Exclusion is revised to distinguish between those who have a role in the insured's business (partners, managers, employees, etc.) and others to whom property may be entrusted (a category that includes tenants and bailees, for example). With respect to the latter category, the exclusion is narrowed to apply only to theft. Further, the exception to the exclusion (which enables coverage for acts of destruction) is revised to extend applicability to authorized representativ es.

- **Exclusions - Business Income And Extra Expense**

  The exception in the Business Income And Extra Expense Coverage Exclusion with respect to coverage for loss caused by or resulting from suspension, lapse or cancellation of any license, lease or contact directly caused by the suspension of operations has been expanded so that the exception will also apply during the extension of the "period of restoration" in accordance with the terms of that coverage.

- **Property Loss Conditions - Loss Payment - Party Walls**

  A provision within The Loss Payment - Property Loss Condition has been introduced that generally addresses exposures associated with party walls and the insureds interest in that party wall.

- **Optional Coverages - Equipment Breakdown Protection Coverage**

  The Mechanical Breakdown Optional Coverage has been replaced with Equipment Breakdown Protection Coverage. If Equipment Breakdown replaces Mechanical Breakdown Coverage or is newly added to the policy, this change represents a broadening of coverage.

- **Specified Causes Of Loss Property Definition**

  Coverage for water damage under the definition of "specified causes of loss" is expanded to include accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of certain off- premises systems due to wear and tear.

© 2013 Liberty Mutual Insurance. All rights reserved.

## II. Reductions in Coverage

- **Property Not Covered Animals**

  Property Not Covered has been revised to state that covered property does not include animals unless they are owned by others and being boarded by you, or your stock while inside buildings (however in both instances the covered causes of loss are limited to the "specified causes of loss" or building glass breakage, and then only if the animals are killed or their destruction is made necessary.

- **Limitations**

  The limitations regarding loss or damage to the interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust has been extended to apply to personal property in the building or structure.

- **Additional Coverages - Civil Authority**

  This coverage now requires that the damaged property triggering the exercise of civil authority be within one mile of the described premises.

- **Newly Acquired Or Constructed Property Coverage Extension**

  Under the Newly Acquired Or Constructed Property Coverage Extension, the provision that extends an additional limit of insurance to newly acquired business personal property at the described premises is removed. There is no change to the coverage for newly acquired business personal property at newly acquired locations or at newly constructed or acquired buildings at the described location.

- **Exclusions - Utility Services**

  This exclusion now applies to utility failure that originates at the described premises, when such failure involves equipment used to provide utility service supplied by an off- premises provider.

- **Employee Dishonesty Optional Coverage**

  An exclusion is introduced to the Employee Dishonesty Optional Coverage to address acts of employees learned of by the insured prior to the policy period.

## III. Other Changes

- **Business Personal Property**

  The Business Personal Property coverage grant is revised to reinforce that business personal property is covered when located in or on the buildings or structures at the described premises.

- **Covered Causes Of Loss - Risk Of Loss**

  The term "risk of" is removed from the Covered Causes Of Loss provision.

- **Fire Department Service Charge Additional Coverage**

  The Fire Department Service Charge Additional Coverage is revised to specify that the amount of such coverage ($2,500 or a designated higher limit) applies to each premises described in the Declarations. Further, the language of the coverage provision is revised to state that the designated limit applies regardless of the number of responders or the number or type of services performed.

- **Business Income And Extra Expense Additional Coverages - Coverage Radius**

  In part, the coverage criteria for the Business Income and Extra Expense Additional Coverages relate to loss or damage to personal property in the open or in a vehicle within a certain distance from the described premises. The language relating to the coverage radius is revised to achieve more similarity between the radius outlined for insureds who are occupants of the entire premises or those who occupy only a part of the premises, and to use terminology similar to that used in the Business Personal Property coverage grant.

© 2013 Liberty Mutual Insurance. All rights reserved.
NP 93 54 07 13    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 3 of 18
Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

- **Business Income From Dependent Properties Additional Coverage**

  The Business Income From Dependent Properties Additional Coverage is revised to provide coverage with respect to secondary dependent properties. Such properties are defined within this Additional Coverage.

  Additionally, the definition of dependent property excludes various utility providers; the list of utilities is updated to make reference to wastewater removal services. With respect to Business Income Coverage, loss caused by interruption in utility service is addressed in Endorsement **BP 04 57**. Refer to the item titled Utility Services - Time Element Endorsement **BP 04 57** if that endorsement is part of your policy.

- **Temporary Or Leased Employees**

  The Personal Effects Coverage Extension, the Dishonesty Exclusion and the Money And Securities Optional Coverage are revised to reinforce that employees include temporary or leased employees.

- **Ordinance Or Law Exclusion**

  The language of the Ordinance Or Law Exclusion, which relates to enforcement of an ordinance or law, is revised to also refer to compliance with an ordinance or law.

  Similar references are revised in the Increased Cost Of Construction (ICC) and Business Income From Dependent Properties Additional Coverages, Loss Payment Condition and the Period of Restoration definition. Further, the ICC Additional Coverage is revised to apply to compliance with the minimum standards of an ordinance or law.

- **Earth Movement Exclusion**

  The Earth Movement Exclusion now reinforces that it applies to earth movement caused by an act of nature or otherwise caused. In addition, the term earthquake now incorporates tremors and aftershocks.

  With respect to coverage for volcanic action (which is a limited exception to the exclusion of volcanic eruption), all such eruptions that occur within any 168-hour period constitute a single occurrence.

- **Exclusions - Virus Or Bacteria**

  The Virus Or Bacteria Exclusion has been added to this form and incorporates the function of Exclusion Of Loss Due To Virus Or Bacteria Endorsement **BP 06 01**.

- **Exclusions - Artificially Generated Electrical Current**

  The Electrical Apparatus Exclusion has been revised to incorporate various terms that reflect current understandings of technology with regard to power sources and associated systems.

- **Exclusion - Collapse**

  The Collapse Exclusion has been revised in conjunction with revisions to reinforce the Collapse Additional Coverage.

- **Exclusions - Product Errors**

  An exclusion has been added for loss or damage to any merchandise, goods or other product, caused by or resulting from error or omission in any stage of the development, production or use of the product. But if the error or omission results in a covered cause of loss, the loss or damage attributable to the ensuing covered cause of loss is covered.

- **Limits Of Insurance**

  The Limits of Insurance provision has been revised to provide that the amounts of insurance for the Increased Cost Of Construction, Business Income From Dependent Properties, Electronic Data and Interruption Of Computer Operations Additional Coverages apply in addition to the Section I - Property Limits.

© 2013 Liberty Mutual Insurance. All rights reserved.

- **Building Limit - Automatic  Increase**

  The  Building  Limit - Automatic  Increase  Limit of Insurance  has been  revised  to indicate  that the
  limit  will  increase by 8% unless a higher  or lower  annual  percentage  is shown  in the Declarations.

- **Business Personal Property Limit - Seasonal Increase**

  The  Business  Personal Property  Limit - Seasonal  Increase  provision  has been  revised  to indicate
  that the  Limit  of Insurance  for Business  Personal  Property  will  increase  by 25% or  by  a different
  percentage  shown  in the Declarations.

- **Deductibles**

  The  Deductibles  provision  has been  revised  to eliminate  references  to a separate  glass  deductible.
  Glass losses  will  now  be subject  to the otherwise  applicable  policy  deductible.

- **Loss Payment  Property  Loss Condition**

  The  Loss Payment  Property  Loss Condition  is revised  to include  an illustrative  example.

- **Optional  Coverages - Equipment  Breakdown  Protection  Coverage**

  The  Mechanical  Breakdown  Optional  Coverage  has  been  replaced  with  Equipment  Breakdown
  Protection  Coverage.  As a result  we are withdrawing  Equipment  Breakdown  Protection  Endorse-
  ment  **BP 04 59.** If the Equipment  Breakdown  Optional  Coverage  is replacing  **BP 04 59,** there  is no
  change  in coverage.

**Section II - Liability**

I.  **Broadenings  of Coverage:**

- **Liquor Liability Exclusion**

  The  Liquor  Liability  Exclusion  is revised  to provide  that, for  the  purposes  of  the  exclusion,
  permitting  a person  to bring  alcoholic  beverages  for consumption  on an insured's  premises  (e.g., a
  "Bring  Your  Own"),  whether  or not a fee is charged  or a license  is required  for such activity,  is not
  by itself  considered  the business  of selling,  serving  or furnishing  alcoholic  beverages.

- **Electronic  Data Exclusion**

  An exception  to the Electronic  Data Exclusion  is introduced  to provide  that the exclusion  does not
  apply  to liability  for damages  because  of bodily  injury.

- **Who Is An Insured**

  The  Who Is An Insured  Provision  has been  revised  to include  trusts  as insureds.

II.  **Reductions  in Coverage**

- **Liquor Liability Exclusion**

  The  Liquor  Liability  Exclusion  is revised  to state  that the Liquor  Liability  Exclusion  applies  even if
  the claims  allege  the negligence  or other  wrongdoing  in:

  - The supervision,  hiring,  employment,  training  or monitoring  of others;  or
  - Providing  or failing  to provide  transportation  with  respect  to any person  that may  be under  the
    influence  of alcohol;

  if the occurrence  which  caused  the bodily  injury  or property  damage  involved  that which  is de-
  scribed  in Paragraph  **(1), (2)** or **(3)** of the exclusion.

III.  **Other Changes**

- **Business Liability**

  A reference  to or *any offense* has been  added  within  the insuring  agreement  for Business  Liability
  with  respect to an insurers  right to investigate  any occurrence  and settle any claim  or suit that may
  result.

©  2013 Liberty Mutual Insurance. All rights reserved.

NP 93 54 07 13       Includes copyrighted material of Insurance Services Office, Inc., with its permission.       Page 5 of 18

- **Coverage Extension - Supplementary Payments**

  The Coverage Extension Supplementary Payments Provision has been revised to reinforce that coverage is provided for court costs taxed against the insured but that this does not include attorney's fees or attorney expenses taxed against the insured. While this change is considered to be a reinforcement of coverage intent, it may result in a decrease in coverage in jurisdictions where courts have ruled that plaintiff's attorneys' fees or attorneys' expenses taxed against the insured can be levied as a supplementary payment.

- **War Liability Exclusion**

  The War Liability Exclusion is editorially revised.

- **Professional Services Exclusion**

  The Professional Services Exclusion has been revised to add language noting that the exclusion applies even if the claims allege negligence or other wrongdoing in the hiring, employment, training, supervision or monitoring of others by an insured, if it involved the rendering or failure to render any professional service.

- **Personal And Advertising Injury Exclusion**

  The Personal And Advertising Injury Exclusion is revised for consistency with the definition of personal and advertising injury and to reinforce that the exclusion does not apply to injuries arising out of other intellectual property rights involving the use of another's advertising idea in the insured's advertisement.

- **Electronic Data Exclusion**

  Under the Electronic Data Exclusion the definition of electronic data has been revised for consistency with the definition of electronic data under Section I - Property of the policy.

- **Recording And Distribution Of Material Or Information In Violation Of Law Exclusion**

  The Distribution of Material in Violation of Statutes Exclusion has been revised, in part, to address actions or omissions that violate not only the Fair Credit Reporting Act (FCRA), but also the Fair and Accurate Credit Transactions Act (FACTA) and any federal, state or local statutes. The title of the exclusion has been revised to Recording And Distribution Of Material Or Information In Violation Of Law to reflect the revised provision.

- **Liability And Medical Expense**

  The Liability And Medical Expense definition for Mobile Equipment has been editorially revised.

**Section III - Common Policy Conditions**

**I. Other Changes**

- **Other Insurance Condition**

  The Other Insurance Condition is editorially revised.

## Endorsements

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Windstorm Or Hail Percentage Deductibles | BP 03 12 01 06 | Windstorm Or Hail Percentage Deductibles | BP 03 12 01 10 |

**I. Other Changes**

- This endorsement has been revised to delete the language pertaining to other causes or events that contribute concurrently or in any sequence and to add language that the endorsement does not imply or afford coverage for any loss or damage that is excluded under the Water Exclusion any other exclusion or the application of a Flood Deductible if this policy or another policy provides flood coverage.

© 2013 Liberty Mutual Insurance. All rights reserved.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Employment-Related Practices Exclusion | BP 04 17 07 02 | Employment-Related Practices Exclusion | BP 04 17 01 10 |

**I.  Reductions in Coverage**

- The Employment-related  Practices Exclusion has been revised to reinforce that the exclusion applies to an injury-causing  event associated with employment,  whether it occurs before employment, during employment  or after employment  of that person, and that coverage does not apply for injury  caused by the malicious  prosecution  of a person.

  While these changes are each a reinforcement  of coverage intent, they may result in a decrease in coverage in jurisdictions  where courts have ruled the exclusion  to be inapplicable  in employment-related malicious  prosecution  claims and/or post-employment   claims.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Amendment  - Liquor Liability  Exclusion - Exception  For Scheduled Premises  Or Activities | BP 04 19 01 06 | Amendment  - Liquor Liability  Exclusion - Exception  For Scheduled Premises  Or Activities | BP 04 19 07 13 |

**I.  Reductions in Coverage**

- The Liquor Liability  Exclusion in this endorsement  is revised, in part, to indicate that the causing  or contributing  to the intoxication  of any person includes causing or contributing  to the intoxication  of any person because alcoholic  beverages were permitted  to be brought  on your premises for consumption  on your premises.

  This endorsement  is also revised to indicate that the Liquor Liability  Exclusion **will apply** if an insured permits any person to bring any alcoholic  beverages on the Named Insured's premises, for consumption  on the Named Insured's premises, except for the premises  described  in the Schedule of the endorsement  for consumption  on such premises.

**II.  Other Changes**

- This endorsement  is revised for consistency  with revisions  made to the Liquor Liability  Exclusion in the policy.

- Various editorial  revisions  with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Protective  Safeguards | BP 04 30 01 06 | Protective  Safeguards | BP 04 30 07 13 |

**I.  Other Changes**

- This endorsement  is revised by the addition  of a symbol and description  to recognize Automatic Commercial  Cooking Exhaust And Extinguishing   Systems.

- Various editorial  revisions  with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Business  Income Changes - Time Period | BP 04 41 01 06 | Business  Income Changes - Time Period | BP 04 41 07 13 |

**I.  Broadening of Coverage**

- This endorsement  is revised to reflect changes made to the Business Income From Dependent Properties Additional  Coverage in the Businessowners  Coverage Form with respect to secondary dependent  properties.

- The period  of coverage has been increased from three consecutive  weeks to four consecutive weeks.

© 2013 Liberty Mutual Insurance. All rights reserved.

## II.  Other Changes

- Various  editorial  revisions  with  no impact  on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Additional  Insured - Owners, Lessees Or Contractors  - Scheduled Person Or Organization | BP 04 50 07 13 |

## I.  Other Changes

- This new Additional  Insured  Endorsement  provides  coverage  for Owners,  lessees  of buildings  on policies  covering  contractors,  and contractors  on policies  covering  subcontractors,  but only  for liability  for ongoing  operations.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Additional  Insured - Owners, State Or Governmental  Agency Or Subdivision  Or Political  Subdivision  - Permits  Or Authorizations | BP 04 51 07 13 |

## I.  Other Changes

- This new Additional  Insured  Endorsement  provides  coverage  for Owners,  lessees or Contractors who have signed  a contract  or agreement  that requires  them to be added as additional  insureds, but only for liability  for ongoing  operations.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Additional  Insured - State Or Governmental Agency  Or Subdivision Or Political Subdivision  - Permits Or Authorizations | BP 04 52 07 13 |

## I.  Other Changes

- This new Additional  Insured  Endorsement  provides  coverage  for certain  premises  hazards  for state or federal governmental  organizations  issuing  permits  or authorization  to contractors.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Utility  Services - Direct Damage | BP 04 56 01 06 | Utility  Services - Direct Damage | BP 04 56 07 13 |

## I.  Other Changes

- This endorsement  is revised  to reinforce  that transmission  lines  include  all lines  that serve  in the transmission  of power or communication  service,  including  lines  that may be identified  as distribu- tion lines.
- This endorsement  has been revised  to remove  the qualification  that the utility  service  property  be located  outside  a covered  building.
- Various  editorial  revisions  with  no impact  on coverage.

© 2013 Liberty Mutual Insurance. All rights reserved.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Utility Services - Time Element | BP 04 57 01 06 | Utility Services - Time Element | BP 04 57 07 13 |

**I.  Broadening of Coverage**

- This endorsement is revised to provide the means to select a new category of utility service: wastewater removal property. With respect to the coverage provided under this endorsement, wastewater removal property is a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water.

**II.  Other Changes**

- This endorsement is revised to reinforce that transmission lines include all lines that serve in the transmission of power or communication service, including lines which may be identified as dis-tribution lines.

- This endorsement has been revised to remove the qualification that the utility service property be located outside a covered building.

- Various editorial revisions with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Functional Building Valuation | BP 04 84 01 06 | Functional Building Valuation | BP 04 84 07 13 |

**I.  Other Changes**

- This endorsement is revised to reflect the revisions made to the Ordinance Or Law Exclusion in the Businessowners Coverage Form.

- Various editorial revisions with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Computer Fraud And Fund Transfer Fraud | BP 05 47 01 06 | Computer Fraud And Fund Transfer Fraud | BP 05 47 07 13 |

**I.  Broadening of Coverage**

- This endorsement has been revised to delete the Limitation regarding the transfer of property on the basis of unauthorized instructions and that the false pretense exclusion does not apply.

**II.  Reduction of Coverage**

- An exclusion has been added for loss or damages caused by or resulting from the use or purported use of credit, debit, charge, access, convenience, identification, store valued or other cards or the information contained on such cards.

**III.  Other Changes**

- Various editorial revisions with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Photography | BP 07 83 07 13 |

**I.  Broadening of Coverage**

- This new endorsement is available for photographer risks.

© 2013 Liberty Mutual Insurance. All rights reserved.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Pharmacists | BP 08 07 01 06 | Pharmacists | BP 08 07 07 13 |

**I. Broadening of Coverage**

- This endorsement is revised to include an exception to the Professional Services Exclusion with respect to the administering of vaccinations in accordance with applicable state or federal law.

**II. Other Changes**

- Various editorial revisions with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Earthquake And Volcanic Eruption (Sub-Limit) | BP 10 11 07 13 |

**I. Other Changes**

- This new endorsement extends coverage against loss by earthquake and volcanic eruption at a limit lower than the limit which applies to other covered perils. The limit of insurance for this coverage is on an annual aggregate basis.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Loss Payable Provisions | BP 12 03 01 06 | Loss Payable Clauses | BP 12 03 01 10 |

**I. Broadening of Coverage**

- The Loss Payable Provision has been revised to add an option, Building Owner Loss Payable Clause, to identify the building owner and recognize that entity as a loss payee.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Additional Insured - Building Owners | BP 12 31 01 10 |

**I. Other Changes**

- This new endorsement has been introduced to recognize the interest of a building owner, as an additional named insured, under a tenant's policy with respect to property damage under Section I - Property.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Additional Insured - Owners, Lessees Or Contractors - Completed Operations | BP 14 02 07 13 |

**I. Broadening of Coverage**

- This new endorsement provides completed operations coverage for specified additional insured(s) identified in the Schedule of the endorsement.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Windstorm Or Hail Losses To Roof Surfacing - Actual Cash Value Loss Settlement | BP 14 04 07 13 |

© 2013 Liberty Mutual Insurance. All rights reserved.

I.  **Other Changes**
- This new endorsement  changes the Loss Payment Property Loss Condition  to provide  that loss or damage to roof surfacing  caused by windstorm  or hail will be settled  on an actual cash value basis rather than a replacement  cost basis.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| No Form | Dec entry  only | Business  Income And Extra Expense - Revised Period of Indemnity | Dec entry  only |

I.  **Broadening of Coverage**
- Additional  options  of 270 and 360 days has been added.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Debris Removal Additional  Insurance | BP 14 09 07 13 |

I.  **Other Changes**
- This new endorsement  provides  for increasing  the Debris Removal limit  of insurance.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Limited  Exclusion - Personal  And Advertising Injury  - Lawyers | BP 14 15 07 13 |

I.  **Reduction of Coverage**
- This new endorsement  is used to exclude personal and advertising  injury  arising  out of the render-ing of or failure  to render  professional  services  as a lawyer.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Increased  Cost Of Loss And Related Expenses For Green Upgrades | BP 14 75 07 13 |

I.  **Other Changes**
- This new endorsement  amends various  Section I - Property  coverage  provisions  to address green up-grades  to real and personal  property,  and related  expenses.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Communicable Disease Exclusion | BP 14 86 07 13 |

I.  **Reduction of Coverage**
- This new endorsement  amends coverage to exclude bodily injury,  property  damage,  and personal and advertising  injury  arising  out of the actual or alleged transmission  of a communicable  disease.

© 2013 Liberty Mutual Insurance. All rights reserved.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Additional Insured - Owners, Lessees Or Contractors - With Additional Insured Requirement For Other Parties In Construction Contract | BP 14 87 07 13 |

**I.   Other Changes**

- This new endorsement provides additional insured status to those parties whom the Named Insured is obligated in writing in a contract or agreement to name as an additional insured under their policy.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Primary And Noncontributory - Other Insurance Condition | BP 14 88 07 13 |

**I.   Other Changes**

- This new endorsement provides that the coverage made available to an additional insured will be provided on a primary and noncontributory basis.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Condominium Association Coverage | BP 17 01 01 06 | Condominium Association Coverage | BP 17 01 07 13 |

**I.   Broadening of Coverage**

- This endorsement is revised to provide that coverage extends 100 feet from the building or 100 feet from the described premises, whichever distance is greater.

**II.   Other Changes**

- This endorsement is revised such that Business Personal Property is covered when located in or on the buildings or **structures** at the described premises.

- Various editorial revisions with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Condominium Commercial Unit-Owners Coverage | BP 17 02 01 06 | Condominium Commercial Unit-Owners Coverage | BP 17 02 07 13 |

**I.   Broadening of Coverage**

- This endorsement is revised to provide that coverage extends 100 feet from the building or 100 feet from the described premises, whichever distance is greater. Additionally, this endorsement is revised to include leased personal property which the Named Insured has a contractual responsibility to insure as covered Business Personal Property.

**II.   Other Changes**

- This endorsement is revised such that Business Personal Property is covered when located in or on the buildings or **structures** at the described premises.

- Various editorial revisions with no impact on coverage.

©  2013 Liberty Mutual Insurance. All rights reserved.
**NP 93 54 07 13**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 12 of 18**
Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

# OTHER  CHANGES

- The endorsements identified below are being editorially revised to comply with ISO uniformity standards as follows:

- Various editorial revisions with no impact on coverage.

  - **BP 04 04 01 10** - Hired Auto And Non-owned Auto Liability

    This endorsement has been revised to introduce an Other Insurance provision to generally state that coverage provided by the endorsement is excess over any primary insurance covering the "hired auto" or "non-owned auto".

  - **BP 08 03 07 13** - Optical And Hearing Aid Establishments  (Editorially Revised)

  - **BP 12 02 07 13** - Fire Department Service Contract

- The additional insured endorsements identified below are revised to:

  - Add language, in response to growing number of states enacting anti-indemnification laws, to provide that the insurance afforded to an additional insured only applies to the extent permitted by law;

  - Provide that, if coverage provided to the additional insured is required by contract or agreement, the insurance afforded to the additional insured will not be broader than that which the Named Insured is required by the contract or agreement to provide for the additional insured; and

  - Provide that, if coverage provided to the additional insured is required by contract or agreement, the most the insurer will pay on behalf of the additional insured is the amount of insurance required by the contract or agreement or the amount of insured available under the applicable Limits Of Insurance shown in the Declarations, whichever is less. The provision also provides that the endorsement will not increase the applicable Limits Of Insurance shown in the Declarations.

    - **BP 04 02 07 13** - Additional  Insured  - Managers Or Lessors Of Premises

    - **BP 04 06 07 13** - Additional  Insured  - Controlling  Interest

    - **BP 04 07 07 13** - Additional  Insured  - State Or Governmental  Agency Or Subdivision  Or Political  Subdivision  - Permits Or Authorizations  Relating To Premises

    - **BP 04 09 07 13** - Additional  Insured  - Mortgagee,  Assignee  Or Receiver

    - **BP 04 10 07 13** - Additional  Insured  - Owners Or Other Interests From Whom Land Has Been Leased

    - **BP 04 11 07 13** - Additional  Insured  - Co-owner Of Insured Premises

    - **BP 04 13 07 13** - Additional  Insured  - Engineers, Architects Or Surveyors

    - **BP 04 47 07 13** - Additional  Insured  - Vendors

    - **BP 04 48 07 13** - Additional  Insured  - Designated  Person Or Organization

    - **BP 04 49 07 13** - Additional  Insured  - Engineers, Architects Or Surveyors Not Engaged By The Named Insured

    - **BP 04 50 07 13** - Additional  Insured  - Owners, Lessees Or Contractors  - Scheduled  Person Or Organization

    - **BP 04 51 07 13** - Additional  Insured  - Owners, Lessees Or Contractors  - With Additional  Insured Requirement In Construction  Contract

    - **BP 04 52 07 13** - Additional  Insured  - State Or Governmental  Agency Or Subdivision  Or Political  Subdivision  - Permits Or Authorizations

    - **BP 14 02** - Additional  Insured  - Owners, Lessees Or Contractors  - Completed  Operations

© 2013 Liberty Mutual Insurance. All rights reserved.

- The additional insured endorsements identified below are revised to:
  - Allow for any governmental agency or subdivision (federal or state) to be named as an additional insured.
  - To address situations in which a permit many not be issued, but the governmental agency or subdivision authorizes the insured to perform operations
  - The endorsements now reference the issuing of permits or authorization to the insured.
    - **BP 04 07 07 13** - Additional Insured - State Or Governmental Agency Or Subdivision Or Political Subdivision - Permits Or Authorizations Relating To Premises.
    - **BP 04 52 07 13** - Additional Insured - State Or Governmental Agency Or Subdivision Or Political Subdivision - Permits Or Authorizations.
- The additional insured endorsements identified below are revised to:
  - Specifically excluding completed operations coverage for an additional insured;
  - Removed the Professional Services Exclusion, as a similar exclusion is already contained in the Businessowners Coverage Form.
    - **BP 04 13 07 13** - Additional Insured - Engineers, Architects Or Surveyors
    - **BP 04 49 07 13** - Additional Insured - Engineers, Architects Or Surveyors Not Engaged By The Named Insured
    - **BP 04 51 07 13** - Additional Insured - Owners, Lessees Or Contractors - With Additional Insured Requirement In Construction Contract
- The endorsements identified below are revised to:
  - The Professional Services Exclusion has been modified to address claims alleging negligence or other wrongdoing in the hiring, employment, training, supervision or monitoring of others by an insured.
    - **BP 08 03 07 13** - Optical And Hearing Aid Establishments
    - **BP 08 07 07 13** - Pharmacists
    - **BP 14 15 07 13** - Limited Exclusion - Personal And Advertising Injury - Lawyers

## COMPANY FORMS

Only the countrywide versions of endorsements are referenced. State specific versions, where applicable, have been amended in the same manner as the countrywide version unless otherwise specified.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Businessowners Property Extension Endorsement | BP 79 19 07 10 | Businessowners Property Extension Endorsement | BP 79 19 07 13 |

I.  **Broadening of Coverage**

- Theft Of Clients' Property Coverage has been added and includes a limit of $5,000, unless a higher limit is shown in the Declarations, and a deductible of $250.

II.  **Reductions of Coverage**

- Water Back-Up And Sump Overflow language has been added which states that we will not pay when back-up, overflow or discharge is caused directly or indirectly by any flood whether caused by an act of nature or otherwise caused, and is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

© 2013 Liberty Mutual Insurance. All rights reserved.

### III.  Other Changes

- Revision to the paragraph references.
- Duplication of language has been eliminated.
- Debris Removal has been moved to the BP 00 03 Businessowners Coverage Form.
- Ordinance Or Law Coverage has been revised to reflect the revisions made in the Ordinance
- Or Law Exclusion in the Businessowners Coverage Form.
- Water Back-Up And Sump Overflow has revisions to the paragraph referencing and lead in language, and includes clarifying language.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Amendment Of Pollution Exclusion (Premises) | BP 79 74 02 08 | Amendment Of Pollution Exclusion (Premises) | BP 79 74 07 13 |

### I.  Other Changes

- Revision to the paragraph referencing.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Businessowners Liability Extension Endorsement | BP 79 96 03 11 | Businessowners Liability Extension Endorsement | BP 79 96 07 13 |

### I.  Broadening of Coverage

- The definition of "Bodily Injury" has been revised to include mental anguish.

### II.  Other Changes

- The definition of Insured Contract has been revised to add clarifying language which states that a contract or agreement shall only be considered and "insured contract" to the extent your assumption of the tort liability is permitted by law.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Condominium Association Directors And Officers Liability Coverage | BP 80 05 09 10 | Condominium Association Directors And Officers Liability Coverage | BP 80 05 07 13 |

### I.  Other Changes

- Revision to the paragraph references.
- The Punitive Damages Exclusion in **BP 80 05** has been removed, and Amendment - Punitive Damages Exclusion, **BP 81 04,** has been withdrawn.  There is no change to the coverage provided.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Bookstore Endorsement | BP 80 27 01 07 | Bookstore Endorsement | BP 80 27 07 13 |

### I.  Reduction of Coverage

- The Liquor Liability Exclusion now applies to this coverage.

### II.  Other Changes

- Revision to the paragraph references.

©  2013 Liberty Mutual Insurance. All rights reserved.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Coverage For Pets | BP 80 33 01 07 | Coverage For Pets | BP 80 33 07 13 |

**I.    Broadening of Coverage**

- The Property Not Covered has been revised to list the exceptions to the animals not covered.
- Recovery Expense Coverage and Reward Expense Coverage have been revised to include coverage for unauthorized instructions given to transfer the animals to any person or place.

**II.    Restrictions of Coverage**

- Flood and surface water language in the Covered Causes Of Loss has been revised in keeping with the water exclusion language in **BP 00 03** Businessowners Coverage Form.

**III.    Other Changes**

- Revision to the paragraph references.
- Duplicate language has been eliminated.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Goodwill Replacement Valuation Endorsement | BP 80 41 01 07 | Goodwill Replacement Valuation Endorsement | BP 80 41 07 13 |

**I.    Broadening of Coverage**

- Coverage for Replacement Cost is no longer limited to items less than two years of age.

**II.    Other Changes**

- Revision to the paragraph referencing and lead in language.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Medical Office Endorsement | BP 80 56 06 09 | Medical Office Endorsement | BP 80 56 07 13 |

**I.    Broadening of Coverage**

- Spoilage Coverage has been increased from $5,000 to $10,000.

**II.    Other Changes**

- Revision to the paragraph references.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Businessowners Property Plus Extension Endorsement | BP 82 42 07 10 | Businessowners Property Plus Extension Endorsement | BP 82 42 07 13 |

**I.    Broadening of Coverage**

- Theft Of Clients' Property Coverage has been added and includes a limit of $5,000, unless a higher limit is shown in the Declarations, and includes a deductible of $250.

**II.    Other Changes**

- Revision to the paragraph references.
- Clarifying language has been added to the Water Back-Up And Sump Overflow.
- Duplication of language has been eliminated.
- Debris Removal has been moved to the BP 00 03 Businessowners Coverage Form.

© 2013 Liberty Mutual Insurance. All rights reserved.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Windstorm  Or Hail Exclusion | BP 88 11 06 09 | Windstorm  Or Hail Exclusion | BP 88 11 07 13 |

**I.   Other Changes**

- Revision  to the paragraph  referencing  and lead in language.

- Windstorm  or Hail has been deleted from the "Specified  Causes Of Loss" definition.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Identity  Recovery Coverage For Defined  Individuals | BP 88 15 03 12 | Identity  Theft Administration Service And Expense Coverage | BP 88 77 07 13 |

**I.   Other Changes**

- Title Change and editorial  revisions.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Businessowners Property  Endorsement | BP 88 19 07 10 | Businessowners Property  Endorsement | BP 88 19 07 13 |

**I.   Broadening of Coverage**

- Theft Of Clients' Property  Coverage  has been added and includes  a limit  of $5,000, unless  a higher limit  is shown  in the Declarations,  and includes  a deductible  of $250.

**II.   Reductions of Coverage**

- Water Back-Up And Sump Overflow  language  has been added  which  states that we will  not pay when back-up, overflow  or discharge  is caused directly  or indirectly  by any flood  whether  caused by an act of nature or otherwise  caused, and is excluded  regardless  of any other cause or event that contributes  concurrently  or in any sequence  to the loss.

**III.   Other Changes**

- Revision  to the paragraph  references.

- Duplication   of language  has been eliminated.

- Debris Removal  has been moved  to the BP 00 03 Businessowners   Coverage Form.

- Ordinance  Or Law Coverage  has been revised  to reflect the revisions  made in the Ordinance  Or Law Exclusion  in the Businessowners   Coverage Form.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Water Back-Up And Sump Overflow | BP 88 72 01 13 | Water Back-Up And Sump Overflow | BP 88 72 07 13 |

**I.   Reduction of Coverage**

- Language  has been added which  states the we will  not pay when back-up, overflow  or discharge  is caused directly  or indirectly  by any flood whether  caused by an act of nature or otherwise  caused, and is excluded  regardless  of any other cause or event that contributes  concurrently  or in any sequence  to the loss.

**II.   Other Changes**

- Revision  to the paragraph  references.

- Clarifying  language  has been added.

- Duplicate  language  has been eliminated.

©  2013 Liberty Mutual Insurance. All rights reserved.

**NP 93 54 07 13**       Includes copyrighted material of Insurance Services Office, Inc., with  its permission.       **Page 17 of 18**
Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Business Personal Property Limit - Automatic Increase | BP 88 78 07 13 |

**I.    Broadening of Coverage**

- This new coverage provides Business Personal Property - Automatic Increase Limit of Insurance of 2% unless a higher or lower annual percentage is shown in the Declarations.



© 2013 Liberty Mutual Insurance. All rights reserved.

NP 98 20 01 15

### JURISDICTIONAL  BOILER AND  PRESSURE VESSEL INSPECTIONS

Most jurisdictions  (cities or states) are governed  by laws and regulations  that require  owners of boilers and pressure vessels to have their equipment  inspected  on a routine basis. Jurisdictions  require that equipment is installed  and operated  according  to these regulations,  and it is the equipment  breakdown  engineering inspector's  responsibility  to verify the equipment  complies  with all requirements.

Liberty Mutual Equipment  Breakdown  is a National  Board Accredited  Authorized  Inspection  Agency. This designation  is recognized  by authorities  having jurisdictions  in the U.S. & provinces  of Canada and gives Liberty Mutual commissioned  inspectors  the ability to perform  jurisdictionally  required  inspection  on boilers and pressure  vessels at insured  locations.  We have field inspectors  strategically  located throughout  the U.S. to perform  boiler and pressure  vessel inspection  for our customers  and clients.

**To request a Jurisdictional  Inspection  please:**

- **Call the LMEB Hotline (877) 526-0020**

**Or**

- **Email your request to LMEBInspections@Libertymutual.com**

The assigned  EB Risk Engineer  will  call to schedule  within  24 - 48 hours.  When requesting  an inspection please include  the following:

- Current  Policy  Number
- Location  Address
- Contact  Name
- Contact  Phone Number  and/or  Email  Address

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

NP 98 22 04 15

# ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION EXCLUSION
## ADVISORY NOTICE TO POLICYHOLDERS



Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial insurance. Your renewal policy contains an exclusion regarding access or disclosure of personal information. The form described in this notice may have comparable state specific forms in lieu of the form mentioned below. In those situations, the title of the state forms on your policy will generally be very similar to the title mentioned in this notice.

The changes described below would also apply to those state specific forms; unless noted otherwise. In addition, this notice does not reference every change made to the endorsements or coverage forms, only material (or significant) changes.

Please read your policy and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail. Should you have questions after reviewing the changes outlined below, please contact your broker or agent. Thank you for your business.

With respect to bodily injury and property damage arising out of access or disclosure of confidential or personal information, these changes are a reinforcement of coverage intent. Damages related to data breaches, and certain data-related liability, are not intended to be covered by various liability coverage parts. These types of damages may be more appropriately covered under certain coverage endorsements providing data compromise, attack and extortion and network security liability.

BP 15 04 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - With Limited Bodily Injury Exception

When this endorsement is attached to your policy:

- Under Section **II - B.1.q.** Electronic Data, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

- Under Section **II - B.1.p.** Personal and Advertising Injury, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

This page intentionally left blank.



**Coverage Is Provided In:**

Ohio Security Insurance Company

Policy Number:
**BZS (16) 56 46 46 48**

Policy Period:
**From 12/31/2015 To 12/31/2016**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial Protector Common Policy Declarations**



| **Named Insured & Mailing Address** | **Agent Mailing Address & Phone No.** |
|---|---|
| LORA C ELIAS DDS INC<br>5325 FLEET AVE<br>CLEVELAND, OH 44105 | (800) 961-6007<br>PROFESSIONAL SOLUTIONS INSURANCE INC<br>14001 UNIVERSITY AVE<br>CLIVE, IA 50325-8258 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** DENTIST OFFICE

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES

These Declarations together with the Businessowners Coverage Form (and other applicable forms and endorsements, if any, issued to form a part of them) complete this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Commercial Protector** | $2,170.00 |

*Total Charges for all of the above coverage parts:*    *$2,170.00*
*Certified Acts of Terrorism Coverage:*    *$11.00*    *(Included)*

*Note: This is not a bill*

## IMPORTANT MESSAGES

- Equipment Breakdown Enhancement Is Included - See Policy Forms and Endorsements summary
- Combined Blanket Building & Business Personal Property applies - See policy Forms and Endorsements Summary



| Servicing Office and Issue Date | Mid-West Regional Office<br>11/02/15 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 21 01 08**



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

**Common Policy Declarations**

Policy Number:
**BZS  (16)  56 46 46 48**
Policy Period:
**From 12/31/2015 To 12/31/2016**
*12:01 am Standard Time
at Insured Mailing Location*

| **Named Insured** | **Agent** |
|---|---|
| LORA C ELIAS DDS INC | (800) 961-6007<br>PROFESSIONAL SOLUTIONS INSURANCE INC |

## OTHER NAMED INSUREDS

See Named Insured Endorsement DS8804

## SUMMARY OF LOCATION(S) AND PREMIUM(S)

0001 5325 Fleet Ave, Cleveland, OH 44105-3335          *$1,959.00*

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| BP 00 03 07 13 | Businessowners Coverage Form |
| BP 01 58 03 15 | Ohio Changes |
| BP 04 04 01 10 | Hired Auto and Non-Owned Auto Liability |
| BP 04 17 01 10 | Employment - Related Practices Exclusion |
| BP 04 39 07 02 | Abuse Or Molestation Exclusion |
| BP 05 23 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| BP 05 77 01 06 | Fungi or Bacteria Exclusion (Liability) |
| BP 06 72 07 13 | Ohio - Stop Gap - Employer's Liability Coverage |
| BP 15 04 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| BP 79 19 07 13 | Businessowners Property Extension Endorsement |
| BP 79 74 07 13 | Amendment of Pollution Exclusion (Premises) |
| BP 79 96 07 13 | Businessowners Liability Extension Endorsement |
| BP 80 56 07 13 | Medical Office Endorsement |
| BP 80 65 01 07 | Spoilage Coverage Endorsement |
| BP 81 15 03 11 | Exclusion - Asbestos |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Dexter Legg
Secretary

Paul Condrin
President

*To report a claim, call your Agent or 1-800-362-0000*
**DS 70 21 01 08**



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

**Commercial Protector Common Policy Declarations**

Policy Number:
**BZS   (16)  56 46 46 48**
Policy Period:
**From 12/31/2015 To 12/31/2016**
*12:01 am Standard Time
at Insured Mailing Location*

**Named Insured**

LORA C ELIAS DDS INC

**Agent**

(800) 961-6007
PROFESSIONAL SOLUTIONS INSURANCE INC



## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
| --- | --- |
| BP 82 37 08 15 | Equipment Breakdown Coverage Endorsement |
| BP 88 00 06 09 | Blanket Building and Business Personal Property Insurance |
| BP 88 04 03 12 | Exclusion - Professional Services |
| BP 88 16 06 09 | Business Income Changes - 24 Hour Time Period |
| BP 88 77 07 13 | Identity Theft Administrative Services and Expense Coverage |

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 21 01 08**

This page intentionally left blank.


**Liberty Mutual.**
INSURANCE

***Coverage Is Provided In:***
Ohio Security Insurance Company

Policy Number:
**BZS (16)  56 46 46 48**
Policy Period:
**From 12/31/2015 To 12/31/2016**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial    Protector**
**Policy  Declarations**

| Named Insured | Agent |
|---|---|
| LORA C ELIAS DDS INC | (800) 961-6007 |
| | PROFESSIONAL SOLUTIONS INSURANCE |

## SUMMARY OF LIMITS AND CHARGES

| Blanket Insurance | DESCRIPTION | LIMIT |
|---|---|---|
| | Building and Business Personal Property | 659,366 |

| Businessowners Liability Limits of Insurance | DESCRIPTION | LIMIT |
|---|---|---|
| | Liability and Medical Expenses - Occurrence | 1,000,000 |
| | Aggregate Limits of Insurance | |
| | Products-Completed Operations | 2,000,000 |
| | Other than Products-Completed Operations | 2,000,000 |
| | Broadened Coverage For Damage To Premises Rented To You | 1,000,000 |
| | Medical Expenses (Any One Person) | 15,000 |

| Explanation of Charges | DESCRIPTION | PREMIUM |
|---|---|---|
| | Businessowners Location(s) Total | $1,959.00 |
| | Businessowners Other Coverage(s) Total | $200.00 |
| | Certified Acts of Terrorism Coverage | $11.00 |

***Total Charges:***           ***$2,170.00***
*Note: This is not a bill*

***To report a claim,  call your Agent or  1-800-362-0000***

**DS 70 22 01 08**



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BZS (16)  56 46 46 48**

Policy Period:
**From 12/31/2015 To 12/31/2016**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Protector**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| LORA C ELIAS DDS INC | (800) 961-6007 |
| | PROFESSIONAL SOLUTIONS INSURANCE |

## SUMMARY OF COVERAGES BY LOCATION

**0001   5325 Fleet Ave, Cleveland,  OH44105-3335**

| Property Characteristics | Description: |
|---|---|
| | **Construction:** Frame |

**Building Coverage**

**Occupancy:** Dentists

| DESCRIPTION | |
|---|---|
| Limit of Insurance - Replacement Cost | Included in Blanket |
| **Covered Causes of Loss** | |
| Special Form | |
| Automatic Increase Building | 0% |
| Deductible | $500 |
| *Premium* | *$760.00* |

**Business Personal Property Coverage**

**Occupancy:** Dentists

| DESCRIPTION | |
|---|---|
| Limit of Insurance - Replacement Cost | Included in Blanket |
| **Covered Causes of Loss** | |
| Special Form | |
| Deductible | $500 |
| Automatic Increase Business Personal Property | 0% |
| *Premium* | *$1,199.00* |

*To report a claim,  call your Agent or  1-800-362-0000*

**DS 70 23 01 08**



**Liberty Mutual®**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BZS (16) 56 46 46 48**
Policy Period:
**From 12/31/2015 To 12/31/2016**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial Protector
Declarations Schedule**

**Named Insured**

LORA C ELIAS DDS INC

**Agent**

(800) 961-6007
PROFESSIONAL SOLUTIONS INSURANCE



## SUMMARY OF COVERAGES BY LOCATION - CONTINUED

*Continuation of 0001 5325 Fleet Ave, Cleveland, OH 44105-3335*

| Spoilage | DESCRIPTION | |
|---|---|---|
| | Limit of Insurance | $5,000 |
| | Deductible | $500 |
| | *Premium* | *Included* |

## SUMMARY OF OTHER COVERAGES

| Employee Dishonesty Including Forgery and Alteration | DESCRIPTION | |
|---|---|---|
| | Limit of Insurance | $25,000 |
| | Number of Employees | 2 |
| | Deductible | $500 |
| | *Premium* | *Included* |

| Hired and Non-Owned Auto Liability | DESCRIPTION | |
|---|---|---|
| | Coverage Characteristics | See Endorsement |
| | *Premium* | *$138.00* |

| Property Extension Endorsement | DESCRIPTION | |
|---|---|---|
| | See Endorsement | |
| | *Premium* | *$10.00* |

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 23 01 08**


**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BZS (16)  56 46 46 48**

Policy Period:
**From 12/31/2015 To 12/31/2016**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial    Protector
Declarations    Schedule**

| Named Insured | Agent |
|---|---|
| LORA C ELIAS DDS INC | (800) 961-6007<br>PROFESSIONAL SOLUTIONS INSURANCE |

## SUMMARY OF OTHER COVERAGES - continued

**Ohio - Stop Gap - Employers Liability Coverage**

DESCRIPTION

Limit of Insurance                                    See Endorsement

Ohio Changes Stop Gap - Extended Employers Liability Coverage Included

*Premium*                                             *$40.00*

**Identity Recovery Coverage for Defined Individuals**

DESCRIPTION

See Endorsement

*Premium*                                             *$12.00*

| | |
|---|---|
| **Businessowners Location(s) Total** | **$1,959.00** |
| **Businessowners Other Coverage(s) Total** | **$200.00** |
| **Businessowners Schedule Total** | **$2,159.00** |

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 23 01 08**

POLICY NUMBER
**BZS    (16)  56 46 46 48**

Policy Period:
**From 12/31/2015 To 12/31/2016**
*12:01 am Standard Time*
*at Insured Mailing Location*

# Named  Insured Endorsement



This Endorsement Changes The Policy. Please Read it Carefully.

The complete Named Insured reads as follows:

LORA C ELIAS DDS INC

LORA C ELIAS

**DS 88 04 03 15**                                                              PAGE  1  OF  1

This page intentionally left blank.

# BUSINESSOWNERS   COVERAGE FORM



Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

In Section II - Liability, the word "insured" means any person or organization qualifying as such under Paragraph **C.** Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H.** Property Definitions in Section I - Property and Paragraph **F.** Liability And Medical Expenses Definitions in Section II - Liability.

## SECTION I - PROPERTY

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit Of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2.** Property Not Covered.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

**(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings or structures at the described premises or in the open (or in a vehicle) within 100 feet of the buildings or structures or within 100 feet of the premises described in the Declarations, whichever distance is greater, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.5.d.(3)(b)**;

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(4)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2)**; and

**(5)** Exterior building glass, if you are a tenant and no Limit Of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

**2.** **Property Not Covered**

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** "Money" or "securities" except as provided in the:

**(1)** Money And Securities Optional Coverage; or

**(2)** Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**e.** Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than trees, shrubs or plants which are part of a vegetated roof), all except as provided in the:

**(1)** Outdoor Property Coverage Extension; or

**(2)** Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat;

**g.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

**h.** "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

**i.** "Electronic data", except as provided under Additional Coverages - Electronic Data. This Paragraph **i.** does not apply to your "stock" of prepackaged software or to "electronic data" which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system; or

**j.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings.

**3.** **Covered Causes Of Loss**

Direct physical loss unless the loss is excluded or limited under Section I - Property.

**4.** **Limitations**

**a.** We will not pay for loss of or damage to:

**(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

© Insurance Services Office, Inc., 2012

**BP 00 03 07 13**

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(3)** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

**(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**(5)** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

    **(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

    **(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**(6)** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

    **(a)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

    **(b)** Changes in or extremes of temperature;

    **(c)** Disease;

    **(d)** Frost or hail; or

    **(e)** Rain, snow, ice or sleet.

**b.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**(1)** Animals, and then only if they are killed or their destruction is made necessary.

**(2)** Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

    **(a)** Glass that is part of the exterior or interior of a building or structure;

    **(b)** Containers of property held for sale; or

    **(c)** Photographic or scientific instrument lenses.

**c.** For loss or damage by theft, the following types of property are covered only up to the limits shown (unless a higher Limit Of Insurance is shown in the Declarations):

**(1)** $2,500 for furs, fur garments and garments trimmed with fur.

**(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**(3)** $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

  **a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

    **(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this policy;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to Paragraph **(3)(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5)** **Examples**

**Example 1**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

© Insurance Services Office, Inc., 2012



**Example 2**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000-$500) |
| Debris Removal Expense | $40,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $10,500 |
| Additional Amount | $25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500 for service at each premises described in the Declarations, unless a different limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**(1)** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**(2)** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

**(a)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(b)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**(c)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**(d)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

    **(i)** A cause of loss listed in Paragraph **(2)(a)** or **(2)(b)**;

    **(ii)** One or more of the "specified causes of loss";

    **(iii)** Breakage of building glass;

    **(iv)** Weight of people or personal property; or

    **(v)** Weight of rain that collects on a roof.

**(3)** This Additional Coverage - Collapse does **not** apply to:

**(a)** A building or any part of a building that is in danger of falling down or caving in;

**(b)** A part of a building that is standing, even if it has separated from another part of the building; or

**(c)** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(4)** With respect to the following property:

**(a)** Awnings;

**(b)** Gutters and downspouts;

**(c)** Yard fixtures;

**(d)** Outdoor swimming pools;

**(e)** Piers, wharves and docks;

**(f)** Beach or diving platforms or appurtenances;

**(g)** Retaining walls; and

**(h)** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

**(5)** If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**(a)** The collapse of personal property was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional Coverage;

**(b)** The personal property which collapses is inside a building; and

**(c)** The property which collapses is not of a kind listed in Paragraph **(4)**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(5)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**(6)** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(7)** This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this policy.

© Insurance Services Office, Inc., 2012

BP 00 03 07 13

**(8)** The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage, but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1)** Business Income

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(i)** The portion of the building which you rent, lease or occupy;

**(ii)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(iii)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(b)** We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.

**(c)** Business Income means the:

**(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

**(d)** Ordinary payroll expenses:

    **(i)** Means payroll expenses for all your employees except:

        **i.** Officers;

        **ii.** Executives;

        **iii.** Department Managers;

        **iv.** Employees under contract; and

        **v.** Additional Exemptions shown in the Declarations as:

            • Job Classifications; or

            • Employees.

    **(ii)** Include:

        **i.** Payroll;

        **ii.** Employee benefits, if directly related to payroll;

        **iii.** FICA payments you pay;

        **iv.** Union dues you pay; and

        **v.** Workers' compensation premiums.

**(2) Extended Business Income**

    **(a)** If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

        **(i)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

        **(ii)** Ends on the earlier of:

            **i.** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

            **ii.** 60 consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

        However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

    **(b)** Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

    **(a)** The partial slowdown or complete cessation of your business activities; or

    **(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** This Additional Coverage is not subject to the Limits of Insurance of Section I - Property.

© Insurance Services Office, Inc., 2012

BP 00 03 07 13

**g. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of Section I - Property.

**h. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

i.   **Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin **72** hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of Section I - Property.

j.   **Money Orders And "Counterfeit Money"**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

(1) Money orders issued by any post office, express company or bank that are not paid upon presentation; or

(2) "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

k.   **Forgery Or Alteration**

(1) We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

(2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

(3) For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act and will be treated the same as the original it replaced.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit Of Insurance is shown in the Declarations.

**I.  Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs **(3)** through **(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under Section I - Property, is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment Property Loss Condition in Section I - Property do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph (6) of this Additional Coverage, is not subject to such limitation.

**m. Business Income From Dependent Properties**

(1) We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property or secondary dependent property caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss at the premises of a dependent property or secondary dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property or secondary dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit Of Insurance is indicated in the Declarations.

(2) We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

(a) Source of materials; or

(b) Outlet for your products.

(3) If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

(4) Dependent property means property owned by others whom you depend on to:

(a) Deliver materials or services to you, or to others for your account. But services does not mean water supply services, wastewater removal services, communication supply services or power supply services;

(b) Accept your products or services;

(c) Manufacture your products for delivery to your customers under contract for sale; or

(d) Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

(5) Secondary dependent property means an entity which is not owned or operated by a dependent property and which:

(a) Delivers materials or services to a dependent property, which in turn are used by the dependent property in providing materials or services to you; or

(b) Accepts materials or services from a dependent property, which in turn accepts your materials or services.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a secondary dependent property.

Any property which delivers any of the following services is not a secondary dependent property with respect to such services:

    **(i)** Water supply services;

    **(ii)** Wastewater removal services;

    **(iii)** Communication supply services; or

    **(iv)** Power supply services.

The secondary dependent property must be located in the coverage territory of this policy.

**(6)** The coverage period for Business Income under this Additional Coverage:

    **(a)** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property or secondary dependent property; and

    **(b)** Ends on the date when the property at the premises of the dependent property or secondary dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(7)** The Business Income coverage period, as stated in Paragraph **(6)**, does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

    **(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

    **(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

**(8)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**n.** **Glass Expenses**

**(1)** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**(2)** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**o.** **Fire Extinguisher Systems Recharge Expense**

**(1)** We will pay:

    **(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

    **(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

**p.** **Electronic Data**

**(1)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss. To the

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

(2) The Covered Causes of Loss applicable to Business Personal Property include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(3) The most we will pay under this Additional Coverage - Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is $10,000, unless a higher Limit Of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

(4) This Additional Coverage does not apply to your "stock" of prepackaged software, or to "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

q. **Interruption Of Computer Operations**

(1) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a suspension of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

(2) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) Coverage under this Additional Coverage - Interruption Of Computer Operations is limited to the "specified causes of loss" and Collapse.

(b) If the Businessowners Coverage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

(c) The Covered Causes of Loss include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including "electronic data")

Electronically Filed 06/22/2018 13:02 /  / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

by any employee, including a temporary or leased employee, or by an entity retained by you, or by you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage - Interruption Of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is $10,000 unless a higher Limit Of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(4)** This Additional Coverage - Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(3)** above has not been exhausted.

**(5)** Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**(6)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**(7)** This Additional Coverage does not apply when loss or damage to "electronic data" involves only "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**r. Limited Coverage For "Fungi", Wet Rot Or Dry Rot**

**(1)** The coverage described in Paragraphs **r.(2)** and **r.(6)** only applies when the "fungi", wet rot or dry rot is the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**(2)** We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot is present.

**(3)** The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

**(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

**(6)** The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage:

**(a)** If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense Additional Coverages is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**6. Coverage Extensions**

In addition to the Limits of Insurance of Section I - Property, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(a)** Business Personal Property, including such property that you newly acquire, at any location you acquire; or

**(b)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

**b. Personal Property Off-premises**

You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $10,000.

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than trees, shrubs or plants which are part of a vegetated roof), including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, unless a higher Limit Of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.



Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees, including temporary or leased employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**e. Valuable Papers And Records**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale; and

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000, unless a higher Limit Of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $5,000.

**(4)** Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

**(5)** Paragraph **B.** Exclusions in Section **I** - Property does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.2.m.(2),** Errors Or Omissions; and

**(g)** Paragraph **B.3.**

**f. Accounts Receivable**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to reestablish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

**(3)** Paragraph **B.** Exclusions in Section I - Property does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.**, Governmental Action;

**(b)** Paragraph **B.1.d.**, Nuclear Hazard;

**(c)** Paragraph **B.1.f.**, War And Military Action;

**(d)** Paragraph **B.2.f.**, Dishonesty;

**(e)** Paragraph **B.2.g.**, False Pretense;

**(f)** Paragraph **B.3.**; and

**(g)** Paragraph **B.6.**, Accounts Receivable Exclusion.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the buildings or structures described in the Declarations or within 100 feet of the described premises, whichever distance is greater.

**(2)** The limitation under Paragraph **A.4.a.(5)** also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the Business Personal Property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the Business Personal Property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to Business Personal Property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form, and does not apply to loss or damage to the storage unit itself.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   **a. Ordinance Or Law**

   (1) The enforcement of or compliance with any ordinance or law:

      (a) Regulating the construction, use or repair of any property; or

      (b) Requiring the tearing down of any property, including the cost of removing its debris.

   (2) This exclusion, Ordinance Or Law, applies whether the loss results from:

      (a) An ordinance or law that is enforced even if the property has not been damaged; or

      (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man- made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in Paragraphs (1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

      (a) Airborne volcanic blast or airborne shock waves;

      (b) Ash, dust or particulate matter; or

      (c) Lava flow.

   With respect to coverage for volcanic action as set forth in 5(a), (5)(b) and 5(c), all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

   This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of nature or is otherwise caused.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic data".

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h.  Certain Computer-related Losses**

**(1)** The failure, malfunction or inadequacy of:

**(a)** Any of the following, whether belonging to any insured or to others:

**(i)** "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

**(ii)** "Computer" application software or other "electronic data" as may be described elsewhere in this policy;

**(iii)** "Computer" operating systems and related software;

**(iv)** "Computer" networks;

**(v)** Microprocessors ("computer" chips) not part of any "computer" system; or

**(vi)** Any other computerized or electronic equipment or components; or

**(b)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **(a)** above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**(2)** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **(1)** above.

However, if excluded loss or damage, as described in Paragraph **(1)** above, results in a "specified cause of loss" under Section **I - Property**, we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraph **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

**i.  "Fungi", Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungi", wet rot or dry rot results from fire or lightning; or

**(2)** To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

**j.  Virus Or Bacteria**

**(1)** Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**(2)** However, the exclusion in Paragraph **(1)** does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion **i.**

**(3)** With respect to any loss or damage subject to the exclusion in Paragraph **(1),** such exclusion supersedes any exclusion relating to "pollutants".

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. **Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(1) Electrical current, including arcing;

(2) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(3) Pulse of electromagnetic energy; or

(4) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

(1) An occurrence that took place within 100 feet of the described premises; or

(2) Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

b. **Consequential Losses**

Delay, loss of use or loss of market.

c. **Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

d. **Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

e. **Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

f. **Dishonesty**

Dishonest or criminal acts (including theft) by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees (including temporary or leased employees), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

(1) Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary or leased employees) or authorized representatives; but theft by your employees (including temporary or leased employees) or authorized representatives is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**g.  False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h.  Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i.  Collapse**

**(1)** Collapse, including any of the following conditions of property or any part of the property:

  **(a)** An abrupt falling down or caving in;

  **(b)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

  **(c)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to Paragraph **i.(1)(a)** or **i.(1)(b).**

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(2)** This Exclusion **i.** does not apply:

  **(a)** To the extent that coverage is provided under the Additional Coverage - Collapse; or

**(b)** To collapse caused by one or more of the following:

  **(i)** The "specified causes of loss";

  **(ii)** Breakage of building glass;

  **(iii)** Weight of rain that collects on a roof; or

  **(iv)** Weight of people or personal property.

**j.  Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k.  Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l.  Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

Electronically Filed 06/22/2018 13:02 /  / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(7)** The following causes of loss to personal property:

    **(a)** Dampness or dryness of atmosphere;

    **(b)** Changes in or extremes of temperature; or

    **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m.** **Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

**n.** **Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

**o.** **Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided for under the Additional Coverages of Section I - Property.

However, we will pay for direct loss or damage caused by lightning.

**p.** **Continuous Or Repeated Seepage Or Leakage Of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** **Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.**1. above to produce the loss or damage.

**b.** **Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** **Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4.** **Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ



such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

5. **Business Income And Extra Expense Exclusions**

   a. We will not pay for:

      (1) Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

         (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

         (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

      (2) Any other consequential loss.

   b. With respect to this exclusion, suspension means:

      (1) The partial slowdown or complete cessation of your business activities; and

      (2) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

6. **Accounts Receivable Exclusion**

   The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

a. Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

   This exclusion applies only to the extent of the wrongful giving, taking or withholding.

b. Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

c. Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

C. **Limits Of Insurance**

1. The most we will pay for loss or damage in any one occurrence is the applicable Limits Of Insurance of Section I - Property shown in the Declarations.

2. The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

3. The amounts of insurance applicable to the Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are in addition to the Limits of Insurance of Section I - Property:

   a. Fire Department Service Charge;

   b. Pollutant Clean-up And Removal;

   c. Increased Cost Of Construction;

   d. Business Income From Dependent Properties;

   e. Electronic Data; and

   f. Interruption Of Computer Operations.

4. **Building Limit - Automatic Increase**

   a. In accordance with Paragraph **C.4.b.**, the Limit of Insurance for Buildings will automatically increase by 8%, unless a different percentage of annual increase is shown in the Declarations.

© Insurance Services Office, Inc., 2012

**BP 00 03 07 13**



b. The amount of increase is calculated as follows:

(1) Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date or any other policy change amending the Building limit by:

(a) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 7% is .07); or

(b) .08, if no percentage of annual increase is shown in the Declarations; and

(2) Multiply the number calculated in accordance with **b.(1)** by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example**

If:

The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 365 = $3,200.

5. **Business Personal Property Limit - Seasonal Increase**

a. Subject to Paragraph **5.b.**, the Limit of Insurance for Business Personal Property is automatically increased by:

(1) The Business Personal Property - Seasonal Increase percentage shown in the Declarations; or

(2) 25% if no Business Personal Property - Seasonal Increase percentage is shown in the Declarations;

to provide for seasonal variances.

b. The increase described in Paragraph **5.a.** will apply only if the Limit Of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business as of the date the loss or damage occurs.

D. **Deductibles**

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of Section I - Property.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is the Optional Coverage Deductible shown in the Declarations:

a. Money and Securities;

b. Employee Dishonesty;

c. Outdoor Signs; and

d. Forgery or Alteration.

But this Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

3. No deductible applies to the following Additional Coverages:

a. Fire Department Service Charge;

b. Business Income;

c. Extra Expense;

d. Civil Authority; and

e. Fire Extinguisher Systems Recharge Expense.

E. **Property Loss Conditions**

1. **Abandonment**

There can be no abandonment of any property to us.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**2.  Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**  Pay its chosen appraiser; and

**b.**  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.  Duties In The Event Of Loss Or Damage**

**a.**  You must see that the following are done in the event of loss or damage to Covered Property:

**(1)**  Notify the police if a law may have been broken.

**(2)**  Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)**  As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)**  Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of Section **I** - Property. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)**  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)**  As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)**  Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)**  Cooperate with us in the investigation or settlement of the claim.

**(9)**  Resume all or part of your "operations" as quickly as possible.

**b.**  We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.  Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.**  There has been full compliance with all of the terms of this insurance; and

**b.**  The action is brought within two years after the date on which the direct physical loss or damage occurred.

**5.  Loss Payment**

In the event of loss or damage covered by this policy:

**a.**  At our option, we will either:

**(1)**  Pay the value of lost or damaged property;

**(2)**  Pay the cost of repairing or replacing the lost or damaged property;

**(3)**  Take all or any part of the property at an agreed or appraised value; or

    **(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **d.(1)(e)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in Paragraphs **(2)** through **(7)** below, we will determine the value of Covered Property as follows:

    **(1)** At replacement cost without deduction for depreciation, subject to the following:

        **(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

           **(i)** The Limit of Insurance under Section I - Property that applies to the lost or damaged property;

           **(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

                **i.** Of comparable material and quality; and

                **ii.** Used for the same purpose; or

           **(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

        If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

    **(i)** The actual cash value of the lost or damaged property; or

    **(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the full replacement cost of the property.

**Example**

The full replacement cost of property which suffers a total loss is $100,000. The property is insured for $70,000. 80% of the full replacement cost of the property immediately before the loss is $80,000 ($100,000 x .80 = $80,000). A partial loss of $25,000 is sustained. The amount of recovery is determined as follows:

Amount of recovery

$70,000 ÷ $80,000 = .875

.875 x $25,000 = $21,875

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ



(c) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(d) We will not pay on a replacement cost basis for any loss or damage:

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

(e) The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

(2) If the Actual Cash Value - Buildings option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

(3) The following property at actual cash value:

(a) Used or secondhand merchandise held in storage or for sale;

(b) Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

(c) Household contents, except personal property in apartments or rooms furnished by you as landlord;

(d) Manuscripts; and

(e) Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

(4) Glass at the cost of replacement with safety glazing material if required by law.

(5) Tenants' improvements and betterments at:

(a) Replacement cost if you make repairs promptly.

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(ii) Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

© Insurance Services Office, Inc., 2012
**BP 00 03 07 13**

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** Applicable only to the Optional Coverages:

**(a)** "Money" at its face value; and

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(7)** Applicable only to accounts receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to reestablish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

6. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of Section I - Property.

7. **Resumption Of Operations**

We will reduce the amount of your:

a. Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

b. Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

8. **Vacancy**

a. **Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)(a)** through **(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

F. **Property General Conditions**

1. **Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

2. **Mortgageholders**

a. The term "mortgageholder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

  **(1)** Pays any premium due under this policy at our request if you have failed to do so;

  **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

  **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

  All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

  **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

  **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

  At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

  **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

  **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3.** **No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4.** **Policy Period, Coverage Territory**

Under Section I - Property:

**a.** We cover loss or damage commencing:

  **(1)** During the policy period shown in the Declarations; and

  **(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

  **(1)** The United States of America (including its territories and possessions);

  **(2)** Puerto Rico; and

  **(3)** Canada.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below:

**1.** **Outdoor Signs**

**a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

  **(1)** Owned by you; or

  **(2)** Owned by others but in your care, custody or control.

**b.** Paragraph **A.3.**, Covered Causes Of Loss and Paragraph **B.**, Exclusions in Section I - Property do not apply to this Optional Coverage, except for:

  **(1)** Paragraph **B.1.c.**, Governmental Action;

  **(2)** Paragraph **B.1.d.**, Nuclear Hazard; and

  **(3)** Paragraph **B.1.f.**, War And Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

  **(1)** Wear and tear;

  **(2)** Hidden or latent defect;

  **(3)** Rust;

  **(4)** Corrosion; or

  **(5)** Mechanical breakdown.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ



d. The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance for Outdoor Signs shown in the Declarations.

e. The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

2. **Money And Securities**

a. We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee (including a temporary or leased employee) having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

(1) Theft, meaning any act of stealing;

(2) Disappearance; or

(3) Destruction.

b. In addition to the Limitations and Exclusions applicable to Section I - Property, we will not pay for loss:

(1) Resulting from accounting or arithmetical errors or omissions;

(2) Due to the giving or surrendering of property in any exchange or purchase; or

(3) Of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

c. The most we will pay for loss in any one occurrence is:

(1) The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

(a) In or on the described premises; or

(b) Within a bank or savings institution; and

(2) The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

d. All loss:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

e. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

3. **Employee Dishonesty**

a. We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(a) Any employee; or

(b) Any other person or organization.

b. We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

(2) Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:

(a) Whether acting alone or in collusion with other persons; or

(b) While performing services for you or otherwise.

(3) The only proof of which as to its existence or amount is:

(a) An inventory computation; or

(b) A profit and loss computation.

© Insurance Services Office, Inc., 2012
**BP 00 03 07 13**

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(4)** Caused by an employee if the employee had also committed theft or any other dishonest act prior to the effective date of this policy and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the employee, learned of that theft or dishonest act prior to the policy period shown in the Declarations.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance for Employee Dishonesty shown in the Declarations.

**d.** All loss or damage:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of acts;

is considered one occurrence.

**e.** If any loss is covered:

**(1)** Partly by this insurance; and

**(2)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**f.** This Optional Coverage is cancelled as to any employee immediately upon discovery by:

**(1)** You; or

**(2)** Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

**(1)** This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Optional Coverage as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**j.** With respect to the Employee Dishonesty Optional Coverage in Paragraph **G.3.**, employee means:

**(1)** Any natural person:

**(a)** While in your service or for 30 days after termination of service;

**(b)** Who you compensate directly by salary, wages or commissions; and

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent employee, as defined in Paragraph **(1)** above, who is on leave; or

**(b)** To meet seasonal or short-term workload conditions;

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

**(5)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

**4. Equipment Breakdown Protection Coverage**

**a.** We will pay for direct loss of or damage to Covered Property caused by or resulting from a mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment.

Mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment does not mean any:

**(1)** Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification;

**(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**(3)** Damage to any vacuum tube, gas tube, or brush; or

**(4)** The functioning of any safety or protective device.

**b.** Paragraphs **A.4.a.(1)** and **A.4.a.(2),** Limitations, do not apply to this Optional Coverage.

**c.** With respect to the coverage provided by this Optional Coverage, the following exclusions in Paragraph **B. Exclusions** do not apply:

**(1)** Paragraph **B.2.a.,** Electrical Apparatus;

**(2)** Paragraph **B.2.d.,** Steam Apparatus; and

**(3)** Paragraph **B.2.l.(6),** Mechanical Breakdown.

**d.** With respect to the coverage provided by this Optional Coverage, Paragraph **G.1.c.(5)** of the **Outdoor Signs Optional Coverage** does not apply.

**e.** If a dollar deductible is shown in the Declarations for this Optional Coverage, we will first subtract the applicable deductible amount from any loss we would otherwise pay. We will then pay the amount of loss in excess of the applicable deductible up to the applicable limit for this coverage.

If no optional deductible is chosen for this Optional Coverage, the Property Deductible shown in the Declarations applies.

**f.** With respect to Additional Coverages **5.f.** Business Income and **5.g.** Extra Expense, if the 72-hour time period in the definition of "period of restoration" (hereinafter referred to as time deductible) is amended for this Optional Coverage as shown in the Declarations, we will not pay for any Business Income loss that occurs during the consecutive number of hours shown as the time deductible in the Declarations immediately following a mechanical breakdown or electrical failure. If a time deductible is shown in days, each day shall mean 24 consecutive hours.

With respect to the coverage provided by this Optional Coverage, any time deductible shown in the Declarations for Equipment Breakdown Protection Coverage supersedes any time deductible otherwise applicable to the Business Income coverage provided by this policy.

g. With respect to the coverage provided by this Optional Coverage, Paragraph **H. Property Definitions** is amended as follows:

1. "Computer" means:

a. Programmable electronic equipment that is used to store, retrieve and process data; and

b. Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" includes those used to operate production-type machinery or equipment.

h. Whenever any covered pressure, mechanical or electrical machinery and equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may suspend coverage provided by this Optional Coverage for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment.

However, coverage provided by this Optional Coverage may be reinstated for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment if the reasons for the suspension are found by any of our representatives to no longer exist.

We may suspend or reinstate this Optional coverage by mailing or delivering a written notification regarding the suspension or reinstatement to:

(1) Your last known address; or

(2) The address where the pressure, mechanical or electrical machinery and equipment is located.

This notification will indicate the effective date of the suspension or reinstatement.

If the coverage provided by this Optional Coverage is not reinstated, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H. Property Definitions**

1. "Computer" means:

a. Programmable electronic equipment that is used to store, retrieve and process data; and

b. Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production-type machinery or equipment.

2. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

3. "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

4. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

5. "Manager"  means a person serving in a directorial capacity for a limited liability company.

6. "Member"  means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

7. "Money"  means:

   a. Currency, coins and bank notes in current use and having a face value; and

   b. Traveler's checks, register checks and money orders held for sale to the public.

8. "Operations"  means your business activities occurring at the described premises.

9. "Period of restoration":

   a. Means the period of time that:

      (1) Begins:

         (a) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

         (b) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

         caused by or resulting from any Covered Cause of Loss at the described premises; and

      (2) Ends on the earlier of:

         (a) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

         (b) The date when business is resumed at a new permanent location.

   b. Does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down of any property;  or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

10. "Pollutants"  means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

11. "Securities"  means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

   but does not include "money".

12. "Specified causes of loss" means the following:

   Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.  This cause of loss does not include:

      (1) The cost of filling sinkholes;  or

      (2) Sinking or collapse of land into man-made underground cavities.

   b. Falling objects does not include loss of or damage to:

      (1) Personal property in the open; or

      (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ



**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss", such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the ground surface.

**13.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**14.** "Valuable papers and records" means inscribed, printed or written:

**a.** Documents;

**b.** Manuscripts; and

**c.** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages. But "valuable papers and records" does not mean "money" or "securities".

## SECTION II - LIABILITY

### A. Coverages

**1. Business Liability**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** Liability And Medical Expenses Limits Of Insurance in Section **II** - Liability; and

**(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f.** Coverage Extension - Supplementary Payments.

**b.** This insurance applies:

**(1)** To "bodily injury" and "property damage" only if:

**(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(b)** The "bodily injury" or "property damage" occurs during the policy period; and

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(c)** Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

**(2)** To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f.** **Coverage Extension - Supplementary Payments**

**(1)** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**(a)** All expenses we incur.

**(b)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(c)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**(e)** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(f)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(g)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the limit of liability.

**(2)** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**(a)** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**(b)** This insurance applies to such liability assumed by the insured;

**(c)** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**(d)** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**(e)** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**(f)** The indemnitee:

**(i)** Agrees in writing to:

  **i.** Cooperate with us in the investigation, settlement or defense of the "suit";

  **ii.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

  **iii.** Notify any other insurer whose coverage is available to the indemnitee; and

  **iv.** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(ii)** Provides us with written authorization to:

  **i.** Obtain records and other information related to the "suit"; and

  **ii.** Conduct and control the defense of the indemnitee in such "suit".

**(3)** So long as the conditions in Paragraph **(2)** are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** Exclusions in Section **II** - Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**(a)** We have used up the applicable Limit of Insurance in the payment of judgments or settlements;  or

**(b)** The conditions set forth above, or the terms of the agreement described in Paragraph **(2)(f)** above, are no longer met.

**2. Medical Expenses**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the Limits of Insurance of Section **II** - Liability. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**B. Exclusions**

**1. Applicable To Business Liability Coverage**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement;  or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by an insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

© Insurance Services Office, Inc., 2012
**BP 00 03 07 13**

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

   (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

   (b) The operation of any of the following machinery or equipment:

      (i) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

      (ii) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**j. Professional Services**

"Bodily injury", "property damage" or "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

(1) Legal, accounting or advertising services;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection or engineering services;

(4) Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

(5) Any health or therapeutic service treatment, advice or instruction;

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

(7) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(8) Body piercing services; and

(9) Services in the practice of pharmacy.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render of any professional service.

**k.  Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations;  or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as described in Paragraph **D.** Liability And Medical Expenses Limits Of Insurance in Section **II** - Liability.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**l.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work";  or

© Insurance Services Office, Inc., 2012

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. Personal And Advertising Injury**

"Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period;

**(4)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(5)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(6)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(7)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(8)** Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of web sites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under Paragraph **F.** Liability And Medical Expenses Definitions.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting;

**(9)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

**(10)** With respect to any loss, cost or expense arising out of any:

   **(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants";

**(11)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control;

**(12)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan;

**(13)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

**q.** **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**r.** **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**s.** **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c., d., e., f., g., h., i., k., l., m., n.** and **o.** in Section **II - Liability** do not apply to damage by fire to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph **D.** Liability And Medical Expenses Limits of Insurance in Section **II - Liability.**

**2.  Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** To any insured, except "volunteer workers".

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

**f.** Included within the "products-completed operations hazard".

**g.** Excluded under Business Liability Coverage.

**3.  Applicable To Both Business Liability Coverage And Medical Expenses Coverage - Nuclear Energy Liability Exclusion**

This insurance does not apply to:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability;  or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

**(a)** Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

**(b)** The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

©  Insurance  Services  Office,  Inc.,  2012

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

c. Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

(1) The "nuclear material":

(a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

(b) Has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

d. As used in this exclusion:

(1) "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(2) "Hazardous properties" include radioactive, toxic or explosive properties;

(3) "Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for:

(i) Separating the isotopes of uranium or plutonium;

(ii) Processing or utilizing "spent fuel"; or

(iii) Handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

(4) "Nuclear material" means "source material", "special nuclear material" or "by-product material";

(5) "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self- supporting chain reaction or to contain a critical mass of fissionable material;

(6) "Property damage" includes all forms of radioactive contamination of property;

(7) "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(8) "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(9) "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(10)** "Waste" means any waste material:

  **(a)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

  **(b)** Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs **(a)** and **(b)** of the definition of "nuclear facility".

**C. Who Is An Insured**

1. If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

   **(1)** "Bodily injury" or "personal and advertising injury":

     **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

     **(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(a)** above;

     **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(a)** or **(b)**; or

     **(d)** Arising out of his or her providing or failing to provide professional health care services.

   **(2)** "Property damage" to property:

     **(a)** Owned, occupied or used by;

     **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

D. **Liability And Medical Expenses Limits Of Insurance**

1. The Limits of Insurance of Section II - Liability shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The most we will pay for the sum of all damages because of all:

a. "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

b. "Personal and advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

3. The most we will pay under Business Liability Coverage for damages because of "property damage" to a premises while rented to you or in the case of fire while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the highest Damage To Premises Rented To You limit shown in the Declarations.

4. **Aggregate Limits**

The most we will pay for:

a. All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

b. All:

(1) "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

(2) Plus medical expenses;

(3) Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

Subject to Paragraph **a.** or **b.** above, whichever applies, the Damage To Premises Rented To You limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of Section II - Liability apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Liability And Medical Expenses General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation Of Insureds**

Except with respect to the Limits of Insurance of Section II - Liability, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. Liability And Medical Expenses Definitions**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

© Insurance Services Office, Inc., 2012

BP 00 03 07 13

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above;

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

(1) The repair, replacement, adjustment or removal of "your product" or "your work"; or

(2) Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection or engineering services.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

© Insurance Services Office, Inc., 2012 **BP 00 03 07 13**

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

**b.** Does not include "bodily injury" or "property damage" arising out of:

  **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

  **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

  **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    **(a)** You;

    **(b)** Others trading under your name; or

    **(c)** A person or organization whose business or assets you have acquired; and

  **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

  **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

  **(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

  **(1)** Work or operations performed by you or on your behalf; and

  **(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

  **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

  **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012      **BP 00 03 07 13**

## SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY)

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. Five days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy:

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a Covered Cause of Loss, permanent repairs to the building:

         (a) Have not started; and

         (b) Have not been contracted for;

         within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceals or misrepresents a material fact concerning:

1. This policy;

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe and healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section **I** - Property.

2. Business Liability Coverage is excess over:

    a. Any other insurance that insures for direct physical loss or damage; or

    b. Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**I. Premiums**

1. The first Named Insured shown in the Declarations:

    a. Is responsible for the payment of all premiums; and

    b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

    a. Paid to us prior to the anniversary date; and

    b. Determined in accordance with Paragraph **2.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

© Insurance Services Office, Inc., 2012

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J. Premium Audit**

1. This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**K. Transfer Of Rights Of Recovery Against Others To Us**

1. Applicable to Businessowners Property Coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

   b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      (1) Someone insured by this insurance;

      (2) A business firm:

         (a) Owned or controlled by you; or

         (b) That owns or controls you; or

      (3) Your tenant.

   You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

   This will not restrict your insurance.

2. Applicable to Businessowners Liability Coverage:

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Electronically Filed 06/22/2018 13:02 / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

BUSINESSOWNERS
BP 01 58 03 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OHIO CHANGES

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM
INFORMATION  SECURITY PROTECTION ENDORSEMENT

**A.  Section I - Property**  is amended  as follows:

1.  Paragraphs  **E.5.b.**  and **E.5.g.**  of the **Loss Payment**  Property Loss Condition  are replaced  by the following:

**5.  Loss Payment**

**b.**  We will give you notice, within 21 days after we receive a properly executed  proof of loss, that we:

**(1)**  Accept your claim;

**(2)**  Deny your claim; or

**(3)**  Need more time to investigate your claim.

If we need more time to investigate your claim, we will provide an explanation  for our need for more time. We will continue  to notify you again in writing, at least every 45 days, of the status of the investigation  and of the continued  time needed for the investigation.

**g.**  Provided  you have complied with all the terms of this Policy, we will pay for covered loss or damage within:

**(1)**  10 days after we accept your claim if such acceptance  occurs within  the first 21 days after we receive a properly executed  proof of loss, unless the claim involves  an action by a probate court or other extraordinary  circumstances  as documented  in the claim file; or

**(2)**  Five days after we accept your claim if such acceptance  occurs more than 21 days after we receive a properly executed  proof of loss, and

**(a)**  An appraisal  award has been made; or

**(b)**  We have reached  an agreement  with you on the amount  of loss that was in dispute.

**B.  Section III - Common Policy Conditions**  is amended  as follows:

1.  With respect to a policy which has been in effect for more than 90 days, or is a renewal of a policy we issued, Paragraph  **A. Cancellation**  Common Policy Condition  is replaced by the following:

**A.  Cancellation**

1.  The first Named Insured shown in the Declarations  may cancel this Policy by mailing or delivering  to us advance written notice of cancellation.

2.  We may cancel this Policy only for one or more of the following reasons, except as provided  in Paragraph  **6.** below:

**a.**  Nonpayment  of premium;

**b.**  Discovery of fraud or material misrepresentation  in the procurement  of the insurance  or with respect to any claims submitted  thereunder;

**c.**  Discovery of a moral hazard or willful  or reckless acts or omissions  on your part which increases any hazard insured  against;

**d.**  The occurrence  of a change in the individual  risk which substantially  increases any hazard insured against after the insurance  coverage has been issued or renewed except to the extent the insurer could reasonably  have foreseen the change or contemplated  the risk in writing the contract;

BP 01 58 03 15      © Insurance  Services Office, Inc., 2014      Page 1 of 3

e. Loss of applicable reinsurance or a substantial decrease in applicable reinsurance, if the Superintendent has determined that reasonable efforts have been made to prevent the loss of, or substantial decrease in, the applicable reinsurance, or to obtain replacement coverage;

f. Failure of an insured to correct material violations of safety codes or to comply with reasonable written loss control recommendations; or

g. A determination by the Superintendent of Insurance that the continuation of the Policy would create a condition that would be hazardous to the policyholders or the public.

3. We will mail written notice of cancellation to the first Named Insured, and agent if any, at the last mailing addresses known to us. Proof of mailing will be sufficient proof of notice.

4. We will mail the notice of cancellation at least:

a. 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

b. 30 days before the effective date of cancellation, if we cancel for a reason stated in **2.b.** through **2.g.** above.

5. The notice of cancellation will:

a. State the effective date of cancellation. The policy period will end on that date.

b. Contain the date of the notice and the policy number, and will state the reason for cancellation.

6. Policies written for a term of more than one year or on a continuous basis may be cancelled by us for any reason at an anniversary date, upon 30 days' written notice of cancellation.

7. If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

2. Paragraph **A.2.a. Cancellation** is deleted, unless Paragraph **B.1.** of this Endorsement applies.

3. The following paragraph is added and supersedes any provisions to the contrary:

**M. Nonrenewal**

1. If we elect not to renew this Policy, we will mail written notice of nonrenewal to the first Named Insured, and agent if any, at the last mailing addresses known to us. The notice will contain the date of the notice and the policy number, and will state the expiration date of the Policy.

2. We will mail the notice of nonrenewal at least 30 days before the expiration date of the Policy.

3. Proof of mailing will be sufficient proof of notice.

C. The following changes apply only to Information Security Protection Endorsement **BP 15 07** if it is attached to this Policy:

1. Paragraph **(2)** of Insuring Agreement **d. Security Breach Liability** is replaced by the following:

(2) We will pay for "defense expenses" as a result of a "claim" in the form of a "regulatory proceeding" first made against the insured during the "policy period" or during the applicable Extended Reporting Period, in response to a "wrongful act" or a series of "interrelated wrongful acts" covered under Paragraph **d.(1).**

2. Paragraph **d.** of the definition of "loss" in Paragraph **V.** is replaced by the following:

   **d.** With respect to Insuring Agreements **d.** Security Breach Liability and **g.** Web Site Publishing Liability:

   Compensatory damages, settlement amounts and costs awarded pursuant to judgments or settlements.

   "Loss" does not include:

   **(1)** Civil or criminal fines or penalties imposed by law;

   **(2)** Punitive or exemplary damages;

   **(3)** The multiplied portion of multiplied damages;

   **(4)** Taxes;

   **(5)** Royalties;

   **(6)** The amount of any disgorged profits; or

   **(7)** Matters that are uninsurable pursuant to law.

POLICY NUMBER:

**BUSINESSOWNERS**
**BP 04 04 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Coverage | Additional Premium |
|---|---|
| **A. Hired Auto Liability** | $ |
| **B. Non-owned Auto Liability** | $ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||



A. Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

   1. **Hired Auto Liability**

      The insurance provided under Paragraph **A.1. Business Liability** in **Section II - Liability** applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

   2. **Non-owned Auto Liability**

      The insurance provided under Paragraph **A.1. Business Liability** in **Section II - Liability** applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

B. For insurance provided by this endorsement only:

   1. The exclusions under Paragraph **B.1. Applicable To Business Liability Coverages** in **Section II - Liability,** other than Exclusions **a., b., d., f.** and **i.** and the **Nuclear Energy Liability Exclusion,** are deleted and replaced by the following:

      a. "Bodily injury" to:

         (1) An "employee" of the insured arising out of and in the course of:

            (a) Employment by the insured; or

            (b) Performing duties related to the conduct of the insured's business; or

         (2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

      This exclusion applies:

         (1) Whether the insured may be liable as an employer or in any other capacity; and

         (2) To any obligation to share damages with or repay someone else who must pay damages because of injury.

      This exclusion does not apply to:

         (1) Liability assumed by the insured under an "insured contract"; or

         (2) "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any worker's compensation law.

      b. "Property damage" to:

         (1) Property owned or being transported by, or rented or loaned to the insured; or

         (2) Property in the care, custody or control of the insured.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

2. Paragraph **C. Who Is An Insured** in **Section II - Liability** is replaced by the following:

1. Each of the following is an insured under this endorsement to the extent set forth below:

   a. You;

   b. Any other person using a "hired auto" with your permission;

   c. For a "non-owned auto":

      (1) Any partner or "executive officer" of yours; or

      (2) Any "employee" of yours;

      but only while such "non-owned auto" is being used in your business; and

   d. Any other person or organization, but only for their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

2. None of the following is an insured:

   a. Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

   b. Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

   c. Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

   d. The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee; or

   e. Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

C. For the purposes of this endorsement only, Paragraph **H. Other Insurance** in **Section III - Common Policy Conditions** is replaced by the following:

This insurance is excess over any primary insurance covering the "hired auto" or "non-owned auto".

D. The following additional definitions apply:

1. "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

2. "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or your "executive officers" or members of their households.

3. "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or your personal affairs.

BUSINESSOWNERS
BP 04 17 01 10

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT  - RELATED PRACTICES EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

The following  exclusion  is added to Paragraph **B.1. Exclusions - Applicable  To Business Liability Coverage** in **Section II - Liability:**

This  insurance  does  not  apply  to "bodily  injury"  or "personal  and advertising  injury"  to:

**(1)** A person arising out of any:

**(a)** Refusal to employ  that person;

**(b)** Termination  of that person's employment;  or

**(c)** Employment-related  practices, policies, acts or omissions, such as coercion, demotion,  evaluation, reassignment,  discipline, defamation,  harassment, humiliation,  discrimination or malicious  prosecution  directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily  injury" or "personal  and advertising  injury" to that person at whom any of the employment-related  practices described  in Paragraph **(a), (b)** or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether  the  injury-causing event described  in Paragraph **(a), (b)** or **(c)** above occurs before employment,  during  employment  or after  employment  of that person;

**(2)** Whether the insured may be liable as an employer  or in any other capacity;  and

**(3)** To any obligation  to share damages with or repay someone else who must pay damages because of the injury.

---

**BP 04 17 01 10**        © Insurance  Services  Office, Inc., 2009        **Page 1 of 1**

BUSINESSOWNERS
BP 04 39 07 02

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE  OR MOLESTATION   EXCLUSION

This endorsement   modifies  insurance  provided   under the following:

    BUSINESSOWNERS   COVERAGE FORM

The following   applies  to **Section II - Liability**  and supersedes  any provision   to the contrary:

This insurance  does not apply to "bodily   injury," "property  damage"  or "personal   and advertising injury"  arising  out of:

    **(a)** The actual  or threatened  abuse or moles- tation  by anyone of any person  while in the  care,  custody  or control  of any in- sured, or

    **(b)** The negligent:

        **(i)** Employment;

    **(ii)** Investigation;

    **(iii)** Supervision;

    **(iv)** Reporting  to the proper  authorities, or failure  to so report;  or

    **(v)** Retention;

of a person  for whom  any insured  is or ever was legally  responsible  and whose conduct  would  be excluded  by **(a)** above.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

BUSINESSOWNERS
BP 05 23 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON  LOSSES FROM  CERTIFIED
# ACTS OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM



The following  provisions  are added  to the Bus-inessowners  Policy and apply to Property  and Li-ability  Coverages:

**A.  CAP ON CERTIFIED TERRORISM LOSSES**

"Certified  act of terrorism"  means an act that is certified  by the Secretary  of the Treasury, in accordance  with the provisions  of the fed-eral Terrorism  Risk  Insurance Act, to be an act of terrorism  pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance Act for a "certified  act of terrorism"  include  the following:

1.  The act resulted  in insured  losses in ex-cess of $5 million  in the aggregate,  attrib-utable  to all types of insurance  subject to the Terrorism  Risk Insurance Act; and

2.  The act is a violent  act or an act that is dangerous  to human  life, property  or in-frastructure  and is committed  by an in-dividual  or individuals  as part of an effort to coerce  the civilian  population  of the United States or to influence  the policy or affect  the conduct  of the United  States Government  by coercion.

If aggregate  insured  losses attributable  to ter-rorist  acts certified  under  the Terrorism  Risk Insurance Act exceed $100 billion  in a calen-dar year and we have met our insurer  deduct-ible under  the Terrorism  Risk Insurance Act, we shall  not be liable  for the payment  of any portion  of the amount  of such losses that ex-ceeds $100 billion,  and in such case insured losses up to that amount  are subject to pro rata allocation  in accordance  with procedures established  by the Secretary  of the Treasury.

**B.**  The terms and limitations  of any terrorism  ex-clusion,  or the inapplicability  or omission of a terrorism  exclusion,  do not serve  to create coverage  for loss or injury  or damage that is otherwise  excluded  under this Policy.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

BUSINESSOWNERS
BP 05 77 01 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION (LIABILITY)

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS COVERAGE FORM

The following provisions are added to **Section II - Liability:**

**A.** The following exclusion is added to Paragraph **B.1., Exclusions - Applicable To Business Liability Coverage:**

**t.  Fungi or Bacteria**

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**(2)** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following definition is added to Paragraph **F. Liability And Medical Expenses Definitions:**

**1.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

©ISO Properties, Inc., 2004          **Page 1 of 1**

POLICY NUMBER:                                                                                    **BUSINESSOWNERS**
                                                                                                 **BP 06 72 07 13**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## OHIO - STOP GAP - EMPLOYER'S LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| Bodily Injury By Accident | Bodily Injury By Disease | |
|---|---|---|
| Each Accident | Each Employee | Aggregate |
| $ 1 000 000 | $ 1 000 000 | $ 1 000 000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |



**Section II - Liability** is amended as follows:

**A. Coverage Stop Gap - Employer's Liability**

   **1. Insuring Agreement**

     **a.** We will pay those sums that the insured becomes legally obligated by Ohio law to pay as damages because of "bodily injury by accident" or "bodily injury by disease" to your "employee" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any accident and settle any claim or "suit" that may result. But:

       **(1)** The amount we will pay for damages is limited as described in Paragraph **D.** Liability And Medical Expenses Limits Of Insurance; and

       **(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under this coverage.

     No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

     **b.** This insurance applies to "bodily injury by accident" or "bodily injury by disease" only if:

       **(1)** The:

         **(a)** "Bodily injury by accident" or "bodily injury by disease" takes place in the "coverage territory";

         **(b)** "Bodily injury by accident" or "bodily injury by disease" arises out of and in the course of the injured "employee's" employment by you; and

         **(c)** "Employee", at the time of the injury, was covered under a workers' compensation policy and subject to a "workers' compensation law" of Ohio; and

       **(2)** The:

         **(a)** "Bodily injury by accident" is caused by an accident that occurs during the policy period; or

         **(b)** "Bodily injury by disease" is caused by or aggravated by conditions of employment by you and the injured "employee's" last day of last exposure to the conditions causing or aggravating such "bodily injury by disease" occurs during the policy period.

c. The damages we will pay, where recovery is permitted by law, include damages for:

(1) Which you are liable to a third party by reason of a claim or "suit" against you by that third party to recover the damages claimed against such third party as a result of "bodily injury by accident" or "bodily injury by disease" to your "employee";

(2) Care and loss of services resulting from the injury referred to in **c.(1)**; and

(3) "Bodily injury by accident" or "bodily injury by disease" to a spouse, child, parent, brother or sister of the injured "employee" as a consequence of the injury referred to in **c.(1)**;

provided that these damages are the direct consequence of "bodily injury by accident" or "bodily injury by disease" that arises out of and in the course of the injured "employee's" employment by you.

**2. Exclusions Applicable To Stop Gap - Employer's Liability Coverage**

This insurance does not apply to:

**a. Intentional Injury**

"Bodily injury by accident" or "bodily injury by disease" intentionally caused or aggravated by you, or "bodily injury by accident" or "bodily injury by disease" resulting from an act which is determined to have been committed by you if it is reasonable to believe that an injury is substantially certain to occur.

**b. Fines Or Penalties**

Any assessment, penalty or fine levied by any regulatory inspection agency or authority.

**c. Statutory Obligations**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Contractual Liability**

Liability assumed by you under any contract or agreement.

**e. Violation Of Law**

"Bodily injury by accident" or "bodily injury by disease" suffered or caused by any employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your "executive officers".

**f. Termination, Coercion Or Discrimination**

Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any "employee", or arising out of other employment or personnel decisions concerning the insured.

**g. Failure To Comply With Workers' Compensation Law**

"Bodily injury by accident" or "bodily injury by disease" to an "employee" when you are:

(1) Deprived of common law defenses; or

(2) Otherwise subject to penalty;

because of your failure to secure your obligations or other failure to comply with any "workers' compensation law".

**h. Violation Of Age Laws Or Employment Of Minors**

"Bodily injury by accident" or "bodily injury by disease" suffered or caused by any person:

(1) Knowingly employed by you in violation of any law as to age; or

(2) Under the age of 14 years, regardless of any such law.

**i.   Federal Laws**

Any premium, assessment, penalty, fine, benefit, liability or other obligation imposed by or granted pursuant to:

(1)  The Federal Employer's Liability Act (45 USC Sections 51-60);

(2)  The Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173);

(3)  The Longshore and Harbor Workers' Compensation Act (33 USC Sections 910-950);

(4)  The Outer Continental Shelf Lands Act (43 USC Sections 1331-1356);

(5)  The Defense Base Act (42 USC Sections 1651-1654);

(6)  The Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942);

(7)  The Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872);

(8)  Any other workers' compensation, unemployment compensation or disability laws or any similar law; or

(9)  Any subsequent amendments to the laws listed above.

**j.   Punitive Damages**

Multiple, exemplary or punitive damages.

**k.   Crew Members**

"Bodily injury by accident" or "bodily injury by disease" to a master or member of the crew of any vessel or any member of the flying crew of an aircraft.

**B.  The Coverage Extension - Supplementary Payments provisions apply to Stop Gap - Employer's Liability Coverage as well as to Business Liability Coverage.**

**C.  For the purposes of this endorsement, Paragraph C. Who Is An Insured is replaced by the following:**

**C.  Who Is An Insured**

If you are designated in the Declarations as:

**1.**  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**2.**  A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**3.**  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**4.**  An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**5.**  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D.  For the purposes of this endorsement, Paragraph D. Liability And Medical Expenses Limits Of Insurance is replaced by the following:**

**D.  Liability And Medical Expenses Limits Of Insurance**

**1.**  The Limits Of Insurance shown in the Schedule of this endorsement and the rules below fix the most we will pay regardless of the number of:

**a.**  Insureds;

© Insurance Services Office, Inc., 2012

   b.   Claims made or "suits" brought; or

   c.   Persons or organizations making claims or bringing "suits".

**2.** The "Bodily Injury By Accident" - Each Accident Limit shown in the Schedule of this endorsement is the most we will pay for all damages covered by this insurance because of "bodily injury by accident" to one or more "employees" in any one accident.

**3.** The "Bodily Injury By Disease" - Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for all damages covered by this insurance and arising out of "bodily injury by disease", regardless of the number of "employees" who sustain "bodily injury by disease".

**4.** Subject to Paragraph **D.3.** of this endorsement, the "Bodily Injury By Disease" - Each "Employee" Limit shown in the Schedule of this endorsement is the most we will pay for all damages because of "bodily injury by disease" to any one "employee".

The limits of the coverage apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E.** For the purposes of this endorsement, Condition **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** of the **Liability And Medical Expenses General Conditions** is replaced by the following:

   **2.**   **Duties In The Event Of Injury, Claim Or Suit**

      **a.**   You must see to it that we or our agent is notified as soon as practicable of a "bodily injury by accident" or "bodily injury by disease" which may result in a claim. To the extent possible, notice should include:

         **(1)**  How, when and where the "bodily injury by accident" or "bodily injury by disease" took place;

         **(2)**  The names and addresses of any injured persons and witnesses; and

         **(3)**  The nature and location of any injury.

      **b.**   If a claim is made or "suit" is brought against any insured, you must:

         **(1)**  Immediately record the specifics of the claim or "suit" and the date received; and

         **(2)**  Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

      **c.**   You and any other involved insured must:

         **(1)**  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the injury, claim, proceeding or "suit";

         **(2)**  Authorize us to obtain records and other information;

         **(3)**  Cooperate with us and assist us, as we may request, in the investigation or settlement of the claim or defense against the "suit";

         **(4)**  Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury to which this insurance may also apply; and

         **(5)**  Do nothing after an injury occurs that would interfere with our right to recover from others.

      **d.**   No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense, other than for first aid, without our consent.

F. For the purposes of this endorsement, Paragraph **4.** of the **Liability And Medical Expenses Definitions** section is replaced by the following:

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

c. All other parts of the world if the injury or damage arises out of the activities of a person whose home is in the territory described in **a.** above, but who is away for a short time on your business;

provided the insured's responsibility to pay damages is determined in the United States (including its territories and possessions), Puerto Rico, or Canada, in a suit on the merits according to the substantive law in such territory, or in a settlement we agree to.

G. The following are added to the **Liability And Medical Expenses Definitions** section:

1. "Workers' compensation law" means the Workers' Compensation Law and any Occupational Disease Law of Ohio. This does not include provisions of any law providing nonoccupational disability benefits.

2. "Bodily injury by accident" means bodily injury, sickness or disease sustained by a person, including death, resulting from an accident. A disease is not "bodily injury by accident" unless it results directly from "bodily injury by accident".

3. "Bodily injury by disease" means a disease sustained by a person, including death. "Bodily injury by disease" does not include a disease that results directly from an accident.

H. For the purposes of this endorsement, the definition of "bodily injury" does not apply.

BUSINESSOWNERS
BP 15 04 05 14

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** **Exclusion B.1.q.** of **Section II - Liability** is replaced by the following:

This insurance does not apply to:

**q.** **Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

**(1)** Damages, other than damages because of "personal and advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**B.** The following is added to Paragraph **B.1.p. Personal And Advertising Injury** Exclusion of **Section II - Liability:**

This insurance does not apply to:

**p.** **Personal And Advertising Injury**

"Personal and advertising injury":

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ



**BUSINESSOWNERS**
**BP 79 19 07 13**

THIS ENDORSEMENT  CHANGES  THE POLICY. PLEASE READ IT CAREFULLY.

# BUSINESSOWNERS  PROPERTY EXTENSION  ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

This summarizes the various coverages provided by this endorsement;  no coverages are given by this summary. Actual coverage descriptions  are within  the form.

| SUBJECT | LIMITS  OF INSURANCE  OR CHANGE IN CONDITION | SECTION |
|---|---|---|
| BUSINESS  PERSONAL PROPERTY | | |
|   1,000 feet of premises | Legal Liability  requirement  deleted, covered  within  1,000 feet of premises | I. |
|   Undamaged  Tenants Improvements  And Betterments  Coverage | | |
|   Loss Payment | Covered  as Business  Personal  Property Valuation | |
|   Leased Building  Property | $    5,000 | |
| PROPERTY NOT COVERED | Stained  Glass | II. |
| LIMITATIONS | | III. |
|   Fragile  Articles  Limitation | $    5,000 All Covered  Causes of Loss | |
| ADDITIONAL  COVERAGES | | IV. |
|   Preservation  Of Property | 60 days | |
|   Fire Department  Service  Charge | $  15,000 | |
|   Business  Income  - Ordinary  Payroll  Expense | | |
|   Business  Income  - Newly  Acquired  Locations | $  250,000 at each Newly  Acquired Premises/60  days | |
|   Money  Orders And Counterfeit  Money | $  10,000 | |
|   Forgery  Or Alteration | $  25,000 or follows  Employee Dishonesty  limit | |
|   Increased  Cost Of Construction | | |
|   Business  Income  From Dependent  Property | $  50,000 or 30 days Actual Loss Sustained | |
|   Glass | | |
|   Fire Extinguisher  Systems Recharge  Expense | $  15,000 | |
|   Electronic  Data | $  25,000 | |
|   Computer  Equipment | $  25,000 | V. |
|   Employee  Dishonesty | $  25,000 | |
|   Employee  Tools | $  25,000 | |
|   Money  And Securities | $  10,000 on premises/$5,000  off premises | |
|   Off Premises  Power Failure | $  25,000 /24 hours | |

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with  its permission.

Electronically Filed 06/22/2018 13:02 / / CV 18 899865 / Confirmation Nbr. 1419955 / CLAPJ

| | | |
|---|---|---|
| Ordinance  Or Law | Included  -  Coverage  1 - Loss to the<br>Undamaged  Property | |
| | $  150,000  - Coverage  2 - Demolition  Cost<br>and Coverage  3 Increased<br>Cost of Construction | |
| Outdoor  Signs | $   25,000 | |
| Reward | $   10,000 | |

COVERAGES EXTENSIONS          VI.

| | | |
|---|---|---|
| Newly  Acquired  Or Constructed  Property | | |
|   Building | $1,000,000  up to 180 days | |
|   Business  Personal  Property | $  500,000  up to 180 days | |
| Personal  Property  Off Premises | $   25,000 | |
| Outdoor  Property | All covered  causes of loss | |
|   fences,  retaining  walls,  radio  and | $   25,000  aggregate | |
|   television  antennas,  trees  and shrubs | $     1,000  each tree, shrub  or plant | |
| Personal  Effects | $   15,000 | |
| Valuable  Papers And Records | $   25,000 on premises/$10,000  off premises | |
| Accounts  Receivable | $   35,000 on premises/$5,000  off premises | |
| Brands  And  Labels | Included  in Business  Personal  Property<br>Limit | VII. |
| Cellular  Phones - Coverage | $    1,000 | |
| Consequential  Loss To Stock | Included  in Business  Personal  Property<br>Limit | |
| Fine Arts | $   10,000 | |
| Lock Replacement | Actual  Loss Sustained | |
| Loss Adjustment  Expenses | $    5,000 | |
| Water  Back-Up  And  Sump  Overflow | $   25,000 | |

LIMITS  OF INSURANCE          VIII.
  Coverages  in addition  to Limits  of Insurance
  Business  Personal  Property  Limit  - Seasonal  Increase     33%

DEDUCTIBLE          IX.
  No  more  than  $500  Deductible
  No  Deductible
  Deductible  - Cellular  Phones         $     50

PROPERTY LOSS CONDITIONS          X.
  Amendment  Loss Payment  Provision

PROPERTY DEFINITIONS          XI.
  Period  of Restoration          XII.
  Fine Arts

© 2013 Liberty Mutual Insurance. All rights reserved.<br>Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed 06/22/2018 13:02 / CV 18 899868 / Confirmation Nbr. 1419955 / CLAPJ

**SECTION I - PROPERTY OF THE BUSINESSOWNERS COVERAGE FORM IS AMENDED AS FOLLOWS:**

I.  Paragraph **A.1.b.** Coverage - Business Personal Property is replaced by the following:

    **b.** Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 1,000 feet of the described premises, including:

        **(1)** Property you own that is used in your business;

        **(2)** Property of others that is in your care, custody or control, plus the cost of labor, materials or services furnished or arranged by you on personal property of others.

        Property of others coverage does not apply to Employee Tools except as provided under Section **IV.** of this Endorsement.

        **(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

            **(a)** Made a part of the building or structure you occupy but do not own; and

            **(b)** You acquire or made at your expense but cannot legally remove.

        **(4)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2).**

        **(5)** Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

        **(6)** Undamaged Improvements and Betterments.

            **(a)** Improvements and betterments coverage includes the portion of improvements and betterments not damaged in a covered loss.

            **(b)** We will pay for the portion of undamaged improvements and betterments only if a minimum of six months is required to repair or rebuild the building for your occupancy, and only when your lease is cancelled:

                **(i)** by the lessor;

                **(ii)** by a valid condition of your lease; and

                **(iii)** due to direct physical loss or damage by a Covered Cause of Loss to property at the premises stated in the Declarations.

        **(7)** Leased Building Property, including but not limited to, building or doors, at a premises where you are a tenant and are liable for such damage, unless coverage is otherwise provided for above in Paragraph **A.1.a.** Covered Property - Buildings. The most we will pay for loss or damage by a Covered Cause of Loss under this provision as respects leased Building Property is $5,000 in any one occurrence. This provision does not apply to exterior glass and semi-exterior glass (glass which is on the exterior of the insured premises, but which is interior to an enclosed structure, i.e., an enclosed shopping mall), including all lettering and ornamentation.

II.  The following is added to Section **A.2.** Property Not Covered:

    **k.** Stained Glass except as provided under Section **VII.D.** Fine Arts Coverage.

III.  Limitations

    **A.** Fragile Articles Limitation.

    Paragraph **b.(2)** in **4.** Limitations of Part **A.** Coverage is replaced by the following:

    **b.(2)** We will not pay more than $5,000 for loss or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelain, if broken, unless caused by a Covered Cause of Loss or building glass breakage. This restriction does not apply to:

        **(a)** Glass that is part of the exterior or interior of a building or structure;

        **(b)** Containers of property while held for sale;

        **(c)** Photographic or scientific instrument lenses; or

        **(d)** "Fine Arts" Extension of Coverage or to "Fine Arts" Optional Coverage.

IV.  The Additional Coverages section of Part **A.** Coverage is changed as follows:

    **A.** Preservation of Property.

    The 30 day limit shown in paragraph **A.5.b.(2)** Preservation of Property, is replaced with a 60 day limit.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Electronically Filed 06/22/2018 13:02 / / CV 18 899865 / Confirmation Nbr. 1419955 / CLARJ

**B.** Fire Department  Service Charge.

The $2,500 limit shown in paragraph  **A.5.c.** Fire Department  Service Charge, is replaced with a $15,000 limit.

**C.** Business Income.

The 60 day limitation  for ordinary  payroll  expense shown in paragraph  **A.5.f.(1)(b)** Business Income is not applicable.

**D.** The following  is added to Paragraph  **A.5.f.,** Business  Income:

**(5)** Business  Income  Extensions

**(a)** Newly  Acquired  Locations

**(i)** If this policy includes Business  Income  Coverage, you may extend  your Business  Income  Coverage  to apply  to property  at a location  you acquire  other  than at fairs  or exhibitions.

**(ii)** The most  we will pay for loss or damage  under  this Extension  is $250,000  at each location  in any one occurrence.

**(iii)** Insurance  under this Extension  for each newly  acquired  location  will end when any of the following  first occurs:

**i.** This policy  expires;

**ii.** 60 days expire  after you acquire  or begin to construct  the property;

**iii.** You report  values  to us; or

**iv.** The property  is more specifically  insured.

**E.** Money  Orders and Counterfeit  Money.

The $1,000 limit shown in **A.5.j.** Money  Orders and Counterfeit  Money  is replaced with a $10,000 limit.

**F.** Forgery  or Alteration.

Paragraph  **A.5.k.(4)** Forgery  or Alteration  is replaced  by the following:

**(4)** The most  we will pay for any loss, including  legal expenses,  under this Additional  Coverage  is the greater  of $25,000 or an amount  equal  to the Limit of Insurance  for Employee  Dishonesty  shown  in the Declarations.

**G.** Increased  Cost of Construction.

Paragraph  **A.5.l.** Increased  Cost of Construction  is not applicable.  Refer to Section  **V.F.** - Ordinance  or Law Coverage(s) of this endorsement.

**H.** Business  Income  From Dependent  Property.

Paragraph  **A.5.m.,** Business  Income  From Dependent  Property  is replaced  by the following:

**m.** Business  Income  From Dependent  Properties

**(1)** We will pay for the actual loss of Business  Income  you sustain  due to physical  loss or damage  at the premises  of a dependent  property  caused  by or resulting  from any Covered  Cause  of Loss.

However,  this Additional  Coverage  does not apply  when the only loss to dependent  property  is loss or damage  to "electronic  data", including  destruction  or corruption  of "electronic  data". If the dependent  property  sustains  loss or damage  to "electronic  data" and other  property,  coverage  under this Additional  Coverage  will not continue  once the other  property  is repaired,  rebuilt  or replaced.

The most  we will pay under this Additional  Coverage  is the lesser of:

**(a)** $50,000; or

**(b)** 30 days actual loss sustained  after direct loss or damage  to the property.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted  material of Insurance Services Office, Inc., with its permission.

**BP 79 19 07 13**

**(2)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operation" in whole or in part, by using any other available:

**(a)** Source of materials; or

**(b)** Outlet for your products.

**(3)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(4)** Dependent property means property owned by others whom you depend on to:

**(a)** Deliver materials or services to you, or to others for your account. But services does not mean water, communication or power supply services;

**(b)** Accept your products or services;

**(c)** Manufacture your products for delivery to your customers under contract for sale; or

**(d)** Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

**(5)** The coverage period for Business Income under this Additional Coverage:

**(a)** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

**(b)** Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(6)** The Business Income coverage period as stated in Paragraph **(5)**, does not include any increased period required due to the enforcement of any ordinance or law that:

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

**(7)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**I.** Glass.

Paragraph **A.5.n.** Glass Expenses is replaced by the following:

**n.** Glass

**(1)** We will pay for direct physical loss of or damage to glass, including lettering or ornamentation, that is part of or contained in a covered building or structure at the described premises. The glass must be owned by you, or owned by others but in your care, custody or control. We will also pay for necessary:

**(a)** Expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed;

**(b)** Repair or replacement of encasing frames; and

**(c)** Expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**J.** Fire Extinguisher Systems Recharge Expense.

Paragraph **A.5.o.** Fire Extinguisher Systems Recharge Expense is replaced by the following:

**o.** Fire Extinguisher Systems Recharge Expense

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 7 Confirmation Nbr. 1419985 7 CLAPJ

        **(2)**  No coverage  will  apply  if the fire extinguishing  system is discharged  during  installation  or testing.

        **(3)**  The most we will  pay under this Additional  Coverage  is $15,000 in any one occurrence.

**K.**  Electronic  Data

    The $10,000 limit  shown  in Paragraph  **A.5.p.**  Electronic  Data is replaced  with  a $25,000 limit.

**V.**  The following  items  are added to the Additional  Coverages section  of Part **A.** Coverages:

**A.**  Computer  Equipment.

    **1.**  We will  pay for direct loss of or damage to Computer  Equipment  resulting  from  direct physical  loss or damage  by a Covered  Cause of Loss at the premises  described  in the Declarations.

    **2.**  The most we will  pay for loss under this Additional  Coverage  is $25,000 in any one occurrence.  Our payment  will  only be for the account  of the owner  of the computer  equipment.

**B.**  Employee  Dishonesty.

    **1.**  We will  pay for direct loss of or damage to Business  Personal  Property and "money"  and "securities"  resulting  from dishonest acts committed   by any of your employees  acting alone or in collusion  with  other persons (except you or your partner) with  the manifest  intent to:

        **a.**  Cause you to sustain  loss or damage;  and also

        **b.**  Obtain  financial  benefit  (other  than salaries,  commissions,  fees, bonuses,  promotions, awards,  profit  sharing,  pensions  or other  employee  benefits  earned in the normal  course of employment)  for;

            **(1)**  Any employee;  or

            **(2)**  Any other  person  or organization.

    **2.**  We will  not pay for loss or damage;

        **a.**  Resulting  from  any dishonest  or criminal   act that you or any of your partners  or members  commit  whether  acting alone or in collusion  with  other persons.

        **b.**  Resulting  from  any dishonest  act committed   by any of your employees  (except as provided  in Paragraph  1.), "managers"  or directors:

            **(1)**  Whether  acting alone or in collusion  with  other persons;  or

            **(2)**  While performing   services for you or otherwise.

        **c.**  The only proof  of which  as to its existence  or amount  is:

            **(1)**  An inventory   computation;   or

            **(2)**  A profit  and loss computation.

    **3.**  The most we will  pay for loss or damage  in any one occurrence  is:

        **a.**  $25,000; or

        **b.**  the Limit of Insurance  shown  in the Declarations  for Employee  Dishonesty;

        whichever  is greater.

    **4.**  All loss or damage:

        **a.**  Caused by one or more persons;  or

        **b.**  Involving   a single  or series of related acts;

        is considered  one occurrence.

    **5.**  If any loss is covered:

        **a.**  Partly by this insurance;  and

        **b.**  Partly by any prior  cancelled  or terminated   insurance  that we or any affiliate  has issued to you or any predecessor  in interest;

        the most we will  pay is the larger of the amount  recoverable  under this insurance  or the prior  insurance.

    **6.**  We will  pay only for loss or damage you sustain  through  acts committed   or events occurring  during  the Policy Period. Regardless  of the number  of years this policy  remains  in force or the number  of premiums   paid, no Limit of Insurance  cumulates  from  year to year or period  to period.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc.  with  its permission.

Electronically  Filed 06/22/2018 13:02 / CV 18 899868 / Confirmation Nbr. 1419955 / CLAPJ

7. This Additional Coverage does not apply to any employee immediately upon discovery by:

   a. You; or

   b. Any of your partners, "members", "managers," officers or directors not in collusion with the employee;

   of any dishonest act committed by that employee before or after being hired by you.

8. We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the Policy Period.

9. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Additional Coverage, provided:

   a. This Additional Coverage become effective at the time of cancellation or termination of the prior insurance; and

   b. The loss or damage would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

10. The insurance under paragraph **9.** above is part of, not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

    a. This Additional Coverage as of its effective date; or

    b. The prior insurance had it remained in effect.

11. With respect to the Employee Dishonesty Additional Coverage Paragraph **V.B.,** employee means:

    a. Any natural person:

       (1) While in your service or for 30 days after termination of service:

       (2) Who you compensate directly by salary, wages or commissions; and

       (3) Who you have the right to direct and control while performing services for you;

    b. Any natural person who is furnished temporarily to you:

       (1) To substitute for a permanent employee as defined in Paragraph **a.** above, who is on leave; or

       (2) To meet seasonal or short-term work load conditions;

    c. Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **b.** above;

    d. Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

    e. Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

    But employee does not mean;

    a. Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

    b. Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

12. This Additional Coverage replaces the Employee Dishonesty Coverage in Part **G.3.** Optional Coverages.

13. Exclusion **B.2.f.,** Dishonesty, does not apply to coverage for employees as provided by this Additional Coverage.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed 06/22/2018 13:02 / / CV 18 899865 / Confirmation Nbr. 1419955 / CLAPJ

**14. Theft Of Clients' Property Coverage**

    **a.** We will also pay for loss of or damage to "money", "securities" and "other property" which was located your clients' premises, and your client owned, leased, or held for others at the time of loss or damage, resulting directly from theft committed by any of your employees, acting alone or in collusion with other persons. However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization, including your client. Any claim for loss that is covered under this coverage must be presented by you.

    **b.** The most we will pay for covered loss or damage under this Additional Coverage is $5,000, unless a higher Theft Of Clients' Property Coverage Limit is shown in the Declarations.

    **c.** We will not pay for any covered loss or damage until the amount of covered loss or damage exceeds $250 in any one occurrence. We will then pay the amount of covered loss or damage in excess of this deductible amount up to the applicable limit of insurance. No other deductible applies to this Theft of Clients' Property Coverage.

    **d.** As used in the Theft of Clients' Property Coverage, "Other property" means any tangible property other than "money" and "securities" that has intrinsic value, but does not include any property described under Subparagraphs **a., c., d., f., h.** and **i.** of Paragraph **A.2. Property Not Covered** of **Section I - Property** of the Businessowners Coverage Form.

**C.** Employee Tools.

We will pay for loss of or damage to tools owned by your employees located on the described premises or in transit resulting from a Covered Caused of Loss.

The most we will pay for loss under this Additional Coverage is $25,000 or the Limit of Insurance shown in the Declarations in any one occurrence. Our payment will only be for the account of the owner of the tools.

**D.** Money and Securities.

    **1.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting from:

        **a.** Theft, meaning any act of stealing;

        **b.** Disappearance; or

        **c.** Destruction.

    **2.** In addition to the limitations and exclusions applicable to Section I - Property, we will not pay for loss:

        **a.** Resulting from accounting or arithmetical errors or omissions;

        **b.** Due to the giving or surrendering of property in any exchange or purchase; or

        **c.** Of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

    **3.** The most we will pay for loss in any one occurrence is:

        **a.** $10,000 on premises which includes "money" and "securities" in or on the described premises or within a bank or savings institution and $5,000 off the premises; or

        **b.** the Limit of Insurance shown for Money and Securities in the Declarations;

        whichever is greater.

    **4.** All loss caused by one or more persons or involving a single act or series of related acts, will be considered one occurrence.

    **5.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

    **6.** This Additional Coverage replaces the Money and Securities Coverage in Part **G.2.** Optional Coverages.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAPJ

**E.** Off Premises Power Failure.

We will pay up to $25,000 for loss of Business Income and Extra Expense caused by the failure of power or other utility service supplied to the described premises if the failure occurs away from the described premises.

The failure of power or other utility service must result from direct physical loss or damage by a Covered Cause of Loss.

We will only pay for loss you sustain after the first 24 hours following the direct physical loss to the off premises property.

**F.** Ordinance Or Law Coverage(s).

**1.** The following additional coverages apply only to covered Buildings written on a replacement cost basis.

**2.** Application of Coverage(s)

The Additional Coverage for Ordinance Or Law provided by this endorsement applies only if both **F.2.a.** and **F.2.b.** are satisfied and are then subject to the qualificati ons set forth in **F.2.c.**

   **a.** The ordinance or law:

      **(1)** Regulates the demolition, construction or repair of buildings or tenants improvements and betterments, or establishes zoning or land use requirements at the described premises; and

      **(2)** Is in force at the time of loss.

   But coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

   **b.** The building or tenants improvements and betterments sustain direct physical damage;

      **(1)** That is covered under this policy and, as a result of such damage, you are required to comply with the ordinance or law; or

      **(2)** That is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building or improvements and betterments damage in its entirety, you are required to comply with the ordinance or law.

      **(3)** But if the damage is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building or tenants improvements and betterments has also sustained covered direct physical damage.

   **c.** In the situation described in **F.2.b.(2)** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages 1, 2 and/or 3 of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

   However, if the covered direct physical damage alone would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under terms of Coverages 1, 2 and/or 3.

**3.** We will not pay under Coverages 1, 2 or 3 of this endorsement for:

   **a.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread of any activity of "fungi", wet rot or dry rot; or

   **b.** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed 06/22/2018 13:02 / / CV 18 899865 / Confirmation Nbr. 1419955 / CLAPJ

4.  **Coverage**

    **a.**  Coverage 1 - Coverage For Loss To The Undamaged Portion Of The Building or Tenants Improvements and Betterments

        With respect to the building or tenants improvements and betterments that sustain covered direct physical damage, we will pay under Coverage 1 for the loss in value of undamaged portion of the building or tenants improvements and betterments as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building or tenants improvements and betterments. Coverage 1 is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage 1 does not increase the Limit of Insurance.

    **b.**  Coverage 2 - Demolition Cost Coverage

        With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

        Paragraph **E.5.d.** Loss Payment Property Loss Condition in Section I - Property does not apply to Demolition Cost Coverage.

    **c.**  Coverage 3 - Increased Cost Of Construction Coverage

        With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

        **(1)**  Repair or reconstruct damaged portions of that building; and/or

        **(2)**  Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

        when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

        However:

        **(1)**  This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

        **(2)**  We will not pay the increased cost of construction if the building is not repaired, reconstructed or remodeled.

        Paragraph **E.5.d.** Loss Payment Property Loss Condition in Section I - Property does not apply to the Increased Cost of Construction Coverage.

5.  **Ordinance or Law Loss Payment**

    **a.**  All following loss payment provisions **5.b.** through **5.c.**, are subject to the apportionment procedure set forth in Section **F.2.c.** above.

    **b.**  When there is a loss in value of an undamaged portion of a building or tenants improvements and betterments to which Coverage 1 applies, the loss payment for that building or tenants improvements and betterments, including damaged and undamaged portions, will be determined as follows:

        **(1)**  If the property is repaired or replaced on the same or another premises, we will not pay more than the lesser of:

            **(a)**  The amount you actually spend to repair, rebuild or reconstruct the building or tenants improvements and betterments, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

            **(b)**  The Limit of Insurance shown in the Declarations as applicable to the covered building.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAPJ

      **(2)** If the property is not repaired or replaced, we will not pay more than the lesser of:

        **(a)** The actual cash value of the building at the time of loss; or

        **(b)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

        **(c)** If the Tenants Improvements and Betterments are not repaired or replaced, we will pay based on a proportion of your original cost of the tenant's improvements and betterments. We will determine the proportionate value as follows:

          **(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

          **(ii)** Divide the amount determined in **(1)** above by the number of days from the installation of improvements to the expiration of the lease.

      If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in the procedure.

  **c.** For Coverage 2 - Demolition Cost Coverage and Coverage 3 - Increased Cost of Construction Coverage the most we will pay at each described premises, for the total of all covered losses is:

    **(1)** $150,000; or

    **(2)** the Limit of Insurance shown in the Declarations for Demolition Cost Coverage and Increased Cost of Construction Coverage;

    whichever is greater.

    The Limit of Insurance for Demolition Cost Coverage and Increased Cost of Construction Coverage, described in Paragraph **5.c.** above, is subject to the following additional loss payment provisions:

    **(1)** For Demolition Cost Coverage, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

    **(2)** For Increased Cost of Construction Coverage:

      We will not pay for the increased cost of construction:

      **(a)** Until the property is actually repaired or replaced, at the same or another premises; and

      **(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

      If the building or tenants improvements and betterments are repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under the Increased Cost of Construction Coverage is the lesser of:

      **(a)** the increased cost of construction at the same premises; or

      **(b)** the applicable Demolition Cost Coverage and Increased Cost of Construction Coverage Limit of Insurance described in Paragraph **5.c.** above.

      If the ordinance or law requires relocation to another premises, the most we will pay under the Increased Cost of Construction Coverage is the lesser of:

      **(a)** the increased cost of construction at the new premises; or

      **(b)** the applicable Demolition Cost Coverage and Increased Cost of Construction Coverage Limit of Insurance described in Paragraph **5.c.** above.

**6.** The terms of this Additional Coverage apply separately to each Building to which this endorsement applies.

**7.** Under this endorsement, we will not pay for loss due to any ordinance or law that:

  **a.** You were required to comply with before the loss, even if the building was undamaged; and

  **b.** You failed to comply with.

© 2013 Liberty Mutual Insurance. All rights reserved.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAPJ

8. Example of Proportionate  Loss Payment for Ordinance  or Law Coverage Losses (procedure  as set forth  in Section  **F.2.c.** of this endorsement).

   Assume:

   ● Wind is a Covered  Cause of Loss. Flood is an excluded  Cause of Loss;

   ● The building  has a value of $200,000;

   ● Total direct  physical  damage to building:  $100,000;

   ● The ordinance  or law in this jurisdiction  is enforced  when building  damage equals or exceeds 50% of the building's  value;

   ● Portion of direct  physical  damage that is covered  (caused by wind):  $30,000;

   ● Portion of direct  physical  damage that is not covered  (caused by flood):  $70,000; and

   ● Loss under Ordinance  or Law Coverage 3 of this endorsement:  $60,000.

   Step 1:  Determine  the proportion  that the covered  direct  physical  damage bears to the total direct  physical  damage.

   $30,000 divided  by $100,000 = .30

   Step 2:  Apply  that proportion  to the Ordinance  or Law loss.

   $60,000 x .30 = $18,000

   In this example,  the most we will pay under this endorsement  for Coverage 3 loss is $18,000, subject  to the applicable  Limit of Insurance  and any other  applicable  provisions.

   NOTE:  The same procedure  applies  to losses under Coverage 1 and 2 of this endorsement.

G. Outdoor  Signs.

   1. We will pay for direct  physical  loss of or damage  to all outdoor  signs at the described  premises:

      a. Owned by you; or

      b. Owned by others but in your care, custody  or control.

   2. Paragraph  **A.3.,** Covered  Causes of Loss, and Section  **B.,** Exclusions,  does not apply  to this Additional  Coverage, except for:

      a. Paragraph  **B.1.c.,** Governmental   Action;

      b. Paragraph  **B.1.d.,** Nuclear Hazard; and

      c. Paragraph  **B.1.f.,** War and Military  Action.

   3. We will not pay for loss or damage caused by or resulting  from:

      a. Wear and tear;

      b. Hidden or latent  defect;

      c. Rust;

      d. Corrosion;  or

      e. Mechanical  breakdown.

   4. The most we will pay for loss or damage  in any one occurrence  is:

      a. $25,000; or

      b. the Limit of Insurance  for Outdoor  Signs shown in the Declarations;  whichever  is greater.

   5. This Additional  Coverage replaces the Outdoor  Signs Coverage in Part **G.1.** Optional  Coverage.

   6. As respects this Additional  Coverage, Paragraph  **2.** of **C.** Limits of Insurance  is deleted.

H. Reward.

   We will pay up to $10,000 as a reward  for information  which leads to a conviction  in connection  with a fire loss or theft loss covered  under this policy. Regardless of the number of persons  involved  in providing  information,  the limit of our liability  under this Additional  Coverage shall not be increased.

©  2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc.  with  its permission.

**VI.** Coverage Extensions

The Coverage Extensions section of Part **A.** Coverage is changed as follows:

**A.** Newly Acquired Or Constructed Property

Paragraph **A.6.a.** Newly Acquired Or Constructed Property is replaced by the following:

**a.** Newly Acquired Or Constructed Property

**(1)** Buildings

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $1,000,000 at each building.

**(2)** Business Personal Property

If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(a)** Business Personal Property, including such property that you newly acquire, at any location you acquire;

**(b)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(c)** Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $500,000 at each building.

**(3)** Period Of Coverage

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**B.** Personal Property Off Premises.

Paragraph **A.6.b.** Personal Property Off Premises is replaced by the following:

**b.** You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $25,000.

Limit above does not include Employee Tools. Refer to Section **V.C.** Additional Coverage - Employee Tools for specific coverage.

**C.** Outdoor Property.

Paragraph **A.6.c.** Outdoor Property, is replaced by the following:

**c.** Outdoor Property

You may extend the insurance provided by this policy to apply to your outdoor fences and retaining walls; radio or television antennas (including satellite dishes), including their lead-in wiring, masts, or towers; trees, shrubs and plants, including debris removal expense, caused by or resulting from a Covered Cause of Loss.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.


Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAPJ

The most we will pay for loss or damage under this Extension is $25,000 but not more than $1,000 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**D.  Personal Effects**

Paragraph **A.6.d.** Personal Effects is replaced by the following:

**d.  Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:

**(1)**  Tools or equipment used in your business except as provided by Additional coverage **IV.C.** Employee Tools of this endorsement; or

**(2)**  Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $15,000 at each described premises.

**E.  Valuable Papers and Records.**

Paragraph **A.6.e. (3)** "Valuable Papers and Records" is replaced by the following:

The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is:

**(a)**  $25,000; or

**(b)**  the Limit of Insurance shown for Valuable Papers and Records in the Declarations;

whichever is greater.

The most we will pay for "valuable papers and records" not at the described premises is:

**(a)**  25% of the valuable papers and records limit of insurance described above; or

**(b)**  $10,000

whichever is less.

**F.  Accounts Receivable.**

Paragraph **A.6.f. (2)** Accounts Receivable is replaced by the following:

The most we will pay under this Coverage Extension for loss or damage to accounts receivable in any one occurrence at the described premises is:

**(a)**  $35,000; or

**(b)**  the Limit of Insurance shown for Accounts Receivable in the Declarations;

whichever is greater.

The most we will pay for accounts receivable not at the described premises is $5,000.

**VII.** The following items are added to the Coverage Extensions section of Part **A.** Coverage:

**A.  Brands and Labels.**

The following is added to the Loss Payment provisions of Part **E.** Property Loss Conditions.

If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, and we take all or part of the property at an agreed or appraised value, you may extend the insurance that applies to Business Personal Property to pay expenses you incur to:

**1.**  stamp "salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

**2.**  remove the brands and labels, if doing so will not physically damage the merchandise or its containers to comply with the law.

Payment of these expenses is included within the applicable Limit of Insurance.

**B.  Cellular Phones and Personal Digital Assistant (PDA)**

**1.**  The most we will pay for loss or damage to Cellular Phones, PDA's and similar hand-held wireless communication devices is $1,000.

**2.**  A $50 per occurrence deductible applies to this additional coverage. This deductible does not increase the amount of the deductible shown in the Declarations and will be used to satisfy the requirements of the deductible shown in the Declarations.

© 2013 Liberty Mutual Insurance. All rights reserved.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**C.** Consequential Loss to Stock.

The following is added to the Loss Payment provisions of Part **E.** Property Loss Conditions:

If a Covered Cause of Loss occurs to covered stock, we will pay any reduction in value of the remaining undamaged parts of covered stock.

Payment for any reduced value in stock is included within the applicable Limit of Insurance.

**D.** "Fine Arts".

You may extend the insurance which applies to Your Business Personal Property to apply to "Fine Arts" that are:

**1.** Property you own that is used in your business; or

**2.** Property of others that is in your care, custody or control.

The most we will pay for loss or damage under this Extension is $10,000 at each described premises; or the Limit of Insurance shown for "Fine Arts" in the Declarations; whichever is greater.

In the event of loss or damage to property covered under this extension, we will pay the market value of the property at the time of loss or damage.

Section **B.** Exclusions of the Property Coverage Form does not apply to this Coverage Extension except for:

**(1)** Paragraph **B.1.c.,** Governmental Action;

**(2)** Paragraph **B.1.d.,** Nuclear Hazard;

**(3)** Paragraph **B.1.f.,** War and Military Action;

**(4)** Paragraph **B.2.f.,** Dishonesty;

**(5)** Paragraph **B.2.g.,** False Pretense; and

**(6)** Paragraph **B.2.k.,** Neglect.

**E.** Lock Replacement.

You may extend the insurance provided by this policy to apply to the cost to repair or replace the door locks or tumblers of your described premises due to theft of your door keys.

**F.** Loss Adjustment Expenses.

You may extend the insurance provided by this policy to apply to your expenses for preparation of loss data, including inventories and appraisals, in connection with any claim covered under this policy. This Extension will not pay for expenses incurred insuring the services of a public adjuster.

The most we will pay under this Extension is $5,000.

**G.** Water Back-Up And Sump Overflow.

**1.** You may extend the insurance provided by this policy to apply to direct physical loss or damage to your covered property caused by or resulting from:

    **a.** Water or waterborne material which backs up into a building or structure through sewers or drains contained within a building which are directly connected to a sanitary sewer or septic system; or

    **b.** Water or waterborne material which enters into or overflows from a sump, sump pump or related equipment, provided that it is located in a building and designed to remove subsurface water which is drained from the foundation area, even if the overflow or discharge results from mechanical breakdown of a sump pump or its related equipment.

    However, with respect to Paragraph **b.** above, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

**2.** The coverage described in Paragraph **1.** above does not apply to loss or damage resulting from an Insured's failure to:

    **a.** Keep a sump pump or its related equipment in proper working condition; or

    **b.** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**3.** The most we will pay for the coverage provided under the Water Back-Up And Sump Overflow Extension of coverage is $25,000 per location.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAPJ

    **4.** We will not however, pay for any loss or damage that results from water or other materials that back up, overflow, or are discharged from a sewer, drain, sump, sump pump or related equipment when it is caused directly or indirectly by any flood, whether the flood is caused by an act of nature or is otherwise caused. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**VIII.** Limits of Insurance

    **A.** Paragraph **3.** Of Part **C.** Limits of Insurance, is changed as follows:

        **3.** Unless otherwise stated, the limits applicable to the Coverage Extensions and Computer Equipment, Employee Dishonesty, Employee Tools, Fire Department Service Charge, Fire Extinguisher Systems Recharge Expense, Forgery and Alterations, Money and Securities, Money Order and Counterfeit Money, Off Premises Power Failure, Ordinance or Law Coverage, Pollutant Clean Up and Removal and Reward, Additional Coverages are in addition to the Limits of Insurance.

    **B.** Business Personal Property Limit - Seasonal Increase

    Paragraph **5.a.** of Part **C.** Limits of Insurance, is replaced by the following:

        **a.** The Limit of Insurance for Business Personal Property will automatically increase by 33% to provide for seasonal variations.

**IX.** Deductible

Paragraphs **2.** and **3.** of Part **D.** Deductibles are replaced by the following:

    **2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage is $500 in any one occurrence under:

        **a.** the following Additional Coverages:

            **(1)** Employee Dishonesty;

            **(2)** Glass Coverage;

            **(3)** Forgery and Alterations Coverage;

            **(4)** Money Orders and Counterfeit Paper Money;

            **(5)** Money and Securities;

            **(6)** Outdoor Signs; or

            **(7)** Condominium Unit-Owners Loss Assessment

    But this $500 deductible will not increase the deductible shown in the Declarations. This deductible will be used to satisfy the requirements of the deductible in the Declarations.

    **3.** No deductible applies to:

        **a.** the following Additional Coverages:

            **(1)** Business Income;

            **(2)** Civil Authority;

            **(3)** Extra Expense;

            **(4)** Fire Department Service Charge;

            **(5)** Fire Extinguisher Systems Recharge Expense;

            **(6)** Off Premises Power Failure;

            **(7)** Reward; or

        **b.** the following Coverage Extensions:

            **(1)** Lock Replacement; or

            **(2)** Loss Adjustment Expenses.

        **c.** A $50 per occurrence deductible applies for Cellular Phone Coverage. But this $50 per occurrence deductible will not increase the deductible shown in the Declarations. This deductible will be used to satisfy the requirements of the deductible in the Declarations.

© 2013 Liberty Mutual Insurance. All rights reserved.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**X.** Paragraph **5.** Loss Payment of **E.** Property Loss Conditions is replaced by the following:

**5.** **Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

   **(1)** Pay the value of lost or damaged property;

   **(2)** Pay the cost of repairing or replacing the lost or damaged property;

   **(3)** Take all or any part of the property at an agreed or appraised value; or

   **(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **d.(1)(a)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in Paragraphs **(2)** through **(8)** below, we will determine the value of Covered Property as follows:

   **(1)** At replacement cost (without deduction for depreciation), subject to the following:

     **(a)** We will not pay more for loss or damage on a replacement cost basis than the least of:

       **(i)** The Limit of Insurance under Section I - Property that applies to the lost or damaged property;

       **(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

         **i.** Of comparable material and quality; and

         **ii.** Used for the same purpose; or

       **(iii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

       If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

     **(b)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

     **(c)** We will not pay on a replacement cost basis for any loss or damage:

       **(i)** Until the lost or damaged property is actually repaired or replaced; and

       **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

       However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraph **d.(1)(a)** whether or not the actual repair or replacement is complete.

     **(d)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

   **(2)** If the "Actual Cash Value - Buildings" option applies, as shown in the Declarations , paragraph **(1)** above does not apply to Buildings, instead, we will determine the value of Buildings at actual cash value.

   **(3)** The following property at actual cash value:

     **(a)** Used or second-hand merchandise held in storage or for sale;

     **(b)** Household contents, except personal property in apartments or rooms furnished by you as a landlord; or

     **(c)** Manuscripts.

   **(4)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac at market value at the time of loss.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(5)** Glass at the cost of replacement  with safety glazing  material  if required  by law.

**(6)** Tenants'  Improvements  and Betterments  and/or Undamaged  Tenants  Improvements  and Betterments  at:

**(a)** The cost to repair  or replace  on the same or another  site if you make repairs  promptly;

**(b)** A proportion  of your original  cost if you do not make repairs  promptly.  We will determine the proportionate  value  as follows:

**(i)** Multiply  the original  cost by the number  of days from  the loss or damage  to the expiration  of the lease; and

**(ii)** Divide  the amount  determined  in **(i)** above by the number  of days from  the installation  of improvements  to the expiration  of the lease.

If your lease  contains  a renewal  option,  the expiration  of the renewal  option  period  will replace  the expiration  of the lease in this procedure.

**(c)** Nothing  if others  pay for repairs  or replacement.

**(7)** Applicable  only to coverage  for "money"  and "securities":

**(a)** "Money"  at its face value; and

**(b)** "Securities"  at their value  at the close of business  on the day the loss is discovered.

**(8)** Applicable  only to Accounts  Receivable:

**(a)** If you cannot  accurately  establish  the amount  of accounts  receivable  outstanding  as of the time of loss or damage:

**(i)** We will determine  the total  of the average  monthly  amounts  of accounts  receivable  for the 12 months  immediately  preceding  the month  in which  the loss or damage  occurs;  and

**(ii)** We will adjust  that total  for any normal  fluctuations  in the amount  of accounts receivable  for the month  in which  the loss or damage  occurred  or for any demonstrated  variance  from  the average  for that month.

**(b)** The following  will be deducted  from  the total amount  of accounts  receivable,  however that amount  is established:

**(i)** The amount  of the accounts  for which  there is no loss or damage;

**(ii)** The amount  of the accounts  that you are able to re-establish  or collect;

**(iii)** An amount  to allow  for probably  bad debts  that you are normally  unable  to collect; and

**(iv)** All unearned  interest  and service  charges.

**e.** Our payment  for loss of or damage  to personal  property  of others  will only be for the account  of the owners  of the property.

We may adjust  losses  with the owners  of lost or damaged  property  if other than you. If we pay the owners,  such payments  will satisfy  your claims  against  us for the owners'  property.  We will not pay the owners  more than their financial  interest  in the Covered  Property.

**f.** We may elect  to defend  you against  suits  arising  from  claims  of owners  of property.  We will  do this at our expense.

**g.** We will pay for covered  loss or damage  within  30 days after  we receive  the sworn  proof  of loss, provided  you have complied  with  all the terms  of this policy,  and:

**(1)** We have reached  agreement  with  you on the amount  of loss; or

**(2)** An appraisal  award  has been made.

**XI.** Period  of Restoration

Paragraph  **9.** "Period  of Restoration,"  of Part **H.** Property  Definitions,  is replaced  by the following:

**9.** "Period  of Restoration"  means  the period  of time  that:

**a.** Begins:

**(1)** **72** hours  after  the time  of direct  physical  loss or damage  for Business  Income  Coverage;  or

© 2013 Liberty Mutual Insurance. All rights reserved.

    **(2)**  Immediately  after the time of direct  physical  loss or damage for Extra Expense Coverage; caused by or resulting  from any Covered Cause of Loss at the described  premises;  and

  **b.**  Ends on the earlier  of:

    **(1)**  The date when your business  activities  at the described  premises  return to the level that existed  immediately   before  the loss; but in no event for more than 30 days after the date when the property  at the described  premises  should be repaired,  rebuilt  or replaced  with reasonable  speed and similar  quality;  or

    **(2)**  The date when business  is resumed  at a new permanent  location.

  **c.**  Does not include  any increased  period  required  due to the enforcement  of any ordinance  or law that:

    **(1)**  Regulates  the construction,  use or repair,  or requires  the tearing  down of any property;  or

    **(2)**  Requires  any insured  or others  to test for, monitor,  clean up, remove,  contain,  treat, de-toxify  or neutralize,  or in any way respond  to or assess the effects  of "pollutants".

  The expiration  date of this policy  will  not cut short the "period  of restoration".

**XII.** Property  Definitions

  The following   is added to Part **H.** Property  Definitions:

**15.** "Fine Arts" means paintings,  etchings,  pictures,  tapestries,  art or stained  glass windows,  valuable rugs, statuary,  marbles,  bronzes,  antique furniture,  rare books, antique  silver,  manuscripts,  por-celains,  rare glass, bric-a-brac,  sports  memorabilia   and any other similar  property  of rarity,  historic value or artistic  merit.

© 2013 Liberty Mutual Insurance. All rights reserved.

Includes copyrighted material of Insurance Services Office,Inc., with  its permission.

**BUSINESSOWNERS**
**BP 79 74 07 13**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT   OF POLLUTION  EXCLUSION (PREMISES)

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

1. The following   exception  is added to Exclusion  B.1.f. Pollution  in Section  II - Liability:

   Subparagraph   (a) of Paragraph  (1) does not apply to "bodily  injury"  or to "property  damage" to tangible property  arising  out of the actual discharge,  dispersal,  seepage, migration,  release or escape of "pollu- tants"  if the actual discharge,  dispersal,  seepage, migration,  release or escape:

   **(a)** begins  on a clearly  identifiable  specific  day during  the policy  period and ends in its entirety  not later than seventy-two  (72) hours  thereafter;

   **(b)** is discovered  and reported  to us within  fifteen  (15) days of the specific  day it begins;

   **(c)** is neither  expected  nor intended  from the standpoint  of any insured;

   **(d)** is unrelated  to any previous  discharge,  dispersal,  seepage, migration,  release or escape; and

   **(e)** does not originate  at or from a storage tank or other container,  duct or piping  which is below the surface  of the ground  or water or which at any time has been buried  under the surface of the ground  or water and then is subsequently  exposed by erosion,  excavation  or any other means.

   Tangible  property,  as used in this endorsement,  does not include  land or water, which  is below  ground level  or not.

   Coverage  provided  hereunder  does not apply  to any discharge,  dispersal,  seepage, migration,  release or escape that is merely  threatened  or alleged  rather than shown  to have actually  occurred.

**BP 79 74 07 13**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 1 of 1**

© 2013 Liberty Mutual Insurance. All rights reserved.

BUSINESSOWNERS
BP 79 96 07 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESSOWNERS  LIABILITY EXTENSION  ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

| SUBJECT | PAGE |
|---|---|
| AGGREGATE LIMITS  OF INSURANCE | 3 |
| AMENDMENT  OF INSURED CONTRACT DEFINITION | 4 |
| BLANKET ADDITIONAL  INSURED (OWNERS, CONTRACTORS OR LESSORS) | 2 |
| BODILY INJURY | 4 |
| BROADENED COVERAGE FOR DAMAGE  TO PREMISES RENTED TO YOU | 2 |
| DUTIES  IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM  OR SUIT | 4 |
| INCIDENTAL  MEDICAL  MALPRACTICE | 2 |
| MOBILE EQUIPMENT | 2 |
| NEWLY FORMED OR ACQUIRED ORGANIZATIONS | 3 |
| PERSONAL AND ADVERTISING  INJURY | 4 |
| SUPPLEMENTARY PAYMENTS | 2 |

    Bail Bonds

    Loss Of Earnings

©  2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BP 79 96 07 13

Page 1 of 4

Section II - Liability  is amended  as follows:

**I.  SUPPLEMENTARY PAYMENTS**

Paragraph  **f.(1)(b)**  of  **A** Coverages  is replaced  by the following;

**(b)**  Up to $3000 for cost of bail bond required because of accidents  or traffic law  violations  arising out of the use of any vehicle  to which  Business  Liability  Coverage for "bodily  injury"  applies.  We do not have to furnish  the bonds.

Paragraph  **1.f.(1)(d)**  of  **A** Coverages  is replaced  by the following;

**(d)**  All reasonable  expenses  incurred  by the insured  at our request  to assist  us in the Investigation  or defense  of the claim  or "suit",  including  actual loss of earnings  up to $500 a day because of time  off from  work.

**II.  BROADENED COVERAGE FOR DAMAGE  TO PREMISES RENTED TO YOU**

With respect to the coverage  provided  under this endorsement,  **Section II - Liability**  is amended  as follows:

**1.**  The final paragraph  of **B.1.** Exclusions  - Applicable  To Business  Liability  Coverage is deleted  and replaced  by the following:

With respect  to the premises  which  are rented to you or temporarily  occupied  by you with the permis-sion of the owner,  Exclusions  **c., d., e., g., h., k., l., m., n.** and **o.** do not apply to "property  damage".

**2.**  Paragraph  **D.2.**  Liability  And Medical  Expenses  Limits  Of Insurance  is deleted  and replaced  by the following:

The most we will  pay under this endorsement  for the sum of all damages  because of all "property  damage"  to premises  while rented to you or temporarily  occupied  by you with the permission  of the owner  is the Limit of Insurance  shown in the Declaration.

**3.**  Paragraph  **D.3.**  Liability  And Medical  Expenses  Limits  Of Insurance  is deleted.

**III.  INCIDENTAL MEDICAL MALPRACTICE**

Exclusion  **1.j.(4)**  does not apply to Incidental  Medical  Malpractice  Injury coverage.

The following  is added to **F. LIABILITY AND MEDICAL  EXPENSES DEFINITIONS:**

**23.  "Incidental  Medical  Malpractice  Injury"**  means bodily  injury  arising out of the rendering  of or failure to render,  during  the policy  period,  the following  services:

**a.**  medical,  surgical,  dental,  x-ray or nursing  service  or treatment  or the furnishing  of food or bev-erages  in connection  therewith;  or

**b.**  the furnishing  or dispensing  of drugs or medical,  dental  or surgical  supplies  or appliances.

This coverage  does not apply to:

**1.**  expenses  incurred  by the insured  for first-  aid to others  at the time  of an accident  and the **Duties in the Event of Occurrence,  Claim or Suit** Condition  is amended  accordingly;

**2.**  any insured  engaged  in the business  or occupation  of providing  any of the services  described  under **a.** and **b.** above;

**3.**  injury  caused  by any indemnitee  if such indemnitee  is engaged  in the business  or occupation  of providing  any of the services  described  under **a.** and **b.** above.

**IV.  MOBILE EQUIPMENT**

**1.**  Section **C.** Who is An Insured  is amended  to include  any person  driving  "mobile  equipment"  with your permission.

**V.  BLANKET ADDITIONAL  INSURED  (OWNERS, CONTRACTORS OR LESSORS)**

**1.**  Section **C.** Who Is An Insured  is amended  to include  as an insured  any person  or organization  whom you are required  to name as an additional  insured  on this policy  under a written  contract  or written  agreement.  The written  contract  or agreement  must be:

**a.**  currently  in effect  or becoming  effective  during  the term  of this policy;  and

**b.**  executed  prior to the "bodily  injury",  "property  damage",  "personal  and advertising  injury".

©  2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically  Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr.  T4199557 / CLAHJ

2.  The insurance provided the additional insured is limited as follows:

    a.  The person or organization is only an additional insured with respect to liability arising out of

        (1)  Real property, as described in a written contract or written agreement, you own, rent, lease, maintain or occupy;

        (2)  Caused in whole or in part by your ongoing operations performed for that insured.

    b.  The limits of insurance applicable to the additional insured are those specified in the written contract or written agreement or the limits available under this policy, as stated in the Declarations, whichever are less. These limits are inclusive of and not in addition to the limits of insurance available under this policy.

    c.  The insurance provided the additional insured does not apply to:

        (1)  Liability arising out of the sole negligence of the additional insured;

        (2)  "Bodily injury", "property damage", "personal and advertising injury"; or defense coverage under the Supplementary Payments section of the policy arising out of an architect's, engineer's or surveyor's rendering of or failure to render any professional services including:

            (a)  The preparing, approving maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

            (b)  Supervisory, inspection, architectural or engineering activities.

        (3)  Any "occurrence" that takes place after you cease to be a tenant in the premises described in the Declarations; or

        (4)  Structural alterations, new construction or demolition operations performed by or for the person or organization designated in the Declarations.

3.  Any coverage provided hereunder shall be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis unless a contract specifically requires that this insurance be primary or you request that it apply on a primary basis.

## VI. NEWLY FORMED OR ACQUIRED ORGANIZATIONS

The following is added to **C.** Who Is An Insured:

3.  Any business entity acquired by you or incorporated or organized by you under the laws of any individual state of the United States of America over which you maintain majority ownership interest exceeding fifty percent. Such acquired or newly formed organization will qualify as a Named Insured if there is no similar insurance available to that entity. However,

    a.  Coverage under this provision is afforded only until the 180th day after the entity was acquired or incorporated or organized by you or the end of the policy period, whichever is earlier;

    b.  Coverages **A.** Paragraph **1.** Business Liability, does not apply to:

        (1)  "Bodily injury" or "property damage" that occurred before the entity was acquired or incorporated or organized by you; and

        (2)  "Personal and advertising injury" arising out of an offense committed before the entity was acquired or incorporated or organized by you; and

    c.  Records and descriptions of operations must be maintained by the first Named Insured.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## VII. AGGREGATE LIMITS

The following is added to Aggregate Limits Paragraph **4.** of **D.** Liability and Medical Expenses Limits of Insurance:

The Aggregate Limits apply separately to each of "locations" owned by or rented to you or temporarily occupied by you with the permission of the owner.

The Aggregate Limits also apply separately to each of your projects away from premises owned by or rented to you.

For the purpose of this endorsement only, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLARJ

## VIII. DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT

1. The requirement  in **E.** Liability  And  Medical  Expenses General  Conditions  paragraph  **2.a.** that you must see to it that we are notified of an "occurrence"  or offense which may result in a claim applies  only when the "occurrence"  is known to any insured listed in Paragraph  **C.1.** Who Is An Insured or any "employee"  authorized  by you to give or receive notice of an "occurrence"  or claim.

2. The requirements  in **E.** Liability  And  Medical  Expenses General  Conditions  paragraph  **2.b.** that you must see to it that we receive notice of a claim or "suit"  will not be considered  breached unless the breach occurs after such claim or "suit"  is known to any insured listed under Paragraph  **C.1.** Who Is An Insured or any "employee"  authorized  by you to give or receive notice of an "occurrence"  or claim.

## IX.  BODILY INJURY

Paragraph  **3.** of **F.** Liability  And  Medical  Expenses Definitions  is replaced  by the following:

3. "Bodily  Injury"  means:

    a. Bodily  injury,  sickness,  disease,  or incidental  medical  malpractice  injury  sustained  by a person, and includes  mental  anguish  resulting  from  any  of these; and including  death  resulting  from  any of these at any time.

## X.  AMENDMENT  OF INSURED CONTRACT DEFINITION

Paragraph  **9.** of **F.** Liability  And  Medical  Expenses Definitions  is replaced  by the following:

9. "Insured  contract"  means:

    a. A contract  for a lease of premises.  However,  that portion  of the contract  for a lease of premises that indemnifies  any person or organization  for damage  by fire to premises  while rented to you or temporarily  occupied  by you with  permission  of the owner is not an "insured  contract";

    b. A sidetrack  agreement;

    c. Any easement  or license agreement,  except in connection  with construction  or demolition  operations on or within  50 feet of a railroad;

    d. An obligation,  as required  by ordinance,  to indemnify  a municipality,  except in connection  with work  for a municipality;

    e. An elevator  maintenance  agreement;

    f. That part of any other contract  or agreement  pertaining  to your business  (including  an indemnification  of a municipality  in connection  with work performed  for a municipality)  under which you assume the tort liability  of another  party to pay for "bodily  injury"  or "property  damage"  to a third person or organization,  provided the "bodily  injury"  or "property  damage"  is caused, in whole or in part, by you or by those acting on your behalf.  However,  such part of a contract  or agreement shall only be considered  an "insured  contract"  to the extent your assumption  of the tort liability  is permitted  by law. Tort liability  means a liability  that would  be imposed  by law in the absence of any contract  or agreement.

      Paragraph  **f.** does not include  that part of any contract  or agreement:

      (1) That indemnifies  a railroad for "bodily  injury"  or "property  damage"  arising out of construction or demolition  operations,  within  50 feet of any railroad  property  and affecting  any railroad bridge or trestle,  tracks, road-beds,  tunnel,  underpass  or crossing;

      (2) That indemnifies  an architect,  engineer  or surveyor  for injury  or damage  arising  out of:

        (a) Preparing,  approving,  or failing to prepare  or approve,  maps,  shop drawings,  opinions, reports, surveys, field orders, change orders or drawings  and specifications;  or

        (b) Giving directions  or instructions,  or failing  to give them, if that is the primary  cause of the injury  or damage;  or

      (3) Under which the insured,  if an architect,  engineer  or surveyor,  assumes liability  for an injury or damage arising out of the insured's  rendering  or failure  to render professional  services, including  those listed  in **(2)** above and supervisory,  inspection,  architectural  or engineering activities.

## XI.  PERSONAL AND ADVERTISING  INJURY

Paragraph  **14. b.** of **F.** Liability  And  Medical  Expenses Definitions  is replaced  by the following:

    b. Malicious  prosecution  or abuse of process.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**BP 79 96 07 13**    **Page 4 of 4**

BUSINESSOWNERS
BP 80 56 07 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL  OFFICE ENDORSEMENT

This endorsement  modifies  insurance  provided  under  the following:

BUSINESSOWNERS  POLICY

This summarizes  the various  coverages  provided  by this endorsement;  NO COVERAGES ARE GIVEN BY
THIS SUMMARY.  Actual coverage descriptions  are within  the form.

| SUBJECT | LIMITS  OF INSURANCE  OR CHANGE IN CONDITION | SECTION |
|---|---|---|
| **Section I - Property of the BUSINESSOWNERS  COVERAGE FORM** | | |
| MEDICAL PROFESSIONAL EQUIPMENT - EXCLUSIONS | See endorsement | I.A.2. |
| MEDICAL PROFESSIONAL EQUIPMENT - OFF PREMISES | Subject  to Business  Personal  Property  Limit  - wherever  located  within  the coverage  territory | I.A.1. |
| SPOILAGE COVERAGE | $ 10,000 | I.B. |
| **Section II - Liability of the BUSINESSOWNERS  COVERAGE FORM** | | |
| MEDICAL  WASTE  LEGAL  EXPENSE REIMBURSEMENT  COVERAGE | $ 50,000 | II.A. |

I. Section I - Property of the **BUSINESSOWNERS COVERAGE FORM** is amended as follows:

    **A. MEDICAL PROFESSIONAL EQUIPMENT**

        **1.** Off Premises Coverage

            **a.** Paragraph **1.b., Business Personal Property** of Part **A., Coverage** is extended to include coverage to the following described property WHEREVER LOCATED within the policy coverage territory:

                **(1)** Your medical, surgical and dental equipment, instruments, tools, materials, supplies and books usual to the medical, surgical or dental profession; and

                **(2)** At your option, similar property of others in your care, custody and control, used by you in your profession.

        **2.** Exclusions

        Part **B., Exclusions** is hereby amended by the deletion of the following exclusions as respects Business Personal Property:

        **1.b.** Earth Movement;

        **1.g.** Water;

        **2.a.** Electrical Apparatus;

        **2.c.** Smoke, Vapor, Gas;

        **2.d.** Steam Apparatus;

        **2.e.** Frozen Plumbing; and

        **2.h.** Exposed Property.

    **B. SPOILAGE COVERAGE**

    The following is added to Paragraph **A.5., Additional Coverages:**

        **1.** Paragraph **A. 1., Covered Property** is amended as follows:

        Covered Property also includes "perishable stock" at the described premises, if the "perishable stock" is:

            **a.** Owned by you and used in your business; or

            **b.** Owned by others and in your care, custody or control.

        **2.** Paragraph **A. 2., Property Not Covered** is amended by addition of **j.** as follows:

            **j.** Property located:

                **(1)** On buildings;

                **(2)** In the open; or

                **(3)** In vehicles.

        **3.** Paragraph **A. 3., Covered Causes Of Loss** is replaced by the following:

        Subject to the **Exclusions** described in item **E.5.** of this endorsement, Covered Causes of Loss means the following:

            **a.** Breakdown or Contamination, meaning:

                **(1)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the described premises; or

                **(2)** Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at a described premises. Mechanical breakdown and mechanical failure do not mean power interruption, regardless of how or where the interruption is caused and whether or not the interruption is complete or partial.

© 2013 Liberty Mutual Insurance. All rights reserved.

**BP 80 56 07 13**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 2 of 4**

    **b.** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

    We will pay for loss or damage only when the Breakdown, Contamination or Power Outage results from fire; lightning; windstorm or hail; explosion; smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; or collapse.

**4.** Paragraph **A. 6., Coverage Extensions** does not apply to Spoilage Coverage.

**5.** Part **B., Exclusions** is amended as follows:

Paragraph **1.** - only the following apply to this Spoilage Coverage:

    **b.** Earth Movement;

    **c.** Governmental Action;

    **d.** Nuclear Hazard;

    **f.** War And Military Action; and

    **g.** Water.

Exclusion **2. l. (7)** is replaced by the following:

    **(7)** The following causes of loss to Personal Property:

        **(a)** Dampness or dryness of atmosphere; and

        **(b)** Marring or scratching.

**6.** Paragraph **E.5., Property Loss Conditions, Loss Payment, d.** is replaced by the following:

    **d.** We will determine the value of Covered Property you have purchased as follows:

        **(1)** For "perishable stock" you have sold but not delivered, at the selling price less discounts and expenses you otherwise would have had;

        **(2)** For other "perishable stock", at actual cash value.

**7.** Part **G., Optional Coverages** does not apply to Spoilage Coverage.

**8.** Part **H., Property Definitions** is amended by the addition of the following:

"Perishable Stock" means property:

    **a.** Maintained under controlled temperature or humidity conditions for preservation; and

    **b.** Susceptible to loss or damage if the controlled temperature for humidity conditions change.

**9.** Limits of insurance.

The most we will pay for direct physical loss or damage to "perishable stock" caused by the Covered Cause(s) of Loss of this Spoilage Coverage in any one occurrence is $10,000.

**II.** Section II - Liability of the **BUSINESSOWNERS COVERAGE FORM** is amended to include Medical Waste Legal Expense Reimbursement Coverage as follows:

    **A.** Medical Waste Legal Expense Reimbursement Coverage

We will reimburse you for the necessary "legal expenses" incurred by you resulting from your being a defendant or co- defendant in a "civil suit" alleging violation of a law or regulation governing disposal of medical waste.

Such "civil suit" must be brought after the effective date of this policy.

We have neither the right nor the duty to defend any claim arising from a defined "incident."

This coverage does not apply to any "civil suit" for any "incident" that happened prior to the effective date of this policy, nor to any "incident" which we are obligated to defend under the policy form to which this endorsement is attached.

© 2013 Liberty Mutual Insurance. All rights reserved.



**B.**   Limits  of Liability

    **1.**   Per "Civil  Suit":  $50,000

        The Limit of Liability  stated above as per "Civil  Suit"  is the Limit of Liability  for all "legal expenses"  arising  out of, or in connection  with,  the same or related  "civil  suit."

    **2.**   Annual Aggregate:  $50,000

        Subject  to provision  **1.** above,  the total Limit of Liability  for all "legal expenses"  shall not exceed the Limit of Liability  stated as annual aggregate.

        This limit applies regardless  of the number of "civil  suits"  filed against  you during  each annual policy  period.

        The limits applicable  to per "civil  suit"  and annual aggregate apply collectively  for the entity named as the Named Insured, including  such other entities who qualify  for coverage under the definition  of you.

        All "civil  suits"  whenever  filed, including  any and all appeals, shall be considered  first filed during  the policy  period in which  the earliest "civil  suit"  arising  out of the same or related "incident"  was filed, and all such "civil  suits"  shall be subject  too the same Limit of Liability.

**C.**   Additional  Definitions

    **1.**   "Civil  Suit"  includes administrative  proceedings  brought  by the Federal or State Environmental Protection  Agency as well as law suits brought  in civil court.

    **2.**   "Incident"  means the actual or alleged improper  disposing  of any medical  waste material  that results in a "civil  suit"  being  filed against you.

    **3.**   "Legal  Expenses"  means fees charged by the legal counsel you select and all other fees, costs and expenses,  other than loss of income,  which  result from the investigation,  defense and appeal of a "civil  suit."

**D.**   Our Duties

    You shall give us, or any of our authorized  representatives,  notice as soon as practicable  after you receive notice of the "civil  suit"  covered by this policy.  Such notice shall contain details sufficient  to identify  you and all reasonable  obtainable  information  regarding  the time, place and circumstanc es of the "civil  suit"  and shall identify  the court and all parties to the action before the court.

©  2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**BP 80 56 07 13**                                                   **Page 4 of 4**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE ENDORSEMENT

**\* Schedule**

| Premises No. | Bldg. No. | Limit of Insurance |
|---|---|---|



\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to paragraph A.5., Additional Coverages of Section I - Property of the Business-owners Coverage Form:

    **s.** Spoilage Coverage

    We will pay for direct physical loss or damage caused by spoilage to "perishable stock", at the described premises, if the spoilage is caused by one of the following:

    **(1)** Breakdown or contamination, meaning:

        **(a)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the described premises; or

        **(b)** Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at a described premises.

    Mechanical breakdown and mechanical failure do not mean power interruption, regardless of how or where the interruption is caused and whether or not the interruption is complete or partial.

    **(2)** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power either on or off the described premises, due to conditions beyond your control.

**B.** The following is added to Paragraph A.2. Property Not Covered in Section I - Property of the Business-owners Coverage Form:

    **j.** Property located:

    **(1)** On buildings;

    **(2)** In the open; or

    **(3)** In vehicles.

**C.** Of the Exclusions contained in Paragraph B. in Section I - Property of the Businessowners Coverage Form, only the following apply to Spoilage Coverage:

    **(1)** Paragraph B.1.b., Earth Movement;

    **(2)** Paragraph B.1.c., Governmental Action;

    **(3)** Paragraph B.1.d., Nuclear Hazard;

    **(4)** Paragraph B.1.f., War and Military Action; and

    **(5)** Paragraph B.1.g., Water.

**D.** In the event of loss or damage covered by this Additional Coverage we will determine the value of "perishable stock" as follows:

    **(1)** For "perishable stock" you have sold but not delivered, at the selling price less discounts and expenses you otherwise would have had;

    **(2)** For other "perishable stock", at actual cash value.

Includes copyrighted material of Insurance Services Office, with its permission.

**BP 80 65 01 07**  © ISO Properties, Inc., 2004  **Page 1 of 2**

**E.** The most we will pay for covered direct physical loss or damage under this Additional Coverage in any one occurrence is:

    **(1)** $10,000; or

    **(2)** the Limit of Insurance shown in the Declarations or Schedule above: whichever is greater.

**F.** Coverage provided by this Additional Coverage is excess over any other insurance provided by this Policy covering the same loss or damage.

**G.** "Perishable stock", as used in this Additional Coverage, means property owned by you and used in your business or owned by others and in your care, custody or control that is:

    **(1)** Maintained under controlled temperature or humidity conditions for preservation; and

    **(2)** Susceptible to loss or damage if the controlled temperature or humidity conditions change.

Includes copyrighted material of Insurance Services Office, with its permission.

BP 80 65 01 07                 © ISO Properties, Inc. 2004                    **Page 2 of 2**

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ



BUSINESSOWNERS
BP 81 15 03 11

**THIS  ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - ASBESTOS

This endorsement  modifies  insurance  provided  under  the following:

BUSINESSOWNERS  COVERAGE FORM

Section  II - Liability   is amended  as follows:

This  insurance  does  not  apply  to:

"Bodily   injury",   "property   damage",  or "personal  and advertising   injury"   arising  out  of or related  in
any  way  to asbestos  or asbestos -containing   materials.

Includes  copyrighted   material  of Insurance  Services  Office,  Inc., with  its permission.
**BP 81 15 03 11**                                                     ©ISO Properties,  Inc., 2004                                                     **Page 1 of 1**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT  BREAKDOWN  COVERAGE ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

**Section I - Property** is amended  as follows:

**A.** The following  is added to Paragraph  **A.5 Additional  Coverages:**

**Equipment  Breakdown  Additional  Coverages**

**1.** We will pay for direct physical damage to Covered  Property  that is a direct  result of an "accident"  to "covered  equipment".

**2.** The most we will pay for loss, damage  or expense  under this endorsement  arising from any "one accident"  is the applicable  Limit of Insurance  in the Declarations.  Coverage  provided  under this endorsement  does not increase and is not in addition  to any other Limit of Insurance.

**3.** The following  coverages  also apply to the direct  result  of an "accident".  These coverages  do not provide  additional  limits  of insurance.

   **a. Expediting  Expenses**

   With respect  to your damaged  Covered  Property,  we will  pay the reasonable  extra cost to:

   **(1)** Make temporary  repairs; and

   **(2)** Expedite  permanent  repairs or replacement.

   Reasonable  extra cost shall mean the extra cost of temporary  repair and of expediting  the repair  of such damaged  equipment  of the insured, including  overtime  and the extra cost of express  or other rapid means of transportation.

   **b. Hazardous  Substances**

   We will pay for the additional  cost to repair or replace Covered  Property  because of contamina- tion by a "hazardous  substance".  This includes  the additional  expense  to clean up or dispose  of such property.

   This does not include contamination  of "perishable  goods" by a refrigerant,  including  ammo- nia, which is addressed  in **2.d** below. As used in this coverage, additional  costs mean those beyond  what would  have been payable  under this Equipment  Breakdown  Coverage had no "hazardous  substance"  been involved.

   The most we will pay for under this coverage, including  actual loss of Business  Income you sustain  and necessary  Extra Expense you incur is $50,000.

   **c. Spoilage**

   We will pay for physical damage  to "perishable  goods" due to spoilage. The spoilage damage must be due to the lack of or excess of power, light, heat, steam or refrigeration  caused by an "accident"  to "covered equipment"  covered by this policy.

   We will also pay any necessary  expense  you incur to reduce the amount  of loss under this coverage. We will pay such expenses  to the extent that they do not exceed the amount  of loss that otherwise  would  have been payable  under this coverage.

   Loss payment will be in accordance  with Loss Payment provisions  of the Property Loss Condi- tions of the policy. However,  if you are unable to replace "perishable  goods" before the antici- pated  sale date of such goods had no loss occurred,  the amount  of our payment  will be determined  on the basis of the sale price of "perishable  goods" at the time of the "accident" less discounts  and expenses you would  normally  incur.

The most we will pay for loss, damage or expense under this coverage is $50,000.

**d.   Ammonia Contamination**

The physical damage to Covered Property due to the contamination from the release of ammonia, including any salvage expense.

The most we will pay for loss or damage under this coverage is $50,000.

**f.   Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data".

The most we will pay for loss or expense under this coverage, including the actual loss of Business Income you sustain and necessary Extra Expense you incur is $50,000.

**g.   Service Interruption**

**(1)**   Insurance provided for Business Income, Extra Expense and Spoilage is extended to apply to your loss, damage or expense caused by an "accident" to equipment that is owned, managed, or controlled by your landlord or landlord's utility, or utility or other supplier with whom you have a contract, that directly supplies you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission to the premises as described in the Declarations. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(2)**   Service Interruption coverage will not apply unless the loss of or disruption of service exceeds 24 hours immediately following the "accident".

**(3)**   The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Spoilage.

**B.**   The following is added to Paragraph **B**. **Exclusions:**

**Equipment Breakdown Exclusions**

All exclusions in the Businessowners Coverage Form apply except as modified below and to the extent that coverage is specifically provided by this Equipment Breakdown Additional Coverage.

**1.**   The exclusions are modified as follows:

**a.**   The following is added to **B.1.g.(1) Water Exclusion:**

However, if electrical "covered equipment" requires drying out because of Water as described in **B.1.g.(1)** above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and Deductible for Building or Business Personal Property, whichever applies.

**b.**   As respects to this endorsement only, the next to the last Paragraph of **B.1.h. Certain Computer-related Losses** Exclusion is deleted and replaced with the following:

However, if excluded loss or damage, as described in Paragraph **(1)** above results in an "accident", we will pay only for the loss, damage or expense caused by such "accident".

**c.**   As respects to this endorsement only, the last paragraph of **B.2.l Other Types of Loss** Exclusion is deleted and replaced with the following:

But if an excluded cause of loss that is listed in Paragraphs **2.l.(1)** through **(7)** results in an "accident", we will pay for the loss, damage or expense caused by that "accident".

**d.**   The following is added to **B.2.m. Errors Or Omissions** and **B.2.n Installati on, Testing, Repair** Exclusions:

We will also pay for direct physical loss or damage caused by an "accident".

© 2015 Liberty Mutual Insurance

**BP 82 37 08 15**      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 2 of 4**

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

2.  We will not pay under this endorsement for loss, damage or expense caused by or resulting from:

    **a.**  Any defect, programming error, programming limitation, computer virus, malicious code, loss of data, loss of access, loss of use, loss of functionality or other condition within or involving "electronic data" of any kind. But if an "accident" results, we will pay for the resulting loss, damage or expense; or

    **b.**  Any of the following tests: a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

3.  With respects to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in **D.1.c.** below); smoke; aircraft or "vehicles"; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

4.  With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:

    **a.**  Loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business; or

    **b.**  Any increase in loss resulting from an agreement between you and your customer or supplier, including contract penalties.

5.  We will not pay under this endorsement for any loss or damage to animals.

**C.**  The following are added to Paragraph **F. Property General Conditions:**

    **1.  Suspension**

    Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

    **(a)**  Your last known address; or

    **(b)**  The address where the "covered equipment" is located.

    Once suspended in this way, your insurance can be reinstated only by and endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

    **2.  Jurisdictional Inspections**

    If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

    **3.  Environmental, Safety and Efficiency Improvements**

    If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

    However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

**D.**  The following are added to Paragraph **H. Property Definitions:**

    **1.**  "Accident" means a fortuitous event that causes direct physical damage to "covered equipment" that requires repair or replacement. The event must be one of the following:

    **a.**  Mechanical breakdown, including rupture or bursting caused by centrifugal force;

    **b.**  Artificially generated electrical current, including electric arcing that damages electrical devices, appliances or wires;

    **c.**  Explosion of steam boilers, steam pipes, steam engines, or steam turbines owned or leased by you, or operated under your control;

©  2015 Liberty Mutual Insurance
**BP 82 37 08 15**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 3 of 4**

    **d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any event inside such equipment, unless otherwise excluded; or

    **e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any event inside such boilers or equipment, unless otherwise excluded.

An "accident" does not include the functioning of any safety or protective device, or any other condition, which can be corrected by resetting, tightening, adjusting, cleaning, or the performance of maintenance.

**2.** "Covered equipment"

    **a.** "Covered equipment" means Covered Property:

        **(1)** That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

        **(2)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

    **b.** None of the following is "covered equipment":

        **(1)** Structure, foundation, cabinet, compartment or air supported structure or building;

        **(2)** Insulating or refractory material;

        **(3)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler system;

        **(4)** Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

        **(5)** "Vehicle" or any equipment mounted on a "vehicle";

        **(6)** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

        **(7)** Dragline, excavation or construction equipment; or

        **(8)** Equipment manufactured by you for sale.

**3.** "Hazardous substance" means any substance that has been declared to be hazardous to health by any governmental agency.

**4.** "One accident" means, if an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

**5.** "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

**6.** "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to: car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

**BUSINESSOWNERS**
**BP 88 00 06 09**

THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BLANKET BUILDING  AND  BUSINESS  PERSONAL  PROPERTY INSURANCE

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

I.   Section  I - Property  of the BUSINESSOWNERS  COVERAGE FORM, C. LIMITS  OF INSURANCE,  1. is replaced  by the following:

1.   The most we will  pay for loss or damage  in any one occurrence  is the applicable  Limit of Insurance shown in the Declarations,  except for Building  coverage when provided  on a replacement  cost basis and Business Personal Property coverage.  The most we will  pay for any Building  and Business Personal Property is the combined  sum of the Building  limits  for all buildings  covered  under this policy on a replacement  cost basis and Business Personal Property limits  for all described premises  covered  under this policy for loss or damage  to:

a.   any building  or buildings  at a described  premises;  or

b.   all buildings  at all described  premises  if buildings  at more than one described  premises  are lost or damaged  in any one occurrence;  or

c.   any business  personal  property  in or on the buildings  at the described  premises  or in the open (or in a vehicle)  within  1,000 feet of the described  premises  .

II.   Section  I - Property  of the BUSINESSOWNERS  COVERAGE FORM, C. LIMITS OF INSURANCE,  4. BUILD-ING LIMIT  - AUTOMATIC  INCREASE is hereby  deleted,  however  this is only applicable  to those build-ings that are written  on a Blanket Basis with  replacement  cost.

III.  Blanket Building  Insurance  does not apply  to any buildings  where valuation  basis is Actual Cash Value or Functional  Replacement  Cost.

VI.  Section  I - Property  of the BUSINESSOWNERS  COVERAGE FORM, C. LIMITS OF INSURANCE, 5. BUSI-NESS PERSONAL PROPERTY -SEASONAL  INCREASE is hereby  deleted.

©2009 Liberty Mutual Insurance Company. All rights reserved.

**BP 88 00 06 09**     Includes copyrighted material of Insurance Services Office, Inc., with  its permission.               **Page 1 of 1**

BUSINESSOWNERS
BP 88 04 03 12

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - PROFESSIONAL SERVICES (REAL ESTATE AGENTS, INSURANCE  AGENTS, TRAVEL  AGENTS, FINANCIAL  SERVICES, COMPUTER  SOFTWARE,  INSURANCE  OPERATIONS)

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

Exclusion  **B.1.j. Professional  Services** in **Section II, Liability**, the following  is added:

**j.  Professional  Services:**



**(10)** Services  while  you are acting  in a fiduciary  or representative  capacity including  but not limited to, Real Estate  Agents,  Insurance  Agents  and Travel  Agents.

**(11)** Financial services  including  but not limited  to:

    **(a)** Planning,  administering  or advising  on investments,  pensions,  annuities  or individual  retirement plan, fund or account;

    **(b)** The issuance  or withdrawal  of stocks,  bonds  or other  securities;

    **(c)** The trading  of securities  or commodities;

    **(d)** Maintaining  of financial  accounts  or records;

    **(e)** Tax planning,  tax advising  or the preparation  of tax returns.

**(12)** Services  in connection  with  the selling,  licensing,  franchising  or furnishing  of your computer software  including  electronic  data  processing  programs,  designs,  specifications,  manuals  and instructions.

**(13)** Services  arising  from insurance  or related  operations:

    **(a)** with  respect  to any contract  or treaty  of insurance,  reinsurance,  suretyship,  annuity endowment  or employee  benefit  plan, including  applications,  receipts  or binders:

        **(i)** any obligation  assumed  by any Insured;  or

        **(ii)** the failure  to discharge,  or the improper  discharge  of, any obligation  or duty, contractual  or otherwise;

    **(b)** due to membership  in or contribution  to any plan, pool, association,  insolvency  or guarantee fund or any similar  fund, organization  or association,  whether  voluntary  or involuntary;

    **(c)** due to the rendering  or failure  to render professional  services  in

        **(i)** advising,  inspecting,  reporting,  or making  recommendations  in the Insured's capacity  as an insurance  company,  consultant,  broker,  agent or representative  thereof;

        **(ii)** effecting  insurance,  reinsurance  or suretyship  coverages;

        **(iii)** investigating,  defending  or settling  any claim  under  any contract  of insurance,  self-insurance,  reinsurance  or suretyship;

        **(iv)** auditing  of accounts  or records  of others;

        **(v)** conducting  an investment,  loan or real estate department  or operation;

        **(vi)** acting  in any capacity  as a fiduciary  or trustee  for mutual  funds,  pension  or welfare funds or other  similar  activities;  or

        **(vii)** performing  any claim,  investigative,  adjustment,  engineering  or inspection  service  for a fee.

©2012 Liberty Mutual Agency Corporation. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**BP 88 04 03 12**

Electronically Filed 06/22/2018 13:02 / / CV 18 899868 / Confirmation Nbr. 1419955 / CLAHJ

BUSINESSOWNERS
BP 88 16 06 09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME CHANGES - 24 HOUR TIME PERIOD

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**Section I - Property** is amended as follows:

**A.** Paragraph A.5.i Civil Authority Additional Coverage is amended by deleting the second and third paragraphs and replacing them with the following:

This coverage will apply for a period of up to three consecutive weeks from the date of that action.

**B.** Paragraph A.5.m.(5)(a) Business Income From Dependent Properties Additional Coverage is replaced by the following:

**(5)** The coverage period for Business Income under this Additional Coverage:

**(a)** Begins 24 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises of the dependent property; and

**C.** Paragraph H.9.a.(1)(a) of the "Period of Restoration" definition is replaced by the following:

**(a)** 24 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises: or

©2009 Liberty Mutual Insurance Company. All rights reserved.

**BP 88 16 06 09**      Includes copyrighted material of Insurance Services Office, with its permission.      **Page 1 of 1**

BUSINESSOWNERS
BP 88 77 07 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IDENTITY  THEFT ADMINISTRATIVE  SERVICES
# AND  EXPENSE  COVERAGE

This endorsement  modifies  insurance  provided  under the  following:

BUSINESSOWNERS  COVERAGE FORM

The following   is added to **A. 5. Additional  Coverages**  in **Section I - Property:**

**IDENTITY  THEFT  ADMINISTRATIVE  SERVICES AND EXPENSE  COVERAGE**

We will provide  "Identity  Theft Administrative  Services"  and will reimburse  up to $25,000 for "Identity   Theft Expenses"  incurred  by an "identity  theft insured"  as a direct  result  of any one "identity   theft"  in the "coverage  territory"   if all of the following   requirements  are met:

1. The personal  identity  of an "identity   theft insured"  under this  policy  was the  subject  of an "identity   theft";

2. Such "identity  theft" is first  discovered  by the "identity  theft insured"  during  the policy  period  for which this Identity  Theft Expense Coverage is applicable;

3. Such "identity  theft"  is reported  to us as soon as practicable  but in no event later  than 60 days after it is first  discovered  by the "identity  theft insured";  and

4. The "identity  theft insured"  reports  the "identity  theft"  in writing  to the appropriat e law  enforcement  agency.

Any act or series of acts committed   by one or more persons, or in which  such person or persons  are aiding or abetting  others,  against  an "identity  theft insured"   is considered  to be one "identity   theft",  even if a series of acts continues  into a subsequent  policy  period.

## LIMITS

Regardless of the number of claims or "identity  theft insureds",  the most we will pay in the aggregate  for all "Identity  Theft Expenses"  resulting  from "identity  theft" discovered  during  the policy  period is $25,000.

1. The $25,000 Identity  Theft Expense Limit  shall  be reduced  by the amount  of any payment  made by us under the terms of this insurance.  If the Identity  Theft Expense Limit  of Insurance  is exhausted,  we will have no further  liability  to pay for loss which  may be discovered  during  the remainder  of the policy  period.

2. Any recovery  made by us after settlement  of a loss covered  by this  insurance  shall  not be used to increase or reinstate  the Limit  of Insurance.

3. "Identity  Theft Administrative   Services"  is provided  up to 12 consecutive  months  after service  begins.

4. "Identity  Theft Administrative   Services"  do not reduce the "Identity  Theft Expense"  Limit.

This "Identity  Theft Administrative   Service"  and "Identity  Theft Expense"  Coverage are additional  insur- ance.

## EXCLUSIONS

The following   additional  exclusions  apply to this coverage.

We do not provide  "Identity  Theft Administrative   Services"  or cover "Identity  Theft Expenses":

1. Incurred  as the result  of "identity  theft"  due to any fraudulent,  dishonest,  or criminal  act by you, your partners,  employees,  members,  "executive  officers",   managers,  directors,  or trustees  or by any au- thorized  representative  of yours,  whether  acting  alone or in collusion  with  others.

© 2013 Liberty Mutual Insurance. All rights reserved.
**BP 88 77 07 13**    Includes copyrighted material of Insurance Services Office, Inc., with  its permission.    **Page 1 of 3**

In the event of any such act, no "identity theft insured" is entitled to "Identity Theft Expenses", even an "identity theft insured" who did not commit or conspire to commit the act causing the "identity theft".

2.  Arising out of "identity theft" committed by or with knowledge of any relative or former relative of the "identity theft insured".

3.  Arising out of an "identity theft" first discovered by the "identity theft insured" prior to the policy period or after the policy period, even if the "identity theft" began or continued during the policy period.

4.  Arising out of an "identity theft" that is not reported to us within 60 days after it is first discovered by the "identity theft insured".

## DEDUCTIBLE

1.  There is no deductible applicable to the "Identity Theft Administrative Services".

2.  We will not pay for "Identity Theft Expenses" resulting from an "identity theft" unless the amount exceeds $250. We will then pay the amount of "Identity Theft Expense" in excess of the Deductible Amount, up to the Limit of Insurance. Each "identity theft insured" shall be subject to only one deductible during any one policy period.

## CONDITIONS

The following additional conditions are added for "Identity Theft Administrative Services" and "Identity Theft Expenses" Coverage:

1.  The coverage provided under this endorsement will be excess over any other insurance covering the same loss or damage, whether you can collect on it or not. But we will not pay any more than the Identity Theft Expense Limits of Insurance applicable to this coverage.

2.  Reimbursement for "Identity Theft Expenses" will be made to the "identity theft insured."

3.  "Identity Theft Administrative Services" will provide instructions on:

    a.  How to respond to a potential "identity theft";

    b.  How to submit a request for "Identity Theft Administrative Services"; and

    c.  Information needed for reimbursement of "Identity Theft Expenses".

    We may provide "Identity Theft Administrative Services" prior to a final determination of "identity theft." However, if we determine there was not an "identity theft" these services will end and we will not have a right or duty to continue these services. Offering "Identity Theft Administrative Service" does not indicate an admission of liability under this policy.

4.  Identify Theft Administrative Services. The following apply with respect to "Identity Theft Administrative Services":

    a.  Services will depend on the cooperation, permissions, and assistance provided by the "identity theft insured."

    b.  There is no warranty or guarantee that "identity theft" issues will end and it will not prevent future "identity theft" incidences; and

    c.  All services may not be offered or applicable to all "identity theft insureds." For example, minors may not have credit reports available to be monitored.

## DEFINITIONS

With respect to the provisions of this endorsement only, the following definitions are added:

1.  "Coverage Territory" means:

    a.  The United States of America (including its territories and possessions);

    b.  Puerto Rico; and

    c.  Canada.

2.  "Executive officers" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

3. "Identity theft" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "identity theft insured" with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law. "Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

4. "Identity Theft Expenses" means the following reasonable and necessary items incurred as a result of "identity theft":

   a. Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.

   b. Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

   c. Costs for obtaining credit reports.

   d. Charges incurred for long distance telephone calls to merchants, vendors, suppliers, customers, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity theft".

   e. Application fees for re-applying for a loan, or loans when the original application is rejected solely because the lender received incorrect credit information as a result of a covered "identity theft."

   f. Lost income resulting from time taken off from work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum of $250 per day. Total payment for loss of income is not to exceed $5,000 per "identity theft insured" and is included within the "Identity Theft Expenses" and aggregate limits.

   g. Attorney fees to:

      i. Defend lawsuits brought against an "identity theft insured" by merchants, vendors, suppliers, financial institutions, or their collection agencies.

      ii. Remove any criminal or civil judgments wrongly entered against an "identity theft insured"; and

      iii. Challenge the accuracy or completeness of any information in a consumer credit report.

   h. Advertising expenses to restore the reputation of your business after an "identity theft insured" has been the victim of "identity theft". Total payment for advertising expenses is not to exceed $5,000 per "identity theft insured" and is included within the "Identity Theft Expenses" and aggregate limits.

5. "Identity Theft Administrative Services" means one or more individuals assigned by us to the "identity theft insured" to assist with the communication needed to re-establish the integrity of the "identity theft insured's" identity, including with the "identity theft insured's" permission and cooperation, written and telephone communication with law enforcement authorities, government agencies, credit agencies, and individual creditors and businesses.

6. "Identity theft insured" means the following if you are designated in the Declarations as:

   a. An individual or sole proprietorship, you and your spouse are insureds.

   b. A partnership or joint venture, your members, your partners, and their spouses are insured's.

   c. A limited liability company, your members are insured's.

   d. An organization other than a partnership, joint venture, or limited liability company, your "executive officers" and directors are insureds. Your stockholders are not "identity theft insureds."

© 2013 Liberty Mutual Insurance. All rights reserved.

**BP 88 77 07 13**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 3 of 3**

This page intentionally left blank.

SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18899868 | D1 CM | 35724976 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

LORA C. ELIAS DDS INC **PLAINTIFF**
VS
OHIO SECURITY INSURANCE COMPANY, ET AL **DEFENDANT**

**SUMMONS**

OHIO SECURITY INSURANCE COMPANY
C/O CSC LAWYERS INCORPORATING
SERVICE, STATUTORY AGENT
50 WEST BROAD STREET, SUITE 1330
COLUMBUS OH 43215

    **You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

    **You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



    **Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

Plaintiff's Attorney

DIMITRIOS POUSOULIDES
931 NORTH MAIN STREET

SUITE 201
NORTH CANTON, OH 44720-0000

    **Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

    **If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

PAMELA A BARKER
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 22, 2018 |

By
               Deputy

COMPLAINT FILED    06/22/2018

CMSN130

UNITED STATES
POSTAL SERVICE.

Date Produced: 07/02/2018

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 0004
2589 66. Our records indicate that this item was delivered on 06/25/2018 at 11:25 a.m. in COLUMBUS,
OH 43215. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

| **CASE NO.** | | **SUMMONS NO.** | Rule 4 (B) Ohio |
|---|---|---|---|
| CV18899868 | D2 CM | 35724977 | |

Rules of Civil
Procedure

| | |
|---|---|
| LORA C. ELIAS DDS INC | **PLAINTIFF** |
| VS | |
| OHIO SECURITY INSURANCE COMPANY, ET AL | **DEFENDANT** |

**SUMMONS**

LIBERTY MUTUAL INSURANCE COMPANY
C/O CSC LAWYERS INCORPORATING
SERVICE, STATUTORY AGENT
50 WEST BROAD STREET, SUITE 1330
COLUMBUS OH 43215

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

Plaintiff's Attorney

DIMITRIOS POUSOULIDES
931 NORTH MAIN STREET

SUITE 201
NORTH CANTON, OH 44720-0000

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Case has been assigned to Judge:**

PAMELA A BARKER
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Jun 22, 2018 |

By _____

Deputy

COMPLAINT FILED    06/22/2018

CMSN130

**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 07/02/2018

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 0004 2589 73. Our records indicate that this item was delivered on 06/25/2018 at 11:25 a.m. in COLUMBUS, OH 43215. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: Case CV18899868
Sent To: 50 WEST BROAD STREET, SUITE 1330 COLUMBUS, OH 43215